### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| MENARD, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No: 4:21-cv-00404 |

### APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| TAB | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Farm Bureau Policy | 1 - 123 |
| 2 | 8/8/2021 Tender Letter from Menard, Inc. to Farm Bureau | 124 – 125 |
| 3 | 9/21/2021 Denial Letter from Farm Bureau to Menard, Inc. | 126 - 131 |
| 4 | 9/28/2021 Tender Letter from Menard, Inc. to Farm Bureau | 132-141 |
| 5 | 10/15/2021 Denial Letter from Farm Bureau to Menard, Inc. | 142 |
| 6 | Deposition of Cynthia Bowen taken 11/29/2021, pages 24-31, 39-40, 48, and 52 | 143-150 |
| 7 | Petition at Law and Jury Demand filed in the Iowa District Court for Des Moines County and entitled Cynthia J. Bowen v. Menard, Inc., Case No. LALA005479 | 151-154 |
| 8 | Affidavit of Veronica Kirk | 155-156 |

Dated this 19 May 2022.

Respectfully submitted,

*/s/ Veronica Kirk*

        Veronica Kirk, AT0009420
        Kerrie M. Murphy, AT0005576

        MWH LAW GROUP LLP
        1501 42nd Street, Suite 465
        West Des Moines, IA 50266-1090
        Telephone: (515) 453-8509
        Facsimile: (515) 267-1408
        E-mail: veronica.kirk@mwhlawgroup.com
        E-mail: kerrie.murphy@mwhlawgroup.com
        *Attorneys for Plaintiff Menard, Inc.*

## **PROOF OF SERVICE**

I hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

Sean M. O'Brien, AT0005874
Benjamin J. Kenkel, AT0014368
801 Grand Avenue, Suite 3700
Des Moines, IA 50309
Telephone: (515) 246-5894
Facsimile: (515) 246-5808
E-mail: obrien.sean@bradshawlaw.com
E-mail: kenkel.benjamin@bradshawlaw.com
*Attorneys for Defendant*

        */s/ Cyndi R. Ellis*