

## FARM BUREAU FINANCIAL SERVICES

*Insurance • Investments*

### Amended Declarations - Place With Your Policy
THIS IS NOT A BILL

**Farm Bureau Property & Casualty**
**Insurance Company**
5400 University Avenue
West Des Moines, Iowa 50266-5997

**First Named Insured**
CYNTHIA (CINDY) JEANNE BOWEN
11205 50TH ST
BURLINGTON, IA  52601

**Policy Number**  8155916
Policy Period 02-01-2019 to 02-01-2020
Amended 03-07-2019

**Your Farm Bureau Agent**
TIMOTHY LUNDGREN
319-209-2020

## Farm Bureau Member's Choice Policy

**Customer Service**  866-399-3237
**Claims Hotline**  800-226-6383

This declarations is a part of the policy and shows the coverages
that are provided during the specified policy period.

**Named Insured(s)**

CYNTHIA (CINDY) JEANNE BOWEN

| Summary of Coverage | Annual Premium |
|---|---|
| Vehicle Coverage ................................................................ | $654.17 |
| Property/Liability Coverage ................................................. | $3,672.84 |
| Personal and Farm/Ranch Umbrella Coverage ............................ | $185.00 |

**Change Description**

There has been a change to your policy.  Please contact your agent for further details.

**Policy Discounts**

| | |
|---|---|
| Property Insurance | Dwelling Insurance |
| Annual Mileage Credit | Vehicle Claim Free |
| Conviction Free | Multiple Vehicle |
| Total Account | Protective Devices |
| New Roof | Property Claim Free |
| Underlying Insurance Credit | |

Policy No.  8155916
03-14-2019

## Vehicle

**Vehicle Coverage for Household of CYNTHIA (CINDY) JEANNE BOWEN**
**2008 Toyota TACOMA 5TELU42N48Z570144**

| Coverage | Limits | Deductible |
|---|---|---|
| Bodily Injury Liability | $250,000 each person | |
| | $500,000 each occurrence | |
| Property Damage Liability | $100,000 each occurrence | |
| Auto Uninsured Motor Vehicle | $100,000 each person | |
| | $300,000 each accident | |
| Auto Underinsured Motor Vehicle | $100,000 each person | |
| | $300,000 each accident | |
| Auto Medical Payments | $25,000 each person | |
| Collision | Actual Cash Value | $500 |
| Comprehensive | Actual Cash Value | $250 |
| Emergency Roadside Assistance | $100 each occurrence | |
| **Annual Vehicle Premium** | | **$471.27** |

**2003 Mini COOPER WMWRC33483TE13401**

| Coverage | Limits | Deductible |
|---|---|---|
| Bodily Injury Liability | $250,000 each person | |
| | $500,000 each occurrence | |
| Property Damage Liability | $100,000 each occurrence | |
| Auto Uninsured Motor Vehicle | $100,000 each person | |
| | $300,000 each accident | |
| Auto Underinsured Motor Vehicle | $100,000 each person | |
| | $300,000 each accident | |
| Auto Medical Payments | $25,000 each person | |
| **Annual Vehicle Premium** | | **$182.90** |

## Property/Liability

| Coverage | Limits | Deductible |
|---|---|---|
| Bodily Injury Liability/Property Damage Liability | $300,000 each occurrence | |
| Medical Payments to Others | $25,000 each person/each occurrence | |
| Liability Loss Assessment | $1,000 each occurrence | |
| Business Injury Liability | $300,000 each occurrence/offense | |
| | $600,000 aggregate | |

Rental Dwelling - 1 Family (Residence Premises or Other)
Named Insured(s)
  CYNTHIA (CINDY) JEANNE BOWEN

| | | |
|---|---|---|
| Medical Payments to Others | $25,000 each person/each occurrence | |
| Business Injury Liability | $300,000 each occurrence/offense | |
| | $600,000 aggregate | |

Rental Dwelling - 1 Family (Residence Premises or Other)
Named Insured(s)
  CYNTHIA (CINDY) JEANNE BOWEN

| | | |
|---|---|---|
| Medical Payments to Others | $25,000 each person/each occurrence | |
| Business Injury Liability | $300,000 each occurrence/offense | |
| | $600,000 aggregate | |

Rental Dwelling - 1 Family (Residence Premises or Other)

Policy No.   8155916
03-14-2019

Named Insured(s)
 CYNTHIA (CINDY) JEANNE BOWEN
Medical Payments to Others                    $25,000 each person/each occurrence

Fire Department Service Charge               $1,000                          No
Property Loss Assessment                     $1,000                          No

**Insured Location**
 11205 50TH ST, BURLINGTON, IA  52601-9005
 Location Description:

| Coverage | Limits | Deductible/Wind & Hail |
|---|---|---|
| **1960 Dwelling** | $289,200 | $1,500/$2,500 |
| Replacement Cost & ACV roofs | | |
| Special | | |
| Loss of Use - Actual Loss Sustained | 12 months | |
| **Household Personal Property** | $202,500 | $1,500/$2,500 |
| Replacement Cost | | |
| Special | | |
| Tenant's Loss of Use - Actual Loss Sustained | 12 months | |
| Special Limits of Insurance | | |
| Money | $200 | |
| Valuable Records | $1,000 | |
| Watercraft | $500 | |
| Trailers | $500 | |
| Jewelry/Furs | $1,000 per item/$2,000 per occurrence | |
| Plateware | $5,000 | |
| Firearms | $2,000 per item/$4,000 per occurrence | |
| Business Property On Premises | $2,500 | |
| Business Property Off Premises | $1,000 | |
| Electronic Apparatus | $1,000 | |
| **Frame Machinery Bldg 44 X 30 Other Building Rates** | $30,300 | $1,500/$2,500 |
| Replacement Cost | | |
| Special | | |

**Insured Location**
 538 S 10TH ST, BURLINGTON, IA  52601-5728
 Location Description:

| Coverage | Limits | Deductible/Wind & Hail |
|---|---|---|
| **1860 Dwelling** | $150,000 | $1,500/$2,500 |
| Actual Cash Value | | |
| Special | | |
| Loss of Use - Actual Loss Sustained | 12 months | |

**Insured Location**
 1715 LINCOLN ST, BURLINGTON, IA  52601-4533
 Location Description:

| Coverage | Limits | Deductible/Wind & Hail |
|---|---|---|
| **1868 Dwelling** | $198,800 | $1,500/$2,500 |
| Replacement Cost & ACV roofs | | |
| Special | | |
| Loss of Use - Actual Loss Sustained | 12 months | |

**Insured Location**
505 SWAN ST, WEST BURLINGTON, IA  52655-1227
Location Description:

| Coverage | Limits | Deductible/Wind & Hail |
|---|---|---|
| **1920 Dwelling** | $161,200 | $1,500/$2,500 |
| Replacement Cost | | |
| Special | | |
| Loss of Use - Actual Loss Sustained | 12 months | |
| **Garage 36 X 24 Other Building Rates** | $32,500 | $1,500/$2,500 |
| Actual Cash Value | | |
| Named (1-10) | | |

| | |
|---|---|
| First Mortgagee | FARMERS & MERCHANTS BANK & TRUST |
| | PO BOX 928 |
| | BURLINGTON, IA  52601 |
| | 1868 Dwelling - 1715 LINCOLN ST, BURLINGTON, IA  52601-4533; |
| | 1960 Dwelling - 11205 50TH ST, BURLINGTON, IA  52601-9005 |
| First Mortgagee | FARMERS & MERCHANTS BANK & TRUST |
| 13445 | PO BOX 928 |
| | BURLINGTON, IA  52601 |
| | 1920 Dwelling - 505 SWAN ST, WEST BURLINGTON, IA  52655-1227; |
| | Garage 36 X 24 Other Building Rates - 505 SWAN ST, WEST BURLINGTON, IA  52655-1227 |
| First Mortgagee | FARMERS & MERCHANTS BAK & TRUST |
| | 221 JEFFERSON ST. |
| | BURLINGTON, IA  52601 |
| | Frame Machinery Bldg 44 X 30 Other Building Rates - 11205 50TH ST, BURLINGTON, IA  52601-9005 |

| **Annual Property/Liability Premium** | **$3,672.84** |
|---|---|

## Personal and Farm/Ranch Umbrella

| Coverage | Limits |
|---|---|
| Part I | Protection for Personal Vehicle and/or Business Liability |
| Part II | Protection for Personal Liability and/or Farm/Ranch Liability |
| | Each Occurrence/Offense | $1,000,000 |
| | Umbrella Aggregate | $1,000,000 |
| | Self-Insured Retention | $1,000 |

| **Annual Umbrella Premium** | **$185.00** |
|---|---|

## Policy Forms & Endorsements

| | | | |
|---|---|---|---|
| PKXX.J0001.0510 | PKIA.SGENL.1214 | PKIA.SGENS.0510 | PKIA.SVEHI.0510 |
| PKIA.MVLIA.0508 | PKIA.MANMP.0508 | PKIA.MVDAM.1008 | PKIA.MAUMU.0510 |
| PKIA.SLIAB.0113 | PKIA.MPLIA.0508 | PKIA.MBLIA.0912 | PKIA.SPROP.1216 |
| PKIA.MDWLG.1216 | PKIA.MGOOS.0618 | PKIA.MHHPP.0711 | PKIA.SUMBR.1017 |

Policy No.   8155916
03-14-2019

# Farm Bureau
# Member's Choice

**ONE INSURANCE POLICY**
**TAILORED TO MEET YOUR INDIVIDUAL NEEDS**
**Vehicle ● Property ● Liability ● Umbrella**

PLEASE READ YOUR POLICY CAREFULLY.
It is a legal contract between you and us.

IMPORTANT – In case of loss or accident, call our toll-free number
(1-800-226-6383), or notify your Farm Bureau agent as soon as possible.



## FARM BUREAU FINANCIAL SERVICES

Farm Bureau Property & Casualty Insurance Company - A Stock Company
5400 University Avenue ● West Des Moines, IA 50266

## General Section

## Insuring Agreement

In return for payment of the premium and subject to all the terms and conditions of the policy, we agree to provide the insurance described in this policy and summarized in the Declarations pages.

## About Your Personal Package Policy

### How Your Policy is Organized

A unique feature of your Farm Bureau Member's Choice policy is its modular design. It is organized into sections for each type of insurance you chose, and each section is divided into coverage modules. The modular design allows you to specify the coverages you want and to change your policy quickly without replacing the entire package. When you contact your agent to change coverage, we will provide you with the new coverage module to insert into your package and revised Declarations pages confirming your new coverage.

### Declarations, Endorsements

The Declarations pages at the beginning of your policy are part of your insurance contract. They list or declare the property and liability exposures we agreed to insure. They provide coverage information including deductibles, covered causes of loss, and the amounts of coverage provided.

The Declarations may also list one or more endorsements or amendments which expand or reduce your coverage. The endorsements tailor your policy to your specific needs.

## Definitions

### Definitions Common to Entire Policy

Throughout your policy certain words or phrases are given exact meanings. The definition of we, us and our as well as the definition for you and your are given below.

Other words or phrases that are given exact meanings in the policy are shown with quotation marks whenever they are used. Each section of this policy has a glossary of these definitions, and additional definitions specific to a coverage may be provided at the module level. The following words and phrases are common to the entire policy:

### We, Us and Our Defined

When we refer to we, us, or our, we mean the Western Agricultural Insurance Company.

### You and Your Defined

When we refer to you or your, we mean any "person", "persons" or organizations indicated in the Declarations as "named insured". If the "named insured" is a "person", it includes the spouse of that "person" if a resident of the same household.

### "Aircraft"

Any device used or designed for flight, except model or hobby "aircraft" not used or designed to carry people or cargo.

### "Arising Out Of"

Originating from, growing out of or flowing from, and requires only that there be some causal relationship between the loss, injury or damage and the activity or event.

### "Bodily Injury"

Bodily harm, sickness or disease sustained by a "person", including death resulting from the injury.

### "Caused By"

The primary or efficient event which produces, brings about or gives rise to the loss, injury or damage.

### "Damages"

A. The amount required to compensate claimants for loss, injury or detriment for which an "insured" is legally liable. "Damages" includes prejudgment interest the court requires the "insured" to pay. "Damages" do not include payment of fines, penalties, or the costs of complying with injunctive or equitable relief.

B.  The amount of "damages" is:
1.  Negotiated by us with the claimant; or
2.  Established by adjudication (lawsuit), arbitration, or a compromise settlement to which we have previously agreed in writing; and
3.  Shall be reduced by any recoveries or salvages which are collected by the claimant.

**"First Named Insured"**
The "person" or organization named first in the Declarations.

**"Hovercraft"**
Any self-propelled motorized ground effect vehicle, including, but not limited to, flarecraft and air cushion vehicles.

**"Insured"**
"Insured" can mean different "persons" or organizations, depending on the type of coverage.  For that reason "insured" is defined separately in each section of the policy.

**"Livestock"**
Cattle, including bison, buffalo and beefalo; swine; sheep and goats; alpacas and llamas; horses, mules and donkeys, but not race horses, show horses or show ponies.

**"Medical Expenses"**
Unless specifically defined in the module, reasonable charges for necessary:
A.  Medical, surgical, x-ray, optical, dental, chiropractic, ambulance, hospital, professional nursing and funeral services; and
B.  Eyeglasses, pharmaceuticals, hearing aids and prosthetic devices.

**"Named Insured"**
The "persons" or organizations indicated in the Declarations as "named insureds".

**"Occurrence"**
An accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**"Person"**
A human being.

**"Property Damage"**
Physical injury to or destruction of tangible property, including its loss of use.  All such loss of use shall be considered to start at the time of the "occurrence" that caused the "property damage".

**"Smothering"**
Death "caused by" being deprived of oxygen due to a physical blockage of breathing passages or physical interference of breathing.

**"Suffocation"**
Death resulting from:
A.  Inadequate oxygen in the air;
B.  The presence in the air of toxic gas; or
C.  Heat stroke resulting from failure of ventilation equipment or interruption of power to ventilation equipment.

**"Suit"**
A civil proceeding in which "damages" because of "bodily injury", "property damage" or "personal injury/advertising injury" to which this insurance applies are alleged. "Suit" includes:
A.  An arbitration proceeding in which "damages" are claimed and to which the "insured" must submit or does submit with our consent; or
B.  Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the "insured" submits with our consent.

## Deductibles

Your vehicles and other property coverages are subject to the deductible amounts indicated on your Declarations pages. If a Wind & Hail deductible applies, that deductible amount is shown on the Declarations under Wind & Hail. The amount shown under Deductible applies to all other losses unless stated otherwise in the policy.  We will only pay that part of each loss that exceeds the applicable deductible.

### Occurrence Deductible

Your Farm Bureau Member's Choice policy features an occurrence deductible.  If more than one deductible would apply to any one loss covered by this policy, we use only the highest applicable deductible and waive the others.

### Two Vehicles Insured By Us

In the event of a collision covered under the Damage To Your Vehicle Module, if the collision is with another motorized vehicle insured by us or any of our affiliates or subsidiaries under another policy, we waive the deductible amount applying under your Damage To Your Vehicle Module, up to $250.  If both vehicles are insured under this policy, we apply the higher applicable deductible, but waive the first $250.

### Application of Deductible

The deductible is applied to the amount of your loss, not to the limit of coverage.

## Notification Of Loss

A.  Prompt notice of a loss or claim to which this policy applies is important.  To assure prompt claim service, we provide you with a toll free telephone number for reporting claims.  This number is on the jacket of your policy and in your Declarations.  It is your responsibility to:

1.  Notify us or one of our agents as soon as possible of any accident, "occurrence" or loss.  In case of theft or accident, also notify the police or similar authority.  Notice to us should include:

    a.  The "insured's" name and address;

    b.  How, when and where the accident, "occurrence" or loss took place;

    c.  The names and addresses of all parties involved including any witnesses and injured "persons"; and

    d.  The nature and location of any injury or damage "arising out of" or "caused by" the accident, "occurrence" or loss.

2.  Notify us immediately if a claim or "suit" is made against an "insured".  Also send us every demand, notice or claim made and every summons or legal process received.

3.  Notify the credit card or bank card company in case of loss involving credit cards or bank cards.

B.  Each section may include additional instructions and conditions regarding your responsibilities when you experience a loss that may be covered under this policy.

## Payment For Loss

### Property and Physical Damage Losses

We will adjust all covered losses to your property and vehicles with you.  We will pay you unless some other "person" or entity is named in the policy or is legally entitled to receive payment.  Losses will be payable within 30 days after we receive your proof of loss and:

A.  We reach agreement with you;

B.  There is an entry of a final judgment; or

C.  There is a filing of an appraisal award with us.

### Liability Claims

We have the right to investigate, decide if and how to settle, and choose the attorneys.

### Other Insurance - Other Policies

Unless otherwise stated, this insurance is excess over any other collectible insurance, guarantee or warranty that applies to the same claim or loss.  Exceptions to this provision are medical expenses coverage and goodwill coverage, which are primary unless the coverage module specifically states they are excess coverage.

If other property insurance applies on an excess basis to a covered loss, we will pay only the proportion of the loss that our limit of insurance bears to the total amount of insurance covering the loss.

If other liability insurance applies on an excess basis to "damages" covered under the Liability and Vehicle Sections, we will pay only our share of the loss.  Our share is the proportion of a loss or claim that our limit of liability insurance, as indicated in the Declarations, bears to the total amount of insurance covering the loss.

### Other Insurance - This Policy

If coverage is afforded under more than one coverage module in this policy for the same loss, only one coverage will apply to the loss. You may select the coverage that is most beneficial to you, but you cannot recover more than once for the same loss.

## Your Responsibilities

### Subrogation

Subrogation means the transfer of your rights of recovery from another party to us.  If we make any payment under this policy, we have the right to recover such payments from any liable party who is not an "insured" under this policy.  The "person" or organization to or for whom we have made payment shall:

A.  Not hurt our rights to recover;

B.  Execute any legal papers we need; and

C.  When we ask, take action through our representatives to recover our payments.  If we request an assignment of rights of recovery for a loss, an "insured" must sign and deliver all related papers and cooperate with us.

An "insured" may waive in writing before a loss all rights of recovery against any "person" or organization.  If not waived, we may require an assignment of rights of recovery for the loss to the extent that payment is made by us.

### Reimbursement Agreement

If we make payment to any "person" or organization from this policy:

A.  We are entitled, to the extent of such payments, to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such "person" or organization against any "person" or organization legally responsible for the "damages" for which we made the payment.  To the extent of such payment, we shall have a lien on the settlement or judgment, notice of which may be given to the "person" or organization causing the "bodily injury" or "property damage".  We may notify that "person" or organization's agent, insurer, or a court having jurisdiction in the matter.

B.  Such "person" or organization shall hold in trust for the benefit of us all rights of recovery which he or she shall have against the "person" or organization who caused the "bodily injury" or "property damage".

C.  Such "person" or organization shall do whatever is proper to secure these rights of recovery and shall do nothing after the loss to compromise these rights.

D.  Such "person" or organization shall execute and deliver to us instruments and papers as may be appropriate to secure the rights and obligations established by this provision.

### Recovered Property

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery.  At your option, the property will be returned to or retained by you or it will become our property.  If the recovered property is retained by you, the loss payment will be adjusted based on the amount of the salvage value of the property.  If the property is recovered by you after we have made payment for the total loss, you must refund to us the salvage value of the recovered property.

If we take possession of the salvage after paying you for your loss, we are entitled to sell the salvage for our benefit.

### Abandonment of Property

You or any "insured" cannot abandon any property to us unless we agree to accept it, nor to a third party unless we agree.

### Protect the Property

In case of a loss to which this insurance may apply, it is your responsibility to protect the property from further damage, and to make any repairs that are necessary to protect the property.

You must keep an accurate record of your expenses.  We will pay the reasonable costs of protecting the property from further damage. This will not increase the amount of coverage that applies.

### Display the Property

You must show us the damaged property when we ask.

### Examination Under Oath

We have the right to examine under oath, as often as we may reasonably require, you, any other "person" who may qualify as an "insured" under this policy, family members and other members of your household

individually and separately.

We may also require you and any other "person" who may qualify as an "insured" under this policy to give us a signed statement regarding your ownership interest in the property and the circumstances of the loss, and produce all records and documents we request and permit us to make copies.

## Cooperation With Us
When asked by us, the "insured" shall assist in making settlements, in securing and giving evidence, in attending and getting witnesses to attend hearings and trials, and agreeing to answer questions under oath. No "insured", except at his or her own cost, shall voluntarily make any payment, assume any obligation to others, nor incur any expense other than for first aid to others.

# Exclusions
Your policy provides extensive property and liability coverage. However, no policy can provide coverage for all exposures.

While each section and module may have exclusions which apply to a specific type of property, coverage or exposure, the following exclusions apply to all sections and modules. These exclusions apply regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply regardless of whether the excluded cause or event is a direct or indirect cause of loss.

## Communicable Disease
There is no coverage for any "damages" or "medical expenses" "arising out of" any transmission, or threat of transmission, of any communicable disease or sickness.

This exclusion does not apply to any communicable disease or sickness transmitted from an animal to a human being.

## Governmental Action
There is no coverage for any loss "arising out of" destruction, confiscation or seizure by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss "caused by" fire would be covered under this policy.

## Intentional Acts
There is no coverage for any loss, "damages" or "medical expenses" "arising out of" any act which is expected or intended by any "insured" to cause injury to any "person" or damage to any property belonging to you or others. This applies to any act committed by or at the direction of any "insured" that can reasonably be expected to cause a loss or injury, even if the "insured" failed to, or because of diminished mental capacity, was unable to anticipate the injury or damage. This exclusion applies even if the injury or damage is of a different degree or type than was actually intended or expected.

This exclusion does not apply to Personal Injury/Advertising Injury.

## Molestation or Abuse
There is no coverage for any "damages" or "medical expenses" "arising out of" any sexual abuse or molestation, harassment, corporal punishment or physical or mental abuse.

## Nuclear Action
There is no coverage for any loss, "damages" or "medical expenses" "arising out of" nuclear action, meaning nuclear reaction, discharge, radiation, or radioactive contamination, atomic energy or any consequence of any of these. Loss "arising out of" nuclear action is not considered loss by fire, smoke or explosion.

There is also no coverage for loss, "damages" or "medical expenses" "arising out of" any hazardous material, radioactive contamination or waste from any nuclear reactor, nuclear reaction, explosion or drift whether or not such material emanates from nuclear source material, special nuclear material or by-product material.

This exclusion applies even if the release of the contaminated material is sudden, accidental, gradual or arises out of natural means or design.

This exclusion does not apply to any coverage under the Property Section for direct loss by fire resulting from nuclear action.

### Racing or Contests
There is no coverage for any loss, "damages" or "medical expenses" "arising out of" the ownership, occupancy, operation, maintenance, use, loading, unloading or negligent entrustment of any motorized means of conveyance, whether on the land, on or in water or in the air, while being used in any prearranged, organized or sanctioned racing, pulling, speed or demolition contest or stunting activity or in practice or preparation for any such contest or activity.

### War
There is no coverage for any loss, "damages" or "medical expenses" "arising out of" any war, whether it is declared or undeclared.  War includes civil war, insurrection, rebellion, revolution or warlike acts.

There is no coverage for any military destruction or seizure of any kind.

### Punitive or Exemplary Damages
There is no coverage for any payment of any punitive or exemplary damages.

## Conditions
While each section and module may have some specific conditions that apply only to that section or module, the following conditions apply to your entire policy:

### Membership Requirements
Payment of dues and current membership with your county Farm Bureau are required for renewal of this policy.

### Policy Period
The coverages you chose apply to each accident, "occurrence" and loss that takes place during the policy period.  Each policy period begins on the effective date and ends on the expiration date shown in the Declarations.  Each policy period begins and ends at 12:01 a.m. Standard Time at the address of the "first named insured".

### Concealment, Fraud, Misrepresentations
A.  By accepting this policy, you agree:
   1.   The information shown in the Declarations is accurate and complete;
   2.   The information is based upon representations you made to us in your application(s) for this policy; and
   3.   We have issued this policy in reliance upon your representations.
B.  There is no coverage in case of fraud committed by any "insured" at any time as it relates to this policy.
C.  This insurance is void if you or any other "insured" at any time:
   1.   Engage in fraudulent conduct;
   2.   Make false statements; or
   3.   Intentionally conceal or misrepresent a material fact concerning:
      a.   This coverage;
      b.   Any vehicles or property covered by this policy;
      c.   Your interest in any vehicles or property covered by this policy;
      d.   An insurance application, rating, claim or coverage under this policy.

### Premiums
The "first named insured" is legally responsible for the payment of all premiums. You or a billing client making premium payments on your behalf will be the payee for any premium refunds.

### Premium Changes

The premium is based on information we received from you or other sources. You agree to cooperate with us in keeping this information current. Your premium may be adjusted accordingly.

### Renewal Premium

A. If not cancelled or nonrenewed by us, this policy may be renewed at the rates then in effect, for successive periods of 12 months, if the premium is paid when due.

B. If we accept a later payment of the required premium, the policy is reinstated as of the date and time payment is received. A new policy period is then established. No coverage exists after the former expiration date and before the newly established effective date.

### Your Cancellation

The "first named insured" may cancel this policy by mailing or delivering to us advance written notice of cancellation.

### Our Cancellation

A. We may cancel this policy, or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy. We may cancel by mailing or delivering to the "first named insured" written notice of cancellation at least:
   1. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   2. 30 days before the effective date of cancellation if we cancel for any other reason.

B. We may cancel liability, property or umbrella coverages in force for 60 days or more only for the following reasons:
   1. Nonpayment of premium;
   2. Nonpayment of Farm Bureau dues;
   3. Material misrepresentation which if known to us would have caused us not to issue the policy; or
   4. The risk has changed substantially since the policy was issued.

C. We may cancel coverage on vehicles insured for 60 days or more only for the following reasons:
   1. Nonpayment of premium;
   2. Nonpayment of Farm Bureau dues;
   3. Fraud or material misrepresentation affecting the policy or the presentation of a claim;
   4. Violation of terms or conditions of the policy;
   5. Any reason permitted for exclusion of a "person" from the policy, including:
      a. The "named insured" or any operator residing in the household or customarily operating an automobile insured under the policy;
         i. Has their drivers license suspended or revoked during the policy term or, if the policy is a renewal, during its term or the 180 days immediately preceding its effective date;
         ii. Has during the term of the policy competed in a competitive speed contest while operating an automobile insured under the policy;
         iii. Has been convicted of or forfeited bail during the 36 months immediately preceding the notice of cancellation or nonrenewal, for;
            (a) Criminal negligence resulting in death, homicide, or assault and "arising out of" the operation of a motor vehicle;
            (b) Operating a motor vehicle while intoxicated or while under the influence of a drug;
            (c) Failure to stop and remain at the scene after involvement in an accident resulting in "bodily injury" or death of any "person" (321.261 violations).
      b. An agreement by both the "named insured" and the insurer.

D. A modification of automobile physical damage coverage, other than for loss caused by collision, when a deductible of $100 or less is applied, shall not be deemed a cancellation of the coverage or of the policy.

### Your Cancellation/Our Cancellation

A. Notice of cancellation is accomplished when we mail by first class mail, or deliver our notice to the "first named insured's" last mailing address known to us.

B. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

C. If this policy is cancelled, we will send the "first named insured" any premium refund due. If we cancel, the refund will be pro rata.

D. If the "first named insured" cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

E. Renewal or continuation of this policy does not act as a waiver or estoppel of any reasons for cancellation which existed before the effective date of renewal or continuation.

F. If a notice is mailed by us, proof of mailing will be sufficient proof of notice.

**Nonrenewal**

A. If we decide not to renew this policy, we will mail, by first class mail, written notice of nonrenewal to the "first named insured" indicated in the Declarations, at the last mailing address known to us, at least 30 days before the expiration or anniversary date of this policy.

B. We need not mail this notice if:

   1. The "first named insured" indicated in the Declarations has accepted replacement coverage; or
   2. The "first named insured" indicated in the Declarations has requested or agreed to nonrenewal.

**Change / Assignment of Interest**

A. No "insured" may assign any rights and duties under this policy without our written consent.

B. No change of interest in this policy is effective unless we consent in writing.  However, if a "named insured" dies, provided we are informed of the death of the "named insured", we will protect as "named insured":

   1. Any surviving member of the "named insured's" household who is an "insured" under the policy, but only if a resident of the "named insured's" household at the time of death;
   2. Any "person" or organization with proper temporary custody of your insured vehicle or other property, but, only with respect to that property, until a legal representative is qualified; and then
   3. Any legal representative while acting within the scope of his or her duties on behalf of the deceased.

**Insurable Interest**

We will not pay for any loss to property in which you or any "insured" do not have an insurable interest at the time of loss.  If more than one "person" or organization has an insurable interest in the covered property, we will pay no more than the amount of your or any insured's interest, up to the amount of coverage that applies.

**Severability**

This insurance applies separately to each "insured" against whom a claim or "suit" is brought, but having more than one "insured" does not increase the limits shown in the Declarations.

**Joint Interests**

When there are two or more "named insureds", each acts for all to change the policy.

**Change of Policy Provisions**

The terms of this policy may only be changed or waived by a written endorsement.

**Liberalization Clause**

If any coverage you carry is changed by us to give broader coverage without additional premium, we will give you the broadened coverage without the issuance of a new policy or a change in premium as of the date we make the change effective in your state.

If coverage changes include both broadenings and restrictions of coverage as part of a general policy revision, those coverage changes are not considered a part of this Liberalization Clause.

**Terms of Policy to Conform to Statute**

Terms of this policy which are in conflict with the Iowa statutes are amended to conform to such statutes, but only to the extent of the minimum coverage required by law.

**No Benefit to Bailees**

A bailee is someone who has care, custody, or control of your property with your permission. This insurance is not for the benefit of a bailee of your property, and we may seek reimbursement from the bailee if his or her negligence caused or contributed to the damage we paid under this policy.

**Reservation of Rights**

No act in connection with the investigation of any loss or claim by our employees or representatives shall be considered a waiver of any defense which we might otherwise have with respect to any loss or claim.  All such acts of investigation shall be considered to have been made without compromising the coverages as described in the policy.  The act of investigation, by itself, is not intended to convey that coverage exists.  As the facts become known, the policy language will determine if coverage exists or not for the loss, and all provisions under the policy are specifically reserved during our investigation.

**Inspections and Surveys**

A. We have the right but are not obligated to make inspections and surveys at any time, to give you reports on the conditions we find, and to recommend changes.  Any inspections, surveys, reports or recommendations will relate only to insurability and the premiums to be charged.  We do not:

1. Undertake the duty of any "person" or organization to provide for the health or safety of workers or the public; or
2. Warrant that conditions are safe or healthful or that they comply with laws, regulations, codes or standards.

B. This condition applies not only to us, but also to any advisory, rating service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**Audits/Premium Adjustments**

We have the right to inspect and audit your books and records at any time during the policy period and up to 36 months after the expiration of the policy.  This applies only to subject matter as it relates to insurance and the determination of insurance premiums.

**Bankruptcy of Any Insured**

Bankruptcy or insolvency of any "insured", or by an "insured's" estate, shall not relieve us of any of our obligations under the policy.

**Action Against Us**

A. No one may bring an action against us under the coverage forms unless there has been full compliance with all the terms of the coverage forms.
B. For coverages under the Property Section, any action against us must be started within one year, after the date of loss.
C. For coverages under the Vehicle Liability Module, Liability Section and Umbrella Section, no one shall have any right to join us as a party to any action against any "insured".  Further, no action based upon any obligation of any "insured" shall be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.
D. In the event an execution on a judgment against the "insured" is returned unsatisfied in an action by a "person" or entity who is injured or whose property is damaged, the judgment creditor shall have a right of action against us to the same extent that such "insured" could have enforced the "insured's" claim against us had such "insured" paid such judgment.

App. P. 14

# FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY
## (A STOCK COMPANY)

## Mutual Conditions

**A.  Membership**

While this policy is in force, the first named insured named in the Declarations is a member of Farm Bureau Mutual Holding Company and is entitled to vote at all meetings of the members of said Company, and shall be entitled to such dividends and distributions as declared by the Board of Directors in accordance with the law.

**B.  Non-Assessable**

This policy is non-assessable.

This policy is signed at West Des Moines, Iowa on behalf of FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY by our Chairman and Secretary.

|  |  |
|---|---|
| Chairman | Secretary |

## Vehicle Section

## Introduction

A. For each "owned" "personal vehicle" you need specific vehicle insurance coverage.

B. "Personal vehicles" include:
1. "Autos" such as private passenger cars, pickups, vans, antiques, classics, "motorhomes," farm trucks and farm truck tractors;
2. "Motorcycles";
3. Certain "recreational motor vehicles";
4. "Snowmobiles"; and
5. "Watercraft" such as inboard motor boats, outboard motor boats, inboard/outboard motor boats, houseboats and sailboats.

C. Your coverages are determined by combining the terms and provisions of the General Section and Vehicle Section with one or more of the following vehicle modules for your "personal vehicle" indicated in the Declarations:
1. Vehicle Liability Module provides Bodily Injury Liability and Property Damage Liability Coverages plus other extra coverages for "personal vehicles."
2. Auto Medical Payments Module provides Auto Medical Payments Coverage for "autos" for "auto" related accidents.
3. Damage to Your Vehicle Module provides Comprehensive, Collision or Physical Damage Coverages, plus other extra and optional coverages.
4. Auto Uninsured and Underinsured Motor Vehicle Module provides Uninsured Motor Vehicle and Underinsured Motor Vehicle Coverages only for "auto" related accidents.
5. Auto Death Indemnity and Disability Income Module provides Death Indemnity and Disability Income Coverage only for land motor vehicle related accidents.
6. Motorcycle, Recreational Motor Vehicle and Snowmobile Medical Payments Module provides Medical Payments Coverage for "motorcycles," "recreational motor vehicles" and "snowmobiles."
7. Watercraft Medical Payments Module provides Medical Payments Coverage for "watercraft."
8. Motorcycle, Recreational Motor Vehicle and Snowmobile Uninsured and Underinsured Motor Vehicle Module provides Uninsured Motor Vehicle and Underinsured Motor Vehicle Coverages for "motorcycles," "recreational motor vehicles" and "snowmobiles."

## Notification of Loss

In case of an accident, "occurrence" or "loss" to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

## Glossary

The language in this section includes certain words or phrases that are given exact meanings to make clear what we mean when we use them. Each word or phrase surrounded by quotation marks is defined in this glossary, in the General Section or in a module under the heading Additional Definitions. If a word is defined in more than one location, the definition in this section takes precedence for the coverages described in this section or the modules under this section. If the same word is defined in a module under this section that definition takes precedence for that module.

**"Actual Cash Value"**
The amount which it would cost to repair or replace damaged property with like kind and quality, less allowance for depreciation and physical deterioration including obsolescence.

**"Arising Out Of"**
See General Section Definitions.

**"Auto"**
A land motor vehicle with at least four wheels designed for use mainly on public roads. It does not include any vehicle while located for use as a dwelling or other premises.

**"Bodily Injury"**
Bodily harm, sickness or disease sustained by a "person" including death that results from the injury.


**"Caused By"**
See General Section Definitions.


**"Damages"**
See General Section Definitions.


**"Household Member"**
A.  A resident of your household who:
    1.  Is related to you by blood, marriage, guardianship, adoption; or
    2.  Is a minor in your custody or in the custody of any "person" related to you by blood, marriage, guardianship or adoption.
B.  A "household member" includes such "persons" temporarily living elsewhere if they:
    1.  Are unmarried; and
    2.  Usually make their home in your family unit.


**"Medical Expenses"**
See General Section Definitions.


**"Motorcycle"**
A motorcycle, moped, motorscooter, or two or three wheel motorized vehicle of the motorcycle type.


**"Motorhome"**
Any of the following:
A.  An "auto" of the van, bus or station wagon type, self-propelled and equipped with permanent type mobile living quarters (including cooking, dining, plumbing or refrigeration facilities); or
B.  A camper coach of the truck type upon which is permanently mounted a camper body providing mobile living quarters.


**"Newly Owned Vehicle"**
A vehicle newly "owned" by you, which you tell us about within 30 days of its purchase date and:
A.  It is a "personal vehicle" which replaces "your personal vehicle";
B.  It is an added "personal vehicle" and all other insured "personal vehicles" of the same vehicle type "owned" by you are insured by us or one of our affiliates or subsidiaries;
C.  It is an added "personal vehicle" newly acquired by an unmarried resident of your household who does not own a vehicle, is under 21 and is related to you by blood, marriage, guardianship or adoption, and all other insured "personal vehicles" "owned" by you are insured by us or one of our affiliates or subsidiaries; or
D.  It is a pickup, panel truck or van that replaces "your personal vehicle" and is used in a business or occupation, other than farming or ranching, for carrying tools or related items to, from, or between job sites. Coverage is limited to within 30 days of its acquisition.

We have the right to charge premium effective from the date the vehicle is acquired.


**"Occurrence"**
See General Section Definitions.


**"Occupy or Occupying"**
In, on, getting into or out of and in physical contact with.


**"Owned"**
A vehicle "owned" by you or leased by you under a written agreement for a continuous period of at least six months.

**"Person"**
See General Section Definitions.

**"Personal Vehicle"**
Any of the following:
A.  An "auto" of the private passenger type designed solely to carry "persons" and their luggage;
B.  An "auto" of the pickup, panel truck, van or "motor home" type not customarily used in any business or occupation for:
    1.  Delivery of products or supplies unless for farming or ranching;
    2.  Carrying of tools or equipment unless for farming or ranching;
    3.  Hauling for hire; or
    4.  Office, store or display purposes;
C.  An "auto" of the truck type, including a truck tractor type, "owned" by a farmer or rancher and used exclusively in connection with their farming or ranching operation, for exchange purposes with neighbors or for personal pleasure;
D.  A "motorcycle" or "recreational motor vehicle";
E.  A "snowmobile"; or
F.  A "watercraft."

**"Property Damage"**
See General Section Definitions.

**"Recreational Motor Vehicle"**
A land motor vehicle designed for use principally off public roads.  This may include an off road motorcycle, motorscooter, moped, dirt bike, golfcart, or all terrain vehicle of a utility or recreational type.

**"Snowmobile"**
A land motor vehicle designed for use principally off public roads for travel over ice and snow, propelled by means of crawler-type treads, belts or similar mechanical devices.

A "Snowmobile" does not include any vehicle which is propelled by airplane type propellers or fans.

**"Snowmobile Sled"**
A sled, including a camper sled, if designed for use with and to be pulled by a "snowmobile."

This does not include a sled being used for business or commercial purposes or a farm sled or farm implement while being pulled by "your snowmobile."

**"Temporary Substitute Vehicle"**
A vehicle not "owned" by you if it replaces "your personal vehicle" for a short time. Its use has to be with the consent of the owner.  "Your personal vehicle" has to be out of use due to its breakdown, repair, servicing, damage, or "loss."  A "temporary substitute vehicle" is not considered a "non-owned vehicle."

**"Trailer"**
A.  A non-motorized vehicle designed to be towed by a "personal vehicle" but not including one:
    1.  Designed to carry persons;
    2.  Used for business purposes with other than a "personal vehicle"; or
    3.  Used as premises for office, store or display purposes.
B.  It includes:
    1.  A semi-trailer designed for use with a truck type tractor when connected to or being towed by a "personal vehicle" of the truck tractor type; or
    2.  A detached semi-trailer owned by the insured and principally used with a truck type tractor insured on this policy.
C.  A farm wagon or farm implement is a "trailer" only while attached to a "personal vehicle" for towing.

**"Vehicle Business"**
A business or job where the purpose is to sell, lease, repair, service, transport, store or park vehicles or "trailers."

**"Watercraft"**
Any of the following:
A.  An outboard motor boat including its remote controls and its other attached equipment;
B.  A sailboat including its sails, spars, rigging and its other attached equipment; or
C.  An inboard or inboard/outboard powered boat, including its attached equipment.

**"Your Auto"**
The "auto" indicated in the Declarations.

**"Your Farm Truck"**
The "farm truck" indicated in the Declarations.

**"Your Farm Truck Tractor"**
The "farm truck tractor" indicated in the Declarations.

**"Your Motorcycle"**
The "motorcycle" indicated in the Declarations.

**"Your Motorhome"**
The "motorhome" indicated in the Declarations.

**"Your Personal Vehicle"**
Any of the following:
A.  "Your Auto";
B.  "Your Farm Truck";
C.  "Your Farm Truck Tractor";
D.  "Your Motorcycle";
E.  "Your Motorhome";
F.  "Your Recreational Motor Vehicle";
G.  "Your Snowmobile";
H.  "Your Watercraft"; or
I.   The vehicle indicated in the Declarations.

"Your personal vehicle" does not include a trailer.

**"Your Recreational Motor Vehicle"**
The "recreational motor vehicle" indicated in the Declarations.

**"Your Snowmobile"**
The "snowmobile" indicated in the Declarations.

**"Your Watercraft"**
The "watercraft" indicated in the Declarations.

## Vehicle Liability Module

This module is part of the Vehicle Section.  The provisions in this module, combined with the provisions in the General Section and the Vehicle Section provide the vehicle liability coverages you selected.

Coverage under this module applies to an "occurrence" happening in the United States of America, its territories and possessions or Canada, including their coastal waters, or while the insured vehicle is being shipped between ports.  There is no coverage outside these geographical areas.

## Liability Coverages
You have the following coverages for a particular vehicle only to the extent they are indicated in the Declarations for that vehicle.

### Bodily Injury Liability Coverage and Property Damage Liability Coverage
We cover "damages" that result from "bodily injury" or "property damage" "caused by" an "occurrence" to which these coverages apply involving the ownership, operation, maintenance, use, loading, unloading or negligent entrustment of "your personal vehicle."

### Defense Obligations
If a "suit" for covered "damages" is brought against an "insured," we will provide a defense at our expense.  We have the right to investigate, decide if and how to settle and choose the attorney(s).  When we have paid "damages" equal to the limit of liability coverage for an "occurrence," we have no further duty to defend any "insured" for that "occurrence."

We have no duty to defend any "suit" to which this insurance does not apply.

### Use of Other Vehicles Liability
Coverage under this module is extended to the ownership, operation, maintenance, use, loading, unloading or negligent entrustment, by an "insured," of a "newly owned vehicle," a "temporary substitute vehicle" or a "non-owned vehicle."

### Vehicle Trailer Liability
Coverage under this module is extended to cover:
A. Any "trailer" you own, and
B. Any non-owned "trailer" while used by an "insured" with a "personal vehicle" we insure for liability.

## Who Is An Insured
A. Within this module when we refer to "your personal vehicle," a "newly owned vehicle" or a "temporary substitute vehicle," "insured" is defined as:
   1. You;
   2. Any "household member";
   3. Any other "person" while using "your personal vehicle," a "newly owned vehicle" or a "temporary substitute vehicle" if its use is within the scope of your consent; or
   4. Any other "person" or organization liable for the use of such a vehicle by one of the above "insureds."
B. Within this module, when we refer to a "non-owned vehicle," "insured" is defined as:
   1. You;
   2. Any "person" who does not own a "personal vehicle" and is a partner or officer of an organization indicated as a "named insured";
   3. Any "household member" of a "person" in 1 or 2 above; or
   4. Any "person" or organization which does not own or hire the vehicle but is liable for its use by one of the "persons" in 1, 2 or 3.
C. "Insured" does not include:
   1. The United States of America or any of its agencies.
   2. Any "person" for "damages" for "bodily injury" or "property damage" "arising out of" the ownership, operation, maintenance, use, loading, unloading or negligent entrustment of a vehicle

by that "person" as an employee of the United States Government when the provisions of the Federal Tort Claim Act apply.

## Extra Coverages

Subject to the terms and conditions of the General Section, the Vehicle Section and this module, amounts paid under Extra Coverages are in addition to the amounts paid as "damages," unless otherwise stated.

## Claim Expenses Coverage

We will pay the following extra expenses related to the settlement of a claim:

### Court Costs and Your Expenses

We will pay expenses incurred by us and court costs charged to any "insured" in any "suit" we defend.

We will also pay reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day for helping us in the investigation or defense of any claim or "suit."

### Bonds

We will pay premiums on bonds required in any "suit" we defend, but not for bond amounts greater than the limit of liability for this coverage.

We will also pay up to $250 for each bail bond needed because of an accident or related traffic or boating violation.

We have no duty to furnish or apply for any bonds.

### Watercraft Additional Expenses

We will pay expenses incurred by an "insured" after an "occurrence" covered under this module due to the "insured's" legal liability:
A.  For the actual or attempted raising, removal or destruction of the "watercraft" insured by this module, if made necessary because of its stranding, burning or sinking; or
B.  For necessary life saving or life salvage costs.

### Post Judgment Interest

We will pay interest on the entire judgment which accrues after entry of the judgment and before we pay, tender, or deposit in court that part of the judgment which does not exceed the limit of liability coverage that applies.

### First Aid Coverage

We will pay expenses incurred by any "insured" for immediate first aid medical treatment of others, conducted at the scene of an accident, required because a "person" involved in the accident suffers "bodily injury" covered by this module.  We will not pay for first aid to you or any other "insured."

### Out of State Coverage

If an "insured" under this liability coverage is in another state or province and becomes subject to their motor vehicle compulsory insurance, financial responsibility or similar law, requiring limits of liability for "bodily injury" or "property damage" greater than the amount of coverage indicated in the Declarations for the applicable vehicle, we will provide the required higher limit.

If the state or province has a compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, we will provide the required minimum amounts and types of coverage.

### Financial Responsibility

If we certify this policy as proof of financial responsibility under any financial responsibility law, this policy

will comply with the provisions of the law to the extent coverage is required.

You agree to reimburse us for any payment made by us which we would not have been obligated to make under the terms of this policy except for this agreement contained in this provision.

## Notification Of Loss

In case of an accident, "occurrence" or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

## Payment For Loss

The Payment For Loss provisions in the General Section apply and are expanded as follows with respect to coverage provided by this module.

## Limits Of Insurance

### Split Limits

When you have purchased split limits of liability as indicated in the Declarations for the applicable vehicle, our limit of liability is as follows:

A. The "bodily injury" liability limit for each "person" includes "damages" sustained by others "arising out of" the "bodily injury" and is the maximum we will pay as "damages" for "bodily injury" to one "person" in one "occurrence."

B. Subject to the "bodily injury" limit for each "person," the "bodily injury" limit for each "occurrence," is the maximum we will pay as "damages" for "bodily injury" to two or more "persons" in one "occurrence."

C. The "property damage" liability limit for each "occurrence," is the maximum we will pay for "property damage" in one "occurrence."

### Combined Single Limit

When you have purchased a combined single limit of liability as indicated in the Declarations for the applicable vehicle, our limit of liability for all "damages" resulting from any one "occurrence" is the limit indicated for liability insurance.

### Split Limits and Combined Single Limit

A. We will pay no more than the indicated amount for split limits or a combined single limit regardless of the number of:
1. Vehicles or "persons" insured under this policy; or
2. Claims, claimants, "persons," policies or vehicles involved in the "occurrence."

B. A motor vehicle and "trailer" used with that vehicle are one vehicle. A "watercraft" and "trailer" used with a "watercraft" are one vehicle. Therefore, the liability limits are not increased.

C. When two or more motor vehicles or "watercraft" are insured under this policy the liability limits apply separately to each.

## Other Liability Insurance Coverage

A. If there is other applicable liability coverage we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

B. Any insurance we provide on a vehicle you do not own will only be primary if the vehicle is insured under a policy affording coverage to a named insured engaged in a "vehicle business." This only applies if an "insured":
1. Is operating the vehicle; and
2. Is neither the "person" engaged in such "vehicle business" not that "person's" employee or agent.

## Additional Definitions

Under the Vehicle Liability Module, the Definitions in the General Section and the Glossary in the Vehicle Section apply. If a word is defined in more than one location, the definition in this module takes precedence for the coverages described in this module. The definitions are expanded as follows:

**"Non-Owned Vehicle"**
A "personal vehicle," not "owned" by you or registered in your name.  The use has to be within the scope of consent of the owner or "person" in lawful possession of it.

**"Pollutant"**
Any solid, liquid, gaseous, radioactive or thermal contaminant or irritant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be disposed of, reconditioned, recycled or reclaimed.

## Additional Exclusions
Under the Vehicle Liability Module, the Exclusions in the General Section apply and are expanded as follows:

**Handling of Property**
There is no coverage for any "damages" "arising out of" the handling of property:
A.  Before it is moved from the place where it is accepted by an "insured" for movement into or onto a vehicle; or
B.  After it is moved from a vehicle to the place where it is finally delivered by an "insured."

**Intrafamily Immunity**
There is no coverage for any "bodily injury" to any "insured" or any member of an "insured's" family residing in the "insured's" household.

**Mechanical Devices**
There is no coverage for "damages" "arising out of" the movement of property by a mechanical device, other than a hand truck, not attached to "your personal vehicle."

**"Non-Owned Vehicles"**
A.  There is no coverage for vehicles which are not "your personal vehicles" that are owned by you or furnished or available for your regular or frequent use.
B.  There is no coverage for vehicles which are not "your personal vehicles" that are owned by, registered in the name of, or furnished or available for the regular of frequent use of any "household member."

This exclusion B. does not apply to you while you are maintaining or "occupying" any vehicle which is owned by, registered in the name of, or furnished or available for the regular or frequent use of any "household member."
C.  There is no coverage for vehicles which are not "your personal vehicle" while:
1.  Being repaired, serviced or used by any "person" while that "person" is working in any "vehicle business"; or
2.  Used in any other business or occupation.

These two exclusions, C.1. and C.2., do not apply to a "personal vehicle" driven or "occupied" by an "insured" or a farm/ranch or household employee of an "insured."

**Non-Permissive Use**
There is no coverage for any "person" using an insured vehicle without your or a "household member's" permission.

**Other Damages**
There is no coverage for any "damages":
A.  For loss to property owned by, rented to, in the care of or transported by an "insured."  We do cover damage to a residence or private garage rented to you "caused by" a "personal vehicle" we insure;
B.  "Arising out of" the ownership, maintenance, use or operation of farm machinery;
C.  For liability assumed by the "insured" under any contract or agreement; or
D.  "Arising out of" the ownership, maintenance or use of any vehicle "owned" by you which is not "your personal vehicle" or a "newly owned vehicle."

**Pollution**
There is no coverage for "damages" or "medical expenses" "arising out of" the actual or threatened discharge, dispersal, release or escape of "pollutants" unless such discharge, dispersal, release or escape is both sudden and accidental.

**United States Government**
There is no coverage for any "damages" for which the United States Government might be liable for an "insured's" use of a vehicle.

**Unlawful Acts**
There is no coverage while any vehicle is being used in any unlawful trade or transportation.

**Vehicle Business**
There is no coverage for any "damages" "arising out of" any vehicle being repaired, serviced or used by any "person" employed or engaged in any way in a "vehicle business."  This exclusion does not apply to you, your agent, employee or partner or any "household member."

**Vehicle Rented to Others**
There is no coverage for any "damages" "arising out of" any of your vehicles being rented to others.

**Vehicle Sale**
There is no coverage for any "damages" "arising out of" any vehicle being consigned to, or held for sale by any "vehicle business."

**Vehicle Used for a Fee**
There is no coverage for any "damages" "arising out of" any vehicle being used to carry people or property for a fee.  This exclusion does not apply to a shared-expenses car pool.

**Workers Compensation or Disability**
There is no coverage for any amounts an "insured" is legally obligated to pay under any workers compensation, disability benefits, unemployment compensation or similar laws.

## Auto Medical Payments Module

This module is part of the Vehicle Section. The provisions in this module, combined with the provisions in the General Section and the Vehicle Section provide the private passenger auto medical payments coverages you selected.

Coverage under this module applies anywhere in the world.

## Medical Payments Coverage

You have the following coverage for a particular vehicle only to the extent that it is indicated in the Declarations for that vehicle.

We will pay "medical expenses" "caused by" an accident causing "bodily injury" which occurs during the policy period to:

A.  Any "insured":
    1.  "Occupying," operating, loading or unloading any "auto" or "trailer"; or
    2.  As a pedestrian when colliding with or when struck by a motor vehicle designed for use mainly on public roads or a "trailer".
B.  Any other "person" "occupying," operating, loading or unloading:
    1.  "Your auto;"
    2.  "A newly owned vehicle," that is not a "motorcycle," "recreational motor vehicle," "snowmobile" or "watercraft";
    3.  A "temporary substitute vehicle" that is not a "motorcycle," "recreational motor vehicle"; "snowmobile" or "watercraft"; or
    4.  A "non-owned vehicle" if the "bodily injury" results from its "occupancy" or operation by:
        a.  Any "insured";
        b.  Any "person" who does not own an "auto" and is a partner or officer of an organization indicated as a named insured;
        c.  Any "household member" of a "person" in a. or b. above; or
        d.  Any farm or household employee in the scope of employment of a "person" in a., b. or c. above.

We will pay only expenses determined to be medically necessary and incurred within three years from the date of the accident.

## Who Is An Insured

"Insured" means you and any "household member."

## Notification Of Loss

In case of an accident, "occurrence" or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

### Auto Medical Payments

The "person" making claim shall also be examined by physicians chosen and paid by us as often as we may reasonably request. If the "person" making claim is deceased or otherwise unable to act, his or her legal representative shall authorize us to obtain all medical reports and records.

## Payment For Loss

The Payment For Loss provisions in the General Section apply and are expanded as follows with respect to coverage provided by this module.

## Limit Of Insurance

The limit of insurance as indicated in the Declarations is the most we will pay for any one "person" as the result of any one accident.

We will pay no more than this limit regardless of the number of:
A.  Vehicles or "persons" insured under this policy; or
B.  Claims, claimants, "persons," policies or vehicles involved in the accident.

The limit of liability for funeral expenses shall not exceed $5,000 each "person."

**Medical Expense Payment**
A.  We may pay "medical expenses" to:
   1.  The injured "person";
   2.  Any "person" or organization providing the medical services;
   3.  The parent or guardian if the injured "person" is a minor or legally incompetent;
   4.  The surviving spouse; or
   5.  Any "person" or organization authorized by law to receive such payment.
B.  We are not responsible for the way the money is used.
C.  Any payment under this coverage shall be applied toward the settlement of a claim or payment of a money judgement for "bodily injury" to any "person" that receives payment under the Vehicle Liability Module or Auto Uninsured and Underinsured Motor Vehicle Module.

## Other Medical Payments Coverage
A.  If any "insured" is injured:
   1.  While "occupying" "your auto" this policy will provide the primary medical payments coverage,
   2.  While "occupying" a "newly owned vehicle" this policy does not apply if there is other valid and collectible  vehicle medical payments coverage,
   3.  While "occupying" or operating a "non-owned vehicle" this policy is excess over any other vehicle medical payments coverage, or
   4.  While a pedestrian this policy is excess over any other vehicle medical payments coverage.
B.  If there is other applicable auto medical payments coverage we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

## Additional Definitions
Under the Auto Medical Payments Module, the Definitions in the General Section and the Glossary in the Vehicle Section apply. If a definition is located in more than one location, the definition in this module takes precedence for the coverages described in this module. The definitions are expanded to include the following:

**"Non-Owned Vehicle"**
An "auto" not "owned" by you or registered in your name.

## Additional Exclusions
Under the Auto Medical Payments Module, the Exclusions in the General Section are expanded as follows:

**Motorized Vehicles with Less Than Four Wheels**
There is no coverage for "medical expenses" due to "bodily injury" to a "person" "occupying," operating, loading or unloading any motorized vehicle with less than four wheels.

**Vehicles Used For a Fee or Rented to Others**
There is no coverage while any vehicle is being used to carry people or property for a fee or is rented to others.

**Unlawful Acts**
There is no coverage while any vehicle is being used in any unlawful trade or transportation.

**If Not Your Auto**
There is no coverage for "medical expenses" due to "bodily injury" to a "person" "occupying," operating, loading or unloading or being struck while a pedestrian by any vehicle owned by or furnished or available for regular use by you or any "person" living in your household if it is not:

A.  "Your auto";
B.  A "newly owned vehicle";
C.  A "temporary substitute vehicle"; or
D.  "Your motorhome."

**Scope of Consent**
There is no coverage while "your auto," "your motorhome," a "newly owned vehicle," a "temporary substitute vehicle" or a "non-owned vehicle" you or a "household member" are using, is not being used within the scope of consent of the owner or "person" in lawful possession of it.

**Vehicle Business**
There is no coverage while any vehicle is being repaired, serviced or used by any "person" employed or engaged in any "vehicle business".  This exclusion does not apply to any "insured," their agent, employee or partner.

**Workers Compensation Benefits**
There is no coverage for "medical expenses" due to "bodily injury" to any "person" to the extent workers compensation benefits are required or available.

## Damage To Your Vehicle Module

This module is part of the Vehicle Section.  The provisions in this module, combined with the provisions in the General Section and the Vehicle Section provide the vehicle physical damage coverages you selected.

Coverage under this module applies to an "occurrence" or "loss" happening in the United States of America, its territories and possessions or Canada, including their coastal waters, or while the insured vehicle is being shipped between their ports.  There is no coverage outside these geographical areas.

## Damage To Your Vehicle Coverages
You have the following coverages for a particular vehicle only to the extent that they are indicated in the Declarations for that vehicle.

### Collision Coverage
We will pay for "loss" to "your personal vehicle" including its "common equipment" "caused by" "collision."

### Comprehensive Coverage
We will pay for "loss" to "your personal vehicle" and its "common equipment," except "loss" by "collision."

Breakage of glass, or "loss" caused by missiles, falling objects, fire, theft, larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, riot or civil commotion is payable under this coverage.  "Loss" due to hitting or being hit by a bird or animal is payable under this coverage.

### Comprehensive Without Glass Coverage
A.  We will pay for "loss" to "your personal vehicle" and its "common equipment" except:
  1.  "Loss" by "collision"; or
  2.  "Loss" to glass or breakage of glass.
B.  "Loss" caused by missiles, falling objects, fire, theft, larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, riot or civil commotion is payable under this coverage. "Loss" due to hitting or being hit by a bird or animal is payable under this coverage.

### Physical Damage Coverage
This coverage is provided only for "watercraft."  We will pay for all direct physical "loss" to covered "watercraft" and their "common equipment" except as excluded.

## What Additional Vehicles Are Insured
A.  Within this module, the coverages on "your personal vehicle" extend to a "loss" to a "newly owned vehicle," a "temporary substitute vehicle" or a "non-owned vehicle."
B.  Coverages extend to a "non-owned vehicle" only while it is driven by or is in the custody of:
  1.  You;
  2.  Any "person" who does not own a "personal vehicle" and is a partner or officer of an organization indicated as a "named insured";
  3.  Any "household member" of a "person" in 1 or 2 above; or
  4.  Any "person" or organization which does not own or hire the vehicle but is liable for its use by one of the "persons" in 1, 2 or 3.
  Its use has to be within the scope of the consent of the owner or "person" in lawful possession of the "non-owned vehicle."

## Extra Coverages
Subject to the terms of the General Section, the Vehicle Section and this module, amounts paid under Extra Coverages are in addition to the amounts paid for "your personal vehicle" unless otherwise stated.

**Owned Topper, Slide-In Camper or Trailer Coverage**

A.  Each "topper," "slide-in camper" or "trailer" indicated in the Declarations is insured for the coverages and limits indicated as applying to it.

B.  An owned "topper," "slide-in camper" or "trailer" not described in the Declarations is insured for "loss" not to exceed $500, for the Comprehensive and Collision Coverages that apply to "your personal vehicle."  No extra premium is charged.

C.  There is no coverage for a "trailer" that:
   1.  Is a farm wagon or farm implement; or
   2.  Is not licensed for use on public roads, except a "snowmobile sled."

**Non-Owned Topper, Slide-In Camper or Trailer Coverage**

Coverage provided for an owned "topper," "slide-in camper" or "trailer" is extended to the same type non-owned "topper," "slide-in camper" or "trailer."

This does not apply unless it is being used by or is in the custody of you or a "household member."

A non-owned "topper," "slide-in camper" or "trailer" is one that is not "owned" by, registered in the name of, or furnished or available for the regular or frequent use of you or any "person" living in your household.

**Auto Transportation Costs Coverage**

Under Comprehensive Coverage, we will pay transportation costs incurred by you if "your auto" is stolen. Such transportation costs shall not exceed $35 per day.  The payment period begins 48 hours after you report the theft and notify the police. The period ends when:

A.  We offer to pay for the "loss";

B.  "Your auto" is returned to use; or

C.  The total payments equal $1050,

whichever occurs first.

**Clothes and Luggage Physical Damage Coverage**

A.  We will pay for "loss" to clothes and luggage owned by you or any "household member." These items have to be in or on a "personal vehicle" covered by this module.  "Your personal vehicle" has to be covered under this module for:
   1.  Comprehensive or Physical Damage Coverage and the "loss" "caused by" fire, lightning, flood, falling objects, explosion, earthquake or theft.  If the "loss" is due to theft, the entire vehicle must have been stolen; or
   2.  Collision or Physical Damage Coverages, and the "loss" caused by "collision."

B.  $200 is the most we will pay in any one "occurrence" even though more than one "person" has a "loss."

C.  This coverage is excess over any other coverage.

## Notification Of Loss

In case of an accident, "occurrence" or "loss" to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

## Payment For Loss

The Payment For Loss provisions in the General Section apply and are expanded as follows with respect to coverage provided by this module.

## Payment Basis

Vehicles and other property insured under this module are insured on the basis of Actual Cash Value, Stated Amount Limit or Repair or Replacement Cost as indicated in the Declarations.

**Actual Cash Value/Stated Amount Limit**

If Actual Cash Value or Stated Amount Limit is indicated in the Declarations, the most we will pay is the lesser of:

A. "Actual cash value" of the damaged property at the time the "loss" occurred;
B. The amount required to repair or replace the damaged property or part with like kind and quality; and
C. The Stated Amount Limit or other limit, if any, indicated in this module or in the Declarations. The Stated Amount Limit is the limit you and we agreed to at policy inception or subsequent date.

**Repair or Replacement Cost**
If Repair or Replacement Cost is indicated in the Declarations for an "auto," we will pay the reasonable cost to repair or replace that "auto" or its parts with like kind and quality. If such cost exceeds 100% of that "auto's" "actual cash value" at the time the "loss" occurred, we will pay the cost of a similar new "auto." Similar new "auto" means matching as closely as possible the damaged "auto's" make, model, size, body type and equipment. The cost of a similar new "auto" will be the amount required to purchase a new "auto" of the model year in which the accident occurred or the model year of the damaged "auto," whichever is newer.

Losses from theft, larceny or fire will be settled at "actual cash value."   Payment basis will be changed to "actual cash value" when the policy renews during the year "your auto" becomes 4 model years old.

**Loss Adjustment**
A. We have the right to settle a "loss" with you or the owner of the property in one of the following ways:
   1. Repair or replace the property or part as indicated;
   2. Return the stolen property and pay for damage resulting from the theft;
   3. Pay you the value of the property, according to the Payment Basis provisions, less its salvage value; or
   4. Pay you the value of the property, according to the Payment Basis provisions, and take ownership of the property.
B. The property cannot be abandoned to us.

**Our Options**
When we pay for a total "loss" or a theft, we may keep all or part of the damaged or recovered vehicle.

If a stolen vehicle is recovered before we make payment, we may return it to you at the address indicated in the Declarations. If we return a stolen vehicle, we will pay for damage resulting from the theft.

If more than one coverage applies, we will pay only under the coverage where you collect the most.

If two or more of "your personal vehicles" are insured for the same coverage, the coverage applies separately to each.

**If There Is Other Comprehensive, Collision or Physical Damage Coverage**
A. If "your personal vehicle" or an "owned" "topper," "slide-in camper" or "trailer" has other coverage on it:
   1. We will pay only our share of the "loss." Our share is the proportion that our coverage amount bears to the total of all applicable coverage amounts.
   2. Any insurance we provide with respect to a "non-owned vehicle," non-owned "topper," "slide-in camper," or "trailer," or any vehicle used as a "temporary substitute vehicle" shall be excess over any other collectible insurance. However, any insurance we provide for such "non-owned vehicle" or "temporary substitute vehicle" will be primary insurance if the vehicle is insured under a policy affording coverage to a "vehicle business." This applies only if an "insured":
      a. Is operating the vehicle; and
      b. Is neither the "person" engaged in such "business" nor that "person's" employee or agent.
B. Any insurance we provide for a "newly owned vehicle" does not apply if there is similar coverage on the "newly owned vehicle."

## Additional Definitions

Under the Damage to Your Vehicle Module, the definitions in the General Section and the Glossary in the Vehicle Section apply. If a word is defined in more than one location, the definition in this module takes precedence for the coverages described in this module. The definitions are expanded as follows:

**"Collision"**
Your "personal vehicle" upsets, hits or gets hit by a vehicle or other object.

**"Common Equipment"**
"Common equipment" usual to use with "your personal vehicle" includes:
A.  For an "auto," equipment which is factory or dealer installed, and is usual to an "auto" of the private passenger, panel truck, pickup truck, farm truck, farm truck tractor or van type including, but not limited to, OEM or aftermarket rims, roll bars, cattle catchers, and spoilers.

    This does not include customizing features, accessories, or equipment unless you have told us about them before the "loss" and have paid any additional premium required.
B.  For a "motorhome," equipment which is factory or dealer installed, and is usual to an "auto" of the private passenger or truck type plus equipment and accessories built into and forming a permanent part of the "motorhome," including appliances, furniture and equipment furnished by the manufacturer or dealer as original equipment.
C.  For a "motorcycle," equipment which is factory or dealer installed, and is usual to a "motorcycle."  A sidecar is not included unless it is specifically indicated in the Declarations.
D.  For a "snowmobile," equipment which is factory or dealer installed, and is usual to a "snowmobile," including a "snowmobile sled."
E.  For a "watercraft," equipment which is factory or dealer installed, and is usual to the use of the "watercraft," including an electric trolling motor, and for:
    1.  An inboard powered boat, its attached equipment and any rudder, propeller, shaft, or machinery inside or outside the boat;
    2.  An inboard/outboard powered boat, its attached equipment;
    3.  An outboard boat, its remote controls and other attached equipment; or
    4.  A sailboat, its sails, spars, rigging and other attached equipment.

    This does not include equipment and accessories consisting of extra fuel tanks, miscellaneous portable and detachable equipment and accessories "owned" by you for the operation of the "watercraft," unless you have told us of the items before the "loss" and have paid any additional premium required.

    We do not cover fuel, provisions, cameras, portable sound or electronic equipment, fishing equipment, water skis or other sporting equipment for any "watercraft."

**"Loss"**
A direct and accidental loss of or damage to any property covered by this module.

**"Non-Owned Vehicle"**
A "personal vehicle" that is not:
A.  "Owned" by;
B.  Registered in the name of; or
C.  Furnished or available for the regular or frequent use of, you or any resident of your household.

**"Slide-In Camper"**
A removable camper designed to be carried in a pickup bed.

**"Topper"**
A removable shell or cover used over the bed of a pickup to enhance the capacity or security of the pickup's cargo.

## Additional Exclusions
Under the Damage to Your Vehicle Module, the Exclusions in the General Section apply and are expanded as follows:

### Gradual or Sudden Loss
There is no coverage for any "loss" "arising out of" wear and tear, freezing, mechanical or electrical

breakdown, or road damage to tires. This exclusion does not apply to Emergency Roadside Assistance Coverage, or if there is a theft of the entire vehicle.

### Compact Discs Or Tapes

There is no coverage for "loss" of compact discs, DVDs, tapes or other mediums for recording or reproducing sound or video. This exclusion does not apply to the "loss" of one disc, tape or other medium if other "loss" covered by this module happens at the same time.

### Watercraft

There is no coverage for "loss" "arising out of" the unseaworthiness of the boat.

### Non-Owned Vehicles

There is no coverage for "non-owned vehicles" while:

A.  Being repaired, serviced or used by any "person" while that "person" is working in any "vehicle business"; or
B.  Used in any other business or occupation.

This does not apply to a "personal vehicle" driven or "occupied" by you or any "household member."

### Sound or Electronic Equipment

There is no coverage for "loss" by theft of a compact disc player or changer, tape player or recorder, citizens or commercial band radio, radio transmitter, transceiver, telephone, scanning monitor receiver, radar detector, DVD player, or any electronic device incorporating such equipment.

This does not apply if the equipment is permanently installed in the opening of the dash, console or trunk of the vehicle normally reserved by the manufacturer of the "personal vehicle" for the installation of such sound or electronic equipment.

### Tires

There is no coverage for tires unless stolen, or damaged by fire or vandalism, or other "loss" covered by this module happens at the same time.

### Vehicles Used For A Fee

There is no coverage while any property covered under this module is being used to carry people or property for a fee. This exclusion does not apply to a shared-expenses car pool.

### Controlled Substances

There is no coverage while any property covered under this module is being used in unlawful manufacture, trade or transportation of Controlled Substances as defined by the Federal Food and Drug Act at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

This exclusion does not apply if such property covered under this module is stolen and the unlawful activity is beyond the control of you or any "household member."

## Additional Conditions

The following conditions apply in addition to those in the General Section.

### Loss Payee

A.  If a loss payee is named in the Declarations for a specific vehicle, we may pay any "loss" to:
   1.  You and, if unpaid, the repairer; or
   2.  You and the loss payee, as each of your interests is determined, when we find it is not practical, or you choose not to, repair your vehicle; or
   3.  The loss payee, as to the loss payee's interest if your vehicle has been repossessed.
B.  When we pay the loss payee for "loss" for which you are not covered, we are entitled to the loss payee's right of recovery against you to the extent of our payment. Our right of recovery shall not impair the loss payee's right to recover the full amount of the "loss" payee's claim.

## Optional Coverages

You have these optional coverages only if specifically named in the Declarations for a particular vehicle indicated in the Declarations.  Except as otherwise stated, these optional coverages are subject to the provisions of the General Section, Vehicle Section and this module.

### Emergency Roadside Assistance

In the event of a disablement, we will pay for our authorized service representative to provide:

- towing of "your auto" or "your motorcycle" to the nearest qualified repair facility; and
- labor costs on "your auto".  The labor must be done at the place of disablement.

The amount indicated in the Declarations for the applicable vehicle is the most we will pay for any one covered "occurrence."

We will pay no more than five disablements per policy period for each vehicle showing Emergency Roadside Assistance coverage on the declarations.

No deductible applies to this optional coverage.

### Auto Rental Reimbursement

A.  We will pay costs incurred by you up to $35 per day when you rent an "auto", use a taxi, or use public transportation due to a covered "loss" to "your auto" under Comprehensive or Collision Coverages, starting when:
   1.  It cannot run due to the covered "loss"; or
   2.  If it can run, you leave it at the shop for agreed repairs; and
B.  Ending when:
   1.  It has been repaired or replaced; or
   2.  We offer to pay for the covered "loss";
   whichever comes first.
C.  The most we will pay for Auto Rental Reimbursement Coverage incurred in any one "occurrence" is $1050.
D.  Any payment under Auto Rental Reimbursement Coverage is reduced to the extent it is payable under Comprehensive Coverage.
E.  No deductible applies to this optional coverage.

### Motorhome Rental Reimbursement and Expense

A.  We will pay costs incurred by you up to $90 per day when you rent an "auto" or "motor home," use a taxi, or use public transportation due to a covered "loss" to "your motor home" under Comprehensive or Collision Coverages starting when:
   1.  It cannot run due to the covered "loss"; or
   2.  If it can run, you leave it at the shop for agreed repairs; and
B.  Ending when:
   1.  It has been repaired or replaced; or
   2.  We offer to pay for the covered "loss";
   whichever comes first.
C.  If "your motor home" cannot run due to the covered "loss" and is more than 300 miles from your home, we will reimburse you for expenses incurred by you or any "household member" for:
   1.  Commercial transportation fare to continue to your destination or home;
   2.  Extra meals and lodging needed when the covered "loss" to "your motorhome" causes a delay enroute.  The expenses must be incurred between the time of the covered "loss" and:
      a.  The time you arrive at your destination or home; or
      b.  The end of the third day;
      whichever occurs first; or
   3.  Meals, lodging and commercial transportation fares incurred by you or a "person" you choose to drive "your motorhome" from the place of repair to your destination or home.
D.  The most we will pay for Motorhome Rental Reimbursement and Expenses Coverage incurred by all "persons" in any one "occurrence" is $1,000.
E.  No deductible applies to this optional coverage.

**Auto – Theft of Special Electronic Equipment**

A. If indicated in the Declarations, we cover "loss" due to theft from "your auto" of the following special equipment:
   1. Tape Player.  This includes any compact disc player or changer, tape player or recorder;
   2. CB Radio.  This includes any citizens or commercial band radio, radio transmitter, transceiver, scanning monitor receiver, or any electronic device incorporating such equipment;
   3. Radar Detector;
   4. Telephone;
   5. Television;
   6. DVD player; and
   7. All Other.  This includes any other special electronic equipment.
B. We also cover "loss" to any accessories or specialized antennas for use with equipment listed above if incurred in conjunction with "loss" to equipment covered under this policy. This does not include compact discs, DVDs, recording tape, record discs or other mediums.
C. Coverage is provided for the above property only if:
   1. You or a "household member" own the property;
   2. The property is capable of being operated by power from the electrical system of "your auto"; and
   3. The "loss" occurs while such equipment is in or upon "your auto."
D. Our limit of insurance for all covered "loss" directly attributable to a single "occurrence" shall not exceed the lesser of:
   1. The "actual cash value"; or
   2. The amount indicated in the Declarations for this coverage.
E. No deductible applies to this optional coverage.


**Auto – Compact Discs/Stereo Tapes**

A. We cover "loss" to compact discs, DVDs, tapes, records, discs or other medium for use with any device or instrument designed for the recording, reproduction, or recording and reproduction of sound or video provided they are owned by you or a  "household member" and:
   1. They are in or upon "your auto" insured for Collision Coverage and the "loss" is "caused by" a collision; or
   2. They are in or upon "your auto" insured for Comprehensive Coverage or Comprehensive Without Glass Coverage.
B. Our liability for a covered "loss" to all compact discs, DVDs, tapes, records discs or other medium "caused by" any one "occurrence" shall not exceed the limit of insurance indicated in the Declarations for this coverage.
C. No deductible applies to this optional coverage.


**Limitation for Prior Damage**

Coverage for prior damage to "your personal vehicle" as indicated in the Declarations will not be included under any payment for "loss."


**Motorhome or Trailer Personal Effects**

We cover "loss" to your personal effects provided that at the time of "loss:"

A. They are in or upon "your motorhome," "your trailer" or the "slide-in camper" indicated in the Declarations and insured for Collision Coverage and the "loss" is "caused by" a collision; or
B. They are in or upon "your motorhome," "your trailer" or the "slide-in camper" indicated in the Declarations and insured for Comprehensive Coverage or Comprehensive Without Glass Coverage.


Our liability for a covered "loss" to all personal effects shall not exceed the limit of insurance indicated in the Declarations for this coverage.


**Limitation for Inboard Boat Machinery**

Coverage for "loss" to any rudder, propeller, shaft or machinery inside or outside the inboard boat indicated in the Declarations will not be included under any payment for "loss" unless "caused by" fire, explosion, collision with another boat or by sinking as the result of a collision with an object.

## Auto Uninsured And Underinsured Motor Vehicle Module

This module is part of the Vehicle Section.  The provisions in this module, combined with the provisions in the General Section and the Vehicle Section provide the uninsured and underinsured motor vehicle coverages you selected.

Coverage under this module applies to an "occurrence" happening in the United States of America, its territories and possessions or Canada, including their coastal waters, or while the insured vehicle is being shipped between their ports.  There is no coverage outside these geographical areas.

## Uninsured and Underinsured Motor Vehicle Coverages
You have the following coverages for a particular vehicle only to the extent that they are indicated in the Declarations for that vehicle.

## Uninsured Motor Vehicle Coverage
We cover damages for "bodily injury" an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle."  The "bodily injury" must be sustained by an "insured," "caused by" an "occurrence" and "arise out of" the operation, maintenance or use of the "uninsured motor vehicle."

We are not bound by any judgment against any "person" or organization if "suit" was filed without notice to us.

## Underinsured Motor Vehicle Coverage
We cover damages for "bodily injury" an "insured" is legally entitled to recover from the owner or operator of an "underinsured motor vehicle."  The "bodily injury" must be sustained by an "insured," "caused by" an "occurrence" and "arise out of" the operation, maintenance or use of the "underinsured motor vehicle."

We are not bound by any judgment against any "person" or organization if "suit" was filed without notice to us.

There is no coverage until:
A.  The limits of liability of all "bodily injury" liability bonds and policies that apply have been used up by payments of judgments or settlements; or
B.  Such limits of liability or remaining parts of them have been offered to the "insured."

## Who Is An Insured
Within this module, an "insured" is defined as:
A.  You;
B.  Any "household member";
C.  Any other "person" while "occupying":
    1.  "your auto," "your farm truck," "your farm truck tractor";
    2.  a "newly owned auto";
    3.  a "temporary substitute auto";
    4.  an auto not owned by you or any other member of your household driven by you; or
    5.  a "trailer" attached to any "auto" listed above; or
D.  Any other "person" entitled to recover damages because of "bodily injury" to an "insured" under A., B. or C. above;
E.  Other "persons" "occupying" an "auto" used to carry "persons" for a charge other than on a share expenses basis are not "insureds."

## Notification Of Loss
In case of an accident, "occurrence" or loss to which this insurance may apply, refer to the General Section and this module for specific notification of loss instructions.

**Uninsured Motor Vehicle Coverage and Underinsured Motor Vehicle Coverage**

The "person" making claim shall also:

A. Report a hit-and-run accident to the police and to us as soon as reasonably possible;

B. Let us inspect the insured vehicle the "person" "occupied" at the time of the "occurrence";

C. Send us at once a copy of all legal papers relating to any claim or "suit" to which this coverage applies;

D. Give us all details about the death, injury, treatment, medical reports and other information we need to determine the amount payable; and

E. Be examined by physicians chosen and paid by us as often as we may reasonably request.  If the "person" making claim is deceased or otherwise unable to act, his or her legal representative shall authorize us to obtain all medical reports and records.

## Payment For Loss

The Payment For Loss provisions in the General Section apply and are expanded as follows with respect to coverage provided by this module.

**Payment of Amount Due**

We will pay the amount due under this module to:

A. The "insured";

B. A parent or guardian if the "insured" is a minor or an incompetent "person";

C. The surviving spouse of a deceased "insured"; or

D. A "person" authorized by law to receive such payment.

**Limits of Insurance**

A. When you have purchased split limits of liability as indicated in the Declarations for the applicable vehicle, our limit of coverage is as follows:

1. The Uninsured Motor Vehicle Coverage or Underinsured Motor Vehicle Coverage limit for each "person" is the maximum we will pay as damages for "bodily injury" to one "person" in one accident.

2. The Uninsured Motor Vehicle Coverage or Underinsured Motor Vehicle Coverage limit for each accident is subject to the each "person" limit and is the maximum we will pay as damages for "bodily injury" to two or more "persons" in one accident.

B. If you have purchased a combined single limit of liability as indicated in the Declarations for the applicable vehicle, our limit of coverage for all damages resulting from any one accident is the limit indicated for Uninsured Motor Vehicle Coverage or Underinsured Motor Vehicle Coverage. The most we will pay is the lesser of:

1. The difference between the amount of the "insured's" damages for "bodily injury," and the amount paid to the "insured" by or for any "person" or organization who is or may be held legally liable for the "bodily injury" including all sums paid for the same damages under the Vehicle Liability Module or Auto Medical Payments Module; or

2. The limits of the applicable coverage.

C. We will pay no more than the split limits or combined single limit indicated in the Declarations, regardless of the number of:

1. Vehicles or "persons" insured; or

2. Claims, claimants, policies or vehicles involved in the accident.

D. The coverage limits provided to protect against damages "caused by" accidents with "uninsured motor vehicles" and "underinsured motor vehicles" are to be applied separately. However, this does not increase the total limit of insurance available for these coverages.

E. No "person" will be entitled to receive duplicate payments for the same elements of any loss.

F. Any payment made to a "person" under this module will reduce any amount payable to that "person" under the Vehicle Liability Module or Auto Medical Payments Module.

G. Any amount payable under this module will be reduced by any amount paid or the present value of all amounts payable to or for the "insured" under any workers compensation, disability benefits or similar law.

H. An "auto" and attached "trailer" are one vehicle.  Therefore, the limits are not increased.

I. When two or more "autos" are insured under this module the limits apply separately to each and cannot be stacked, added together or combined to determine the amount of insurance available to an injured person from one accident.

**Other Insurance**
If there is other applicable similar insurance, we will pay only our share of the loss. Under Uninsured Motor Vehicle Coverage, our share is that percent of the "damages" in excess of the limits of the primary coverage that the applicable limit required by Iowa law for "bodily injury" liability bears to the total of all "uninsured motor vehicle" coverage applicable as excess to the accident. Under Underinsured Motor Vehicle Coverage, our share is that percent of the "damages" in excess of the limits of the primary coverage that the applicable limit required by Iowa law for "bodily injury" liability bears to the total of all "underinsured motor vehicle" coverage applicable as excess to the accident.

If there is other applicable similar insurance, any insurance we provide for a vehicle you do not own shall be excess over other collectible insurance, but only in the amount that does not exceed the applicable limit required by Iowa law for "bodily injury" liability. However, any insurance we provide for a vehicle you do not own will be primary insurance if the vehicle is insured under a policy affording coverage to a "named insured" engaged in any "vehicle business." This applies only if an "insured":
A.  Is operating the vehicle; and
B.  Is neither the person engaged in such "business" nor that "persons" employee or agent.

**Deciding Fault and Amount of Benefits**
Two questions must be decided by agreement between the "insured" and us:
A.  Does the owner or driver of the "uninsured motor vehicle" legally owe the "insured" damages; and
B.  If so, in what amount?

**Written Consent Requirement**
No judgment for "damages" "arising out of" a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:
A.  Received reasonable written notice of the pendency of the "suit" resulting in judgment; and
B.  Had a reasonable opportunity to protect our interests in the "suit."

## Payment Recovery

**Uninsured Motor Vehicle Coverage**
We have the right to recover our payment from the proceeds of any settlement or judgment the injured "person" obtains from any party liable for the "bodily injury." We are to be repaid our payments out of any recovery, less our pro rata share of reasonable costs and fees of collection.

The "person" to or for whom we have made payment shall:
A.  Not hurt our right to recover;
B.  Execute any legal papers we need; and
C.  When we ask, take action through our representative to recover our payments.

**Underinsured Motor Vehicle Coverage**
We have the right to recover our payments from the proceeds of any settlement or judgment the injured "person" obtains from any party liable for the "bodily injury."

The rights to recover our payments pass to us for the amount we pay, and:
A.  Upon payment, we are entitled to an assignment of any judgment obtained by the injured "person" against the party liable for the "bodily injury"; and
B.  The injured "person" shall execute any legal papers we need and help us recover our payment.

The "person" to or for whom we have made payments shall:
A.  Not hurt our right to recover;
B.  Execute any legal papers we need; and
C.  When we ask, take action through our representative to recover our payments.

## Additional Definitions

Under this module, the Definitions in the General Section and the Additional Definitions in the Vehicle

Section apply. If a word is defined in more than one location, the definition in this module takes precedence for the coverages described in this module. The definitions are expanded to include the following:

**"Newly Owned Auto"**

An "auto" newly "owned" by you, which you tell us about within 30 days of its purchase date and:

A. It is a "personal auto" which replaces your "personal auto" indicated in the Declarations;

B. It is an added "personal auto" and all other insured "personal autos" of the same vehicle type "owned" by you are insured by us or one of our affiliates or subsidiaries;

C. It is an added "personal auto" newly owned by an unmarried resident of your household who does not own an "auto," is under 21 and is related to you by blood, marriage, guardianship or adoption, and all other insured "personal autos" "owned" by you are insured by us or one of our affiliates or subsidiaries; or

D. It is a pickup, panel truck or van that replaces "your personal auto" and is used in a business or occupation, other than farming or ranching, for carrying tools or related items to, from, or between job sites.  Because of its business use, insurance must be obtained under a commercial auto policy within 30 days of its acquisition.

**"Personal Auto"**

Any of the following:

A. An "auto" of the private passenger type designed solely to carry "persons" and their luggage;

B. An "auto" of the pickup, panel truck, van or "motor home" type not customarily used in any business or occupation for:

    1. Delivery of products or supplies, unless for farming or ranching;

    2. Carrying of tools or equipment, unless for farming or ranching;

    3. Hauling for hire; or

    4. Office, store or display purposes;

C. An "auto" of the truck type, including a truck tractor type, owned by a farmer or rancher and used exclusively in connection with their farming or ranching operation, for exchange purposes with neighbors or for personal pleasure.

**"Temporary Substitute Auto"**

An "auto" not "owned" by you if it replaces "your personal auto" for a short time.  Its use has to be with the consent of the owner.  "Your personal auto" has to be out of use due to its breakdown, repair, servicing, damage or loss.  A "temporary substitute auto" is not considered a "non-owned" vehicle.

**"Uninsured Motor Vehicle"**

A. Includes any of the following:

    1. A land motor vehicle or trailer the ownership, maintenance or use of which is not insured or bonded for "bodily injury" liability at the time of the accident;

    2. A land motor vehicle insured or bonded for "bodily injury" liability at the time of the accident but:

        a. The insuring company denies coverage or at the time of the accident is or becomes insolvent; or

        b. Its limit of "bodily injury" liability is less than the minimum limit for "bodily injury" liability specified by law; or

    3. A hit-and-run land motor vehicle whose owner or driver remains unknown and which causes an accident resulting in "bodily injury" to an "insured" with or without striking:

        a. The "insured"; or

        b. The vehicle the "insured" is "occupying."

        c. The facts of the accident must be:

            i. Reported, as required by law, to the proper law enforcement authorities; and

            ii. Corroborated by additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the insured's representation of the accident.

B. An "uninsured motor vehicle" does not include a land motor vehicle, trailer or equipment:

    1. Owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility, motor carrier or similar law;

    2. Designed for use mainly off public roads except while on public roads;

    3. While located for use as a residence or premises; or

4. Operated on rails or crawler treads.

**"Underinsured Motor Vehicle"**
A. A land motor vehicle or trailer, the ownership, maintenance or use of which is insured or bonded for "bodily injury" liability coverage in amounts which:
   1. Are less than the damages for "bodily injury" sustained by the "insured."; or
   2. Have been reduced by payments to "persons" other than the "insured" to less than the amount of the "insured's" "damages."
B. An "underinsured motor vehicle" does not include any "uninsured motor vehicle" or a land motor vehicle, trailer or equipment:
   1. Owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility, motor carrier or similar law;
   2. Designed for use mainly off public roads except while on public roads;
   3. While located for use as a residence or premises; or
   4. Operated on rails or crawler treads.

## Additional Exclusions
Under this module, Exclusions in the General Section apply and are expanded as follows:

### Consent
If a "person" claiming or receiving payment under this module takes any action without our consent which adversely affects our right to recover our payments, coverage shall be reduced to the extent that we have been prejudiced. This includes settlements made and judgments obtained without our consent.

### Duplicate Coverage
There is no coverage for underinsured motor vehicle coverage if uninsured motor vehicle coverage applies to the accident.

### Workers Compensation or Disability
There is no coverage to the extent it directly or indirectly benefits any insurance company or self-insurer under any workers compensation, disability benefits or similar law.

There is no coverage to the extent that Workers Compensation Benefits are required to apply.

### Government
There is no coverage to the extent it directly or indirectly affects any government body.

### Other Vehicles
There is no coverage under this module for any "insured"
A. While "occupying"; or
B. Resulting from being struck by,
a motor vehicle owned by you or any member of your household, if it is not "your auto," a "newly owned auto" or a "temporary substitute auto."

### Newly Owned Auto
There is no coverage for a "newly owned auto" if there is other Uninsured Motor Vehicle coverage or Underinsured Motor Vehicle coverage from another policy for that "newly owned auto."

### Uninsured or Underinsured Motor Vehicle
An "uninsured motor vehicle" or "underinsured motor vehicle" does not include a land motor vehicle:
A. Insured under the vehicle liability coverage of this policy;
B. Furnished for regular use by you or any resident of your household;
C. Owned or operated by a self-insurer under any motor vehicle financial responsibility law, unless the self-insurer denies liability coverage, refuses to pay or becomes insolvent;
D. Owned by any government or any of its political subdivisions or agencies;
E. Designed for use mainly off public roads except while on public roads; or
F. While located for use as a residence or premises.

## Liability Section

This section, combined with the General Section and liability modules, provides the liability coverages you selected, as indicated in the Declarations.

The ownership, use or occupancy of your home or other property and your personal activities can result in injury to others or damage to property of others for which you can be held legally liable.

## Introduction

Your liability coverages are determined by combining the terms and provisions of the General Section and Liability Section with one or more of the following liability modules:

A.  Personal Liability Module for the home owner or renter providing coverage for bodily injury liability, property damage liability and medical payments to others.
B.  Farm/Ranch and Personal Liability Module for farmers/ranchers providing the coverages in the Personal Liability Module as well as farm/ranch liability coverages.
C.  Farm/Ranch Employer Liability Module for employers of "farm/ranch" labor providing liability and medical payments coverages for "farm/ranch employees" who are not eligible for workers compensation.
D.  Business Liability Module for owners of a "business" providing liability coverage for the "business."

Coverages in the Liability Section apply anywhere in the world with respect to an "insured's" activities and the ownership, use or occupancy of "insured locations" except as specifically limited or excluded.

The Liability Section does not provide coverage for any liability related to automobiles or motorcycles.  It also does not cover recreational motor vehicle or watercraft liability except with respect to limited coverage as specified in the liability modules.

## Notification Of Loss

In case of an accident, "occurrence" or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

## Payment For Loss

The Payment For Loss provisions in the General Section apply and are expanded as follows with respect to coverage provided by this section:

### Limit of Insurance

The limit of insurance indicated in the Declarations for "bodily injury" and "property damage" is the most we will pay for all "damages" from any one "occurrence," regardless of the number of "insureds," claimants, claims made or "persons" injured.

The limit of insurance indicated in the Declarations for Medical Payments to Others is the most we will pay for "medical expenses" for one "person" as the result of one "occurrence."

The Extra Coverages in each module are subject to specific limits as explained under those Extra Coverages.

### Sublimit for Fungi

Our total liability for the total of all "damages" "arising out of" the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi," wet or dry rot, or bacteria will not be more than $50,000.  This is the most we will pay regardless of the:

A.  Number of locations insured;
B.  Number of "persons" injured;
C.  Number of "persons" whose property is damaged;
D.  Number of "insureds"; or

App. P. 40

E.   Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the limit of liability.   It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

## Medical Expense Payment

We may pay "medical expenses" to:

A.   The injured "person";
B.   Any "person" or organization providing the medical services;
C.   The parent or guardian if the injured "person" is a minor or legally incompetent;
D.   The surviving spouse; or
E.   Any "person" or organization authorized by law to receive such payment.

## Additional Exclusions

The following exclusions apply in addition to those in the General Section and the applicable liability module.

## Animal Activities

There is no coverage for any "damages" or "medical expenses" "arising out of" the ownership or use of animals in or while in practice or preparation for, any organized or sanctioned racing, pulling, pushing, rodeo or stunting activities. This applies to "occurrences" "arising out of" such activities that take place at the site designated for the contest or activity, and to such practice or preparation that takes place somewhere other than on an "insured location."

This exclusion does not apply to:

A.   Coverage that may be provided under Goodwill Coverage.
B.   Club sponsored horse riding activities from which gross annual receipts do not exceed $1,000.
C.   Animal activities coverage that is specifically provided under this policy.

## Asbestos or Lead

There is no coverage for any:

A.   "Damages" or "medical expenses" "arising out of" the ingestion, inhalation or absorption of lead or asbestos in any form;
B.   Loss, cost or expense "arising out of" any request, demand or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead or asbestos; or
C.   Cost of abatement, mitigation, removal or disposal of asbestos or lead.

## Contractual Liability

There is no coverage for any liability assumed under any contract or agreement.

This exclusion does not apply to written contracts:

A.   That relate directly to the ownership, maintenance or use of an "insured location";
B.   Where the liability of others is assumed by the "insured" prior to an "occurrence," unless excluded elsewhere in this policy; or
C.   Where the "insured" would have been liable in the absence of the contract or agreement.

## Damage to Property

There is no coverage for "property damage" to:

A.   Property owned by any "insured." This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";
B.   Property leased by, rented to or occupied by any "insured." This exclusion does not apply to "property damage" "caused by" fire, smoke, or explosion to buildings or other structures;
C.   Property used by or loaned to any "insured";
D.   Personal property in the care, custody or control of any "insured"; or
E.   That particular part of real property on which any "insured," or any contractor or subcontractor working directly or indirectly on any "insureds" behalf, is performing operations, if the "property

damage" arises out of those operations.

## Damage to Your Products
There is no coverage for "property damage" to "your products" or "arising out of" "your products" or any part of "your products".

## Damage to Your Work
There is no coverage for damage to "your work" or "arising out of" "your work" or any part of "your work".

This exclusion does not apply to work performed on your behalf by subcontractors.

## Director's Liability
There is no coverage for any "damages" "arising out of" any "insured's" actions or failure to act as an officer or member of a board of directors of any corporation or organization not listed as a "named insured" in the Declarations.

This exclusion does not apply to an "insured's" voluntary involvement in a not-for-profit corporation or organization.

## Discrimination
There is no coverage for any "damages" "arising out of" discrimination due to age, race, color, gender, creed, national origin, sexual preference, marital status, handicap or any other illegal discrimination.

## Employment Related Practices
A. There is no coverage for any "damages" "arising out of":
   1. Refusal to employ any "person";
   2. Termination of any "person's" employment; or
   3. Employment related practices, policies, acts or omissions such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at any "person."
B. There is no coverage for any other "person's" claim for "damages" "arising out of" such refusal to employ, termination, employment related practices, policies, acts or omissions.
C. These exclusions apply:
   1. Whether the "insured" may be held liable as an employer or in any other capacity; and
   2. To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

## Financial Guarantees
There is no coverage for any "damages" "arising out of" any "insured's" guarantee of the financial performance of any "person" or organization.

## Illegal Drugs
There is no coverage for any "damages" or "medical expenses" "arising out of" the use, sale, manufacture, delivery, transfer or possession by any "person" of a Controlled Substance(s) as defined by the Federal Food and Drug act at 21 U.S.C.A. Sections 811 and 812.  Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

This exclusion does not apply to the legitimate use of prescription drugs by a "person" following the orders of a licensed physician.

## Liability Loss Assessment
Except as provided in Liability Loss Assessment extra coverage(s) we will not pay for any liability loss assessments made against you as a member of a corporation or association of property owners.

## Non-Insured Locations
There is no coverage for any "damages" or "medical expenses" "arising out of" a premises an "insured" owns,

rents from someone; or rents to someone which is not an "insured location."

This exclusion does not apply to "bodily injury" to a "residence employee" "arising out of" and in the course of the "residence employee's" employment by an "insured."

## Pollution Cleanup
There is no coverage for any loss, cost or expense "arising out of" any:
A. Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or
B. Claim or "suit" by or on behalf of a governmental authority or others for "damages" because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollution.

## Professional Services
There is no coverage for any "damages" or "medical expenses" "arising out of" malpractice, errors and omissions, or the rendering of or failure to render professional services.

## Sound, Electric or Magnetic Emissions
There is no coverage for "damages" for "bodily injury" or "property damage" "arising out of" sound, electrical or magnetic emissions, visible or invisible. This does not apply to "bodily injury" or "property damage" "caused by" direct physical contact with electrical transmission equipment.

## Vehicles, Aircraft, Hovercraft or Watercraft
A. There is no coverage for any "damages" or "medical expenses" "arising out of" the ownership, operation, occupancy, maintenance, use, entrustment to others, loading or unloading of:
  1. Any "motor vehicle";
  2. Any "recreational motor vehicle" while not on an "insured location" except for a "recreational motor vehicle" not owned by or rented to any "insured";
  3. Any "aircraft";
  4. Any "hovercraft";
  5. Watercraft:
     a. Owned by or rented to any "insured" if the watercraft has inboard or inboard-outboard motor power of more than 50 horsepower or is a sailing vessel 26 feet or more in overall length, with or without auxiliary power; or
     b. Owned by any "insured" if powered by one or more outboard motors with a combined total of more than 25 horsepower.
B. This exclusion does not apply to watercraft while they are stored.
C. This exclusion does not apply to a motorized golf cart within the legal boundaries of a golfing facility to:
  1. Play the game of golf or for other recreational or leisure activity allowed by the facility;
  2. Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or
  3. Cross public roads at designated points to access other parts of the golfing facility.
D. There is no coverage for any "damages" "arising out of" vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.
E. There is no coverage for any "damages" or "medical expenses" "arising out of" failure to supervise or negligent supervision of any person using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.
F. There is no coverage for any "damages" or "medical expenses" if at the time of an "occurrence," the involved vehicle or watercraft is rented to others, used to carry "persons" or cargo for a charge, or used for any "business" purpose, except for a golf cart while within the legal boundaries of a golfing facility.
G. These exclusions do not apply to "bodily injury" to a "residence employee" "arising out of" and in the course of the "residence employee's" employment by an "insured."

## Workers Compensation or Disability
There is no coverage for any amounts an "insured" is legally obligated to pay under any workers compensation, disability benefits, unemployment compensation or similar laws.

## Glossary

The language in this section includes certain words or phrases that are given exact meanings to make clear what we mean when we use them.  Each word or phrase surrounded by quotation marks is defined in this glossary, in the General Section or in a module under the heading Additional Definitions.

**"Aircraft"**
See General Section Definitions.

**"Arising Out Of"**
See General Section Definitions.

**"Business"**
A trade, profession or occupation, including any activities likely or expected to produce annual gross receipts exceeding $1,000.

**"Bodily Injury"**
See General Section Definitions.

**"Caused By"**
See General Section Definitions.

**"Custom Farming"**
The use by an "insured" of any "Farm/Ranch Implements and Machinery" in connection with "Farming/Ranching" operations for others for a charge.  However, "custom farming" does not include "custom feeding."

**"Custom Feeding"**
The feeding of "Farm/Ranch" animals of others for a charge on an "insured location."

**"Damages"**
See General Section Definitions.

**"Exchange Help"**
Any "person" working for you or under your direction in exchange for your services and not with the expectation of cash wages.

**"Farm/Ranch Employee"**
Any employee of yours, including leased employees, whose duties are primarily in connection with your "farming/ranching" operations.  "Farm/ranch employee" does not include a "residence employee," "exchange help" or any employee while engaged in a "business."

**"Farming/Ranching" or "Farm/Ranch"**
The process of investment, management or labor to produce agricultural products.

"Farming/Ranching" or "farm/ranch" does not include "custom farming" or "custom feeding."

"Farming/Ranching" or "farm/ranch" does not include retail activities.

**"Farm/Ranch Premises"**
A.   Land (including private approaches) you own, rent or lease primarily for agricultural use; and
B.   "Farm/Ranch" structures, including residences on such land.

**"Fungi"**
Any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi."

This does not include any "fungi" that are on, or are contained in, a good or product intended for human or animal consumption as food.

**"Household"**
Includes all "persons," other than paying roomers or boarders, residing in and sharing the same living space within one dwelling building unit as a family.

"Persons" residing in separate apartments or other dwelling building units within a building are not part of the same "household."

A full-time student who was a resident of the household prior to moving out to attend school, and who has not set up a separate full-time residence may, at your option, be considered a resident of the household until age:
A.  24 if your relative; or
B.  21 if in your care or in the care of a relative who is a resident of your "household."

At age 24, the student needs his or her own separate policy or needs to be added as a named insured on this policy in order to have coverage.

**"Hovercraft"**
See General Section Definitions.

**"Insured"**
See Who Is An Insured in the liability modules.

**"Insured Location"**
A.  Any premises shown in the Declarations under Insured Locations;
B.  Any premises you buy or rent for use as a residence during the policy period other than premises used in connection with a "business."  Such premises will cease to be an "insured location" on the policy renewal date unless added to the Declarations;
C.  Any premises used by you in connection with the "insured locations" listed above;
D.  Any part of a premises you do not own but where an "insured" is temporarily residing;
E.  Individual or family cemetery plots and burial vaults of an "insured";
F.  Land owned by or rented to an "insured" for the purpose of building a one or two family dwelling for habitation by an "insured";
G.  Any part of a premises occasionally rented to an "insured" for purposes not related to "business";
H.  Any "farm/ranch premises" you buy or rent in the same state as your other insured "farm/ranch premises" is an "insured location" until the end of the policy period in which you took possession; or
I.  Vacant land owned by or rented to you is an "insured location" until the end of the policy period in which you took possession.  Land held for "business" purposes or used for "farming/ ranching" is not vacant.

**"Medical Expenses"**
See General Section Definitions.

**"Motor Vehicle"**
A.  A motorized land vehicle; or
B.  A trailer or semi-trailer, including any attached machinery or apparatus, designed for use primarily on public roads or subject to motor vehicle registration.
C.  "Motor vehicle" does not include a motorized vehicle in dead storage on an "insured location."
D.  "Motor vehicle" does not include, except when being towed by or carried on a "motor vehicle":
    1.  A utility, boat, camping or house trailer; or
    2.  Any other equipment not subject to motor vehicle registration and designed for use primarily off public roads.  This includes but is not limited to vehicles which are used to service an "insured's" "residence premises" or designed for assisting the handicapped.

**"Named Insured"**
See General Section Definitions.


**"Occurrence"**
See General Section Definitions.


**"Person"**
See General Section Definitions.


**"Pollutant"**
Any solid, liquid, gaseous, radioactive or thermal contaminant or irritant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be disposed of, reconditioned, recycled or reclaimed.


**"Property " Damage**
See General Section Definitions.


**"Recreational Motor Vehicle"**
A golf cart, snowmobile, two or three wheel motorcycle, motorscooters, moped, dirt bike, or all terrain vehicle of a utility or recreational nature.


**"Residence Employee"**
A "person" employed by an "insured" for domestic services at the insured's residence. A "person" performing such services away from the "insured's" residence is also considered a "residence employee" unless the employment involves an "insured's" "business."


**"Residence Premises"**
When shown as Premises in the Declarations:
A.  A one to four family dwelling in which you reside, including the grounds, structures and private approaches; or
B.  That part or unit of any condominium, townhouse, apartment or other building in which you reside.


**"Your Products"**
A.  Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
    1.   You;
    2.   Others trading under your name; or
    3.   A "person" or organization whose "business" or assets you have acquired; and
B.  Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.
C.  "Your products" includes:
    1.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your products"; and
    2.  The providing of or failure to provide warnings or instructions.
D.  "Your products" does not include vending machines or other property rented to or located for the use of others but not sold.


**"Your Work"**
Work or operations performed by you or on your behalf, and materials, parts or equipment furnished in connection with such work or operations.


"Your work" includes:
A.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
B.  The providing of or failure to provide warnings or instructions.

App. P. 46

## Personal Liability Module

This module is part of the Liability Section.  The provisions in this module, combined with the provisions in the General Section and the Liability Section provide the personal liability and medical payments coverages you selected.

## Personal Liability Coverage
You have the following coverages only if the Declarations indicate they are provided.

### Bodily Injury Liability and Property Damage Liability Coverages
We cover "damages" that result from "bodily injury" or "property damage" "caused by" an "occurrence" to which these coverages apply.

These coverages apply only to "bodily injury" or "property damage" occurring during the policy period.

#### Defense Obligations
If "suit" for covered "damages" is brought against an "insured," we will provide a defense at our expense.  We have the right to investigate, decide if and how to settle, and choose the attorneys.  When we have paid "damages" equal to the limit of liability coverage for an "occurrence," we have no further duty to defend any "insured" for that "occurrence."

We have no duty to defend any "suit" to which this insurance does not apply.

## Medical Payments To Others Coverage
You have the following coverage only if the Declarations indicate it is provided.

We will pay "medical expenses" resulting from a covered accident causing "bodily injury" that occurs during the policy period.

We cover "persons" on an "insured location" only if they are there with an "insured's" permission.

We cover "medical expenses" for "bodily injury" occurring off an "insured location":
A. "Caused by" a condition on any "insured location";
B. "Caused by" the direct activities of an "insured";
C. "Caused by" a "residence employee" in the course of employment by an "insured";
D. "Caused by" an animal owned by or in the care of an "insured"; or
E. "Sustained by" a "residence employee" and resulting from and in the course of their work for you.

Payment under this coverage is made whether or not you are legally liable and is not an admission of legal liability by you or us.

We will pay only expenses determined to be medically necessary and incurred within three years from the date of the accident.

This coverage does not apply if coverage is provided elsewhere in this policy.

## Who Is An Insured
Within this module, "Insured" is defined as:
A. You and your relatives who are residents of your "household";
B. "Persons" under age 21 who are residents of your "household" and are in your care or in the care of relatives who are residents of your "household";
C. A trust includes the trustees as "insureds," but only while acting within the scope of their duties connected with the trust;
D. "Persons" or organizations responsible for animals or watercraft to which coverage in this module applies and which are owned by any "insured" as identified in the previous two paragraphs.  This does

not include "persons" or organizations using or having custody of these animals or watercraft without the consent of the owner or in the course of any "business"; and

E. With respect to your motorized equipment not subject to motor vehicle registration and designed for use in servicing the "residence premises" or for assisting the handicapped, the following are also "insureds":

1. Your employees while operating such equipment in the scope of their employment; and
2. Other "persons" while using such equipment on an "insured location" with your permission.

## Extra Coverages

Subject to the terms and conditions of the General Section, the Liability Section and this module, amounts paid under Extra Coverages are in addition to the amounts paid as "damages," unless otherwise stated.

## Claim Expenses Coverage

We will pay the following extra expenses related to settlement of a claim:

### Court Costs and Your Expenses

We will pay expenses incurred by us and court costs charged to any "insured" in any "suit" we defend.

We will also pay reasonable expenses incurred by any "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day for helping us in the investigation or defense of any claim or "suit."

### Bonds

We will pay premiums on bonds required in any "suit" we defend, but not for bond amounts greater than the limit of liability for this coverage.

We have no duty to furnish or apply for any bonds.

### Post Judgment Interest

We will pay interest on the entire judgment which accrues after entry of the judgment and before we pay, tender or deposit in court that part of the judgment which does not exceed the limit of liability coverage that applies.

## First Aid Coverage

We will pay expenses incurred by any "insured" for immediate first aid medical treatment of others conducted at the scene of an accident, required because a "person" involved in the accident suffers "bodily injury" covered by this module.  We will not pay for first aid to you or any other  "insured."

## Goodwill Coverage

We will pay up to $1,000 per "occurrence" to repair or replace property of others accidentally damaged by an "insured," even if you have no legal liability.  We will not pay for "property damage" to the extent of any amount recoverable under the Property Section of this policy.

There is no coverage for:

A. Damage "arising out of" intentional acts of an "insured" who is 13 years of age or older;
B. Property owned by or rented to an "insured," a tenant of an "insured," or a resident of your "household";
C. Damage "arising out of" "farming/ranching" operations or "business";
D. An accident that happens on a location owned, rented or controlled by an "insured" unless it is an "insured location" or
E. Damage "arising out of" the ownership, maintenance or use of "farm/ranch" machinery, "motor vehicle," "aircraft," "hovercraft" or watercraft.

The Liability Section, Additional Exclusions, Damage to Property D. does not apply to this coverage.

## Liability Loss Assessment Coverage

We will pay up to $1,000 or the limit of insurance indicated in the Declarations per "occurrence" for your share of liability loss assessments made against you during the policy period as a member of a corporation or association of property owners.

The assessment must be made as a result of:

A.  "Bodily injury" or "property damage" not excluded under this policy; or
B.  Liability for an act of a director, officer, or trustee acting in the capacity of a director, officer or trustee who is elected by the members of the corporation or association and receives no income for performing duties which are solely on behalf of the corporation or association of property owners.  An act is considered to be a single "occurrence," regardless of how many directors, officers or trustees participate in it.

This extra coverage applies only to liability loss assessments charged against you as owner or tenant of any "insured location."

There is no coverage for assessments charged against you or a corporation or association of property owners by any governmental body.

## Credit Card Coverage

We cover an "insured's" legal liability resulting from the theft or unauthorized use of credit cards, electronic fund transfer cards or access devices issued to or registered in an "insured's" name.

The limit of insurance on this coverage is $1,000 per theft or unauthorized use.  Any series of acts committed by any one "person" or in which any one "person" is concerned or implicated is considered to be one theft or unauthorized use.

We do not cover the liability of an "insured" "arising out of" the use of such cards:

A.  By any "insured";
B.  By any resident of your "household";
C.  By any "person" entrusted with them; or
D.  If an "insured" has not complied with all terms and conditions under which the cards are issued.

We do not cover the liability of any "insured" "arising out of" "business" use or dishonesty of any "insured."

## Notification Of Loss

In case of an accident, "occurrence" or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

### Medical Payments to Others

The "person" making claim shall also be examined by physicians chosen and paid by us as often as we may reasonably request. If the "person" making claim is deceased or otherwise unable to act, his or her legal representative shall authorize us to obtain all medical reports and records.

## Payment For Loss

The Payment For Loss provisions in the General Section and the Liability Section apply with respect to coverage provided by this module.

## Additional Exclusions

Under the Personal Liability Module, the Exclusions in the General Section and Additional Exclusions in the Liability Section apply and are expanded as follows:

### Animals

A.  There is no coverage under this module for "damages" or "medical expenses" "arising out of" or in

connection with any "insured's":

1. Ownership of animals; or
2. Use, care, custody or control of animals, whether the "insured" owns them or not, while on any "insured location."

B. This exclusion applies only to:

1. Horses, mules and donkeys;
2. Cattle;
3. Ostriches;
4. Game animals including but not limited to deer, elk and buffalo;
5. Wild animals including but not limited to raccoons, skunks, foxes, wolves, bears, lions whether domesticated or not;
6. Venomous animals including but not limited to venomous reptiles and insects; or
7. Constrictor snakes.

C. Horses, mules, donkeys, cattle, ostriches, deer and elk acquired by an "insured" during the policy period are not subject to this exclusion until the end of the policy period in which the "insured" took possession.

### Business

There is no coverage under this module for "damages" or "medical expenses" "arising out of" or in connection with a "business" engaged in by an "insured."

This exclusion does not apply to "farming/ranching" operations in which gross annual receipts from sales of agricultural products or rental of land do not exceed $1,000.

This "business" exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business."

### Persons Not Covered

There is no coverage for:

A. "Damages" for "bodily injury" to you or any other resident of your "household".  This exclusion also applies to any claim made or "suit" brought against you;
B. "Medical expenses" incurred by you or any other resident of your "household";
C. "Medical expenses" incurred by any "person" regularly residing on any part of an "insured location" other than a "residence employee."

### Pollution

There is no coverage for "damages" or "medical expenses" "arising out of" the actual or threatened discharge, dispersal, release or escape of "pollutants" unless such discharge, dispersal release or escape is both sudden and accidental.

## Optional Coverages

You have these optional coverages only if specifically named in the Declarations.  Except as otherwise stated, these optional coverages are subject to all the provisions of the General Section, Liability Section and this module.

### Additional Insured for Premises Liability

"Insured" includes each "person" or organization indicated in the Declarations as an Additional Insured for this module, but only with respect to the legal liability directly related to the ownership, maintenance or use of the specified "insured location."

### Animal Liability

If Animal Liability Coverage is indicated in the Declarations, the Additional Exclusion for Animals does not apply to the "insured's" ownership, use, care, custody or control of one or more of the following animals:

A. Horses, mules, donkeys;
B. Cattle;
C. Ostriches;

D.  Deer; or

E.  Elk.

The limit indicated in the Declarations for Bodily Injury Liability/Property Damage Liability is the most we will pay as the result of any one "occurrence." This Optional Coverage does not increase the Bodily Injury Liability/Property Damage Liability limit.

There is no coverage for death, illness or injury to any animals owned by any "insured" or in any "insured's" use, care, custody or control.

**Personal Injury Liability**

A.  Coverage

The definition of "bodily injury" is amended to include personal injury.

Personal injury means injury (other than "bodily injury" or "property damage") "caused by" one or more of the following offenses:

1.  False arrest, detention or imprisonment, or malicious prosecution;
2.  Oral or written publication of material that:
    a.  Libels, slanders or defames a "person's" or organization's character;
    b.  Disparages a "person's" or organization's goods, products, or services; or
    c.  Violates a "person's" right of privacy; or
3.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises by or on behalf of its owner, landlord, or lessor.

B.  Personal Injury Liability Exclusions

1.  The following exclusions are in addition to the other applicable exclusions in the General Section and Liability Section. The Intentional Acts exclusion in the General Section does not apply to Personal Injury Liability.
2.  There is no coverage for:
    a.  Any liability assumed under any contract or agreement.
    This exclusion does not apply to written contracts
        i.   That relate directly to the ownership, maintenance or use of an "insured location";
        ii.  Where the liability of others is assumed by the "insured" prior to an offense, unless excluded elsewhere in this policy; or
        iii. Where the "insured" would have been held liable in the absence of the contract or agreement.
    b.  Injury "arising out of" a violation of a penal law or ordinance committed by or with the knowledge or consent of any "insured";
    c.  Any "damages" "arising out of":
        i.   Refusal to employ any "person";
        ii.  Termination of any "person's" employment; or
    d.  Employment related practices, policies, acts or omissions such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at any "person."
        i.   There is no coverage for any other "person's" claim for "damages" "arising out of" such refusal to employ, termination, employment related practices, policies, acts or omissions.
        ii.  These exclusions apply:
            (a) Whether the "insured" may be held liable as an employer or in any other capacity; and
            (b) To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury;
    e.  Injury "arising out of" any "business" of an "insured";
    f.  Liability "arising out of" civic or public activities performed for pay by any "insured"; or
    g.  Any offense which was committed or started prior to the policy period.

C.  The limit indicated in the Declarations for Bodily Injury Liability/Property Damage Liability is the most we will pay as the result of any one offense. This Optional Coverage does not increase the Bodily Injury Liability/Property Damage Liability limit.

**Waterbed Liability**

We cover "damages" for "property damage" "caused by" a waterbed owned, maintained or used by an

"insured" on the "residence premises."

There is no coverage if the waterbed is not equipped with a safety liner designed to contain water discharged from the mattress.

The limit indicated in the Declarations for Bodily Injury Liability/Property Damage Liability is the most we will pay as the result of any one "occurrence." This Optional Coverage does not increase the Bodily Injury Liability/Property Damage Liability limit.

## Business Liability Module

This module is part of the Liability Section.  The provisions in this module, combined with the provisions in the General Section and the Liability Section, provide the business liability and medical payments coverage you selected.

Coverage under this module applies only to:

A.  An "occurrence" or "offense" happening in the United States of America, its territories and possessions, Puerto Rico or Canada, including their coastal waters; or

B.  An "occurrence" happening anywhere in the world, if the injury or damage is "caused by":

    1.  Goods or products made or sold by you in the United States of America, its territories and possessions, Puerto Rico or Canada; or

    2.  The travel and activities of an "insured" who normally resides in Iowa or an adjoining state, but is away for a short time on your "business";

    provided the "insured's" legal obligation to pay "damages" has been determined in:

    3.  A settlement to which we agree; or

    4.  A "suit" brought in the United States of America, its territories and possessions, Puerto Rico or Canada.

**Business Liability Coverage**
You have the following coverage only for the "business" indicated by class in the Declarations which is conducted at or from the "insured location."

Business Injury Liability Coverage
We cover "damages" that result from "business injury" "caused by" an "occurrence" or "offense" to which this coverage applies.  This includes "business" premises, operations and "products-completed operations" liability coverages.

This coverage applies only to "bodily injury," "property damage" or a "personal injury/advertising injury" "offense" occurring during the policy period.

Defense Obligations
If a "suit" for covered "damages" is brought against an "insured," we will provide a defense at our expense. We have the right to investigate, decide if and how to settle and choose the attorneys.  When we have paid "damages" equal to the limit of liability coverage for an "occurrence" or "offense," we have no further duty to defend any "insured" for that "occurrence" or "offense."

We have no duty to defend any "suit" to which this insurance does not apply.

**Medical Payments To Others Coverage**
You have the following coverage only for the "business" indicated in the Declarations which is conducted at or from the "insured location."

We will pay "medical expenses" resulting from an accident causing "bodily injury" which occurs during the policy period:

A.  On your "insured location"; or

B.  Because of your "business" activities.

We will pay only expenses determined to be medically necessary and incurred within three years from the date of the accident.

Payment under this coverage is made whether or not you are legally liable and is not an admission of legal liability by you or us.

This coverage does not apply if coverage is provided elsewhere in this policy.

**Who Is An Insured**

Within this module the following are "insureds" with respect to your "business" indicated in the Declarations:

A. You, but only for the conduct of your "business."

B. If you are a "person" the following are also "insureds," but only for the conduct of your "business":

1. Your relatives who are residents of your "household"; and

2. "Persons" under age 21 who are residents of your "household" and are in your care or in the care of relatives who are residents of your "household."

C. If you are a partnership or joint venture, your members, your partners and their spouses are also "insureds," but only for the conduct of your "business."

D. If you are a trust, the trustees but only while acting within the scope of their duties connected with the trust;

E. If you are a limited liability company, your members are also "insureds," but only for the conduct of your "business." Your managers are also "insureds," but only while acting within the scope of their duties for your "business."

F. If you are an organization (other than a partnership, joint venture, trust or limited liability company), your "executive officers" and directors are also "insureds," but only while acting within the scope of their duties for your "business."

G. With respect to your "employee"/volunteer workers, each is also an "insured," subject to the following:

1. Your "employees" for acts within the scope of their employment by you, or while performing duties related to the conduct of your "business"; or

2. Your volunteer workers, but only while acting at your direction and while performing duties related to the conduct of your "business."

These "employees" or volunteer workers are not "insureds" for "bodily injury" or "personal injury/advertising injury":

3. To you, your partners or members, or co-"employees" or other volunteer workers "arising out of" and while in the course of their employment or while performing duties related to the conduct of your business;

4. To any other "person" who may claim "damages" as a result of an injury to that co-"employee";

5. For which there is any obligation to share "damages" with or repay anyone who must pay "damages" because of the injury described in the immediately preceding two paragraphs; or

6. "Arising out of" the "employee's" or volunteer worker's providing or failing to provide professional health care services.

These "employees" or volunteer workers are not "insureds" for "property damage" to property:

7. Owned, occupied, used by;

8. Rented or loaned to;

9. In the care, custody or control of; or

10. Over which physical control is being exercised for any purpose by you, any of your "employees," volunteer workers, partners or members.

Your managers (if you are a limited liability company) or your "executive officers" (if you are an organization other than a limited liability company) are not considered "employees"/volunteer workers under this category.

H. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any "person" is an "insured" while driving such equipment on or along a public highway with your permission. Any other "person" or organization legally responsible for the conduct of such permissive driver is also an "insured," but only for the legal liability "caused by" the operation of the equipment, and only if no other insurance of any kind is available to that "person" or organization for this liability.

No "person" or organization is an "insured" with respect to:

1. "Bodily injury" to a volunteer worker or co-"employee" of the "person" driving the equipment; or

2. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any "person" who is an "insured" under this provision.

I. Any organization you newly acquire or form, (other than a joint venture, partnership or limited liability company) and over which you maintain ownership or have a majority interest, will qualify as an "insured" under this module.

App. P. 54

Such organization will not qualify as an "insured" under this module.

1.  If there is other similar insurance available to it;
2.  If it is domiciled in a state other than Iowa;
3.  After 30 days immediately following the acquisition or formation or the end of the policy period, whichever is earlier; or
4.  For "business injury" that occurred prior to the acquisition or formation.

J.  No "person" or organization is an "insured" for the conduct of any current or prior partnership, joint venture, or limited liability company that is not indicated as a "named insured" in the Declarations for this module.

## Extra Coverages

Subject to the terms and conditions of the General Section, the Liability Section and this module, amounts paid under Extra Coverages are in addition to the amounts paid as "damages."

## Claim Expenses Coverage

We will pay the following extra expenses related to settlement of a claim:

Court Costs and Your Expenses
We will pay expenses incurred by us and court costs charged to any "insured" in any "suit" we defend.

We will also pay reasonable expenses incurred by any "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day for helping us in the investigation or defense of any claim or "suit."

Bonds
We will pay premiums on bonds required in any "suit" we defend, but not for bond amounts greater than the limit of liability for this coverage.

We have no duty to furnish or apply for any bonds.

Post Judgment Interest
We will pay interest on the entire judgment which accrues after entry of the judgment and before we pay, tender or deposit in court that part of the judgment which does not exceed the limit of liability coverage that applies.

## First Aid Coverage

We will pay expenses incurred by any "insured" for immediate first aid medical treatment of others conducted at the scene of an accident, required because a "person" involved in the accident suffers "bodily injury" covered by this module.  We will not pay for first aid to you or any other "insured."

## Fire Legal Liability – Custom Farming

We will pay "damages" for "property damage" "caused by" fire smoke or explosion that "arises out of" "custom farming" operations if the "custom farming" operation(s) is a "business" indicated by class in the Declarations.

## Notification Of Loss

In case of an accident, "occurrence," "offense" or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

Medical Payments to Others
The "person" making claim shall also be examined by physicians chosen and paid by us as often as we may reasonably request. If the "person" making claim is deceased or otherwise unable to act, his or her legal representative shall authorize us to obtain all medical reports and records.

## Payment For Loss

The Payment For Loss provisions in the General Section and the Liability Section apply and are expanded as follows with respect to coverage provided by this module:

**Limit Of Insurance**

Business Aggregate Limit

The aggregate limit indicated in the Declarations is the most we will pay for "damages" and "medical expenses" regardless of:

A.  The number of "occurrences," accidents, or "offenses" which occur in any one policy period; or

B.  The number of "insureds," claims made, "suits" brought, or "persons" injured.

The business aggregate limit applies separately to each consecutive policy period and to any remaining period of less than 12 months starting with the beginning of the policy period indicated in the Declarations. If the policy period is extended after issuance for an additional period of less than 12 months, the additional period is considered part of the last preceding period for determining the limit of insurance.

If this limit is paid prior to the termination date, there will be no premium refund.

**Additional Exclusions**

Under the Business Liability Module, the Exclusions in the General Section and Additional Exclusions in the Liability Section apply and are expanded as follows:

Contractual Liability

A.  There is no coverage for "business injury" for which the "insured" is obligated to pay "damages" by reason of the assumption of legal liability in a contract or agreement.

B.  This exclusion does not apply to legal liability for "damages":

    1.  The "insured" would have had if there were no contract or agreement; or

    2.  Assumed in a contract or agreement that is an "insured contract" provided the "business injury" occurs after the contract or agreement is exercised or effected.

    For the sole purpose of legal liability assumed in an "insured contract," reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an "insured" are considered "damages" because of "business" injury, provided:

        a.  Legal liability for the cost of that party's defense has also been assumed in the same "insured contract"; and

        b.  Attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which "damages" to which this insurance applies are alleged.

Damage to Impaired Property or Property Not Physically Damaged

There is no coverage for "property damage" to property that has not been physically damaged or destroyed, or to "impaired property," "arising out of":

A.  A delay or failure to perform a contract or agreement by you or anyone acting on your behalf; or

B.  A defect, deficiency, inadequacy or dangerous condition in "your products" or "your work."

This exclusion does not apply to the loss of use of property other than "your work" or "your products" "caused by" sudden and accidental physical damage to or destruction of "your work" or "your products" after having been put to its intended use.

Damage to Property

There is no coverage for "property damage" to:

A.  Property owned by any "insured";

B.  Property leased by, rented to or occupied by any "insured."  This exclusion does not apply to "property damage" "caused by" fire, smoke, or explosion to buildings or other structures;

C.  Property used by or loaned to any "insured";

D.  Personal property in the care, custody or control of any "insured";

E.  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises.  This exclusion does not apply if the premises are "your work" and were never occupied, rented, or held for rental by you; or

F.  That particular part of real property upon which any "insured," or any contractor or subcontractor

working directly or indirectly on any "insured's" behalf, is performing operations, if the "property damage" arises out of those operations; or

G. That particular part of any property that must be restored, repaired or replaced because "your work" on it was performed incorrectly.  This exclusion does not apply to "property damage" included in "products-completed operations" definition of coverage.

## Damage to Your Products
There is no coverage for "property damage" to "your products", "arising out of" "your products" or any part of "your products."

## Damage to Your Work
There is no coverage for "property damage" to "your work" or "arising out of" "your work" or any part of "your work."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

## Bodily Injury to Employees
There is no coverage for "bodily injury" to:
A. An "employee" of the "insured" "arising out of" and in the course of:
   1. Employment by the "insured"; or
   2. Performing duties related to the conduct of the "insured's" "business"; or
B. Any other "person" who may claim "damages" as a result of "bodily injury" to that "employee" "arising out of" and in course of employment by the "insured" or performing duties related to the conduct of the "insured's" "business."
C. This exclusion applies:
   1. Whether the "insured" may be liable as an employer or in any other capacity; and
   2. To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.
D. This exclusion does not apply to legal liability assumed by the "insured" under an "insured contract."

## Liquor Liability
The following liquor liability exclusion applies only if you are in the "business" of manufacturing, distributing, selling, or serving alcoholic beverages.

There is no coverage for "bodily injury" or "property damage" for which the "insured" is obligated to pay "damages" "arising out of":
A. The causing or contributing to the intoxication of any "person";
B. The furnishing of alcoholic beverages to any "person" who is under the influence of alcohol or under the legal drinking age; or
C. Any statute, ordinance or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

## Mobile Equipment
There is no coverage for "bodily injury" or "property damage" "arising out of" the
transportation of "mobile equipment" by or with a "motor vehicle" owned, leased or operated by, rented, or loaned to any "insured."

## Molestation or Abuse
The Molestation or Abuse exclusion in the General Section is amended to include the following:
There is no coverage for "damages" "arising out of" the negligent:
A. Employment;
B. Investigation;
C. Supervision;
D. Reporting or failure to report to the proper authorities; or
E. Retention;

of a "person" for whom any "insured" is or was legally responsible and whose conduct would be excluded from coverage by the actual or threatened sexual molestation or harassment, corporal punishment or physical or mental abuse of any "person" while in the care or custody of any "insured."

Personal Injury/Advertising Injury

There is no coverage for "personal injury/advertising injury" "arising out of":

A.  Oral or written publication of material
1.  If done by or at the direction of the "insured" with knowledge of its falsity; or
2.  If its first publication took place before the beginning of the policy period;
B.  Willful violation of a penal statute or ordinance committed by or with the consent of the "insured";
C.  Breach of contract, other than misappropriation of advertising ideas under an implied contract;
D.  Failure of goods, products or services to conform with advertised quality or performance;
E.  Wrong description of the price of goods, products or services;
F.  An "offense" committed by an "insured" whose "business" is advertising, broadcasting, publishing or telecasting;
G.  An "offense" for which the "insured" has assumed liability in a contract or agreement.  This exclusion does not apply to liability for "damages" the "insured" would have in the absence of the contract or agreement; or
H.  Any "offense" which was committed or started prior to the policy period.

Persons Not Covered

There is no coverage for:

A.  "Damages" for "bodily injury" to you or any other resident of your "household."  This exclusion also applies to any claim made or "suit" brought against you;
B.  "Medical expenses" incurred by you or any other resident of your "household";
C.  "Medical expenses" incurred by any other "insured"; or
D.  "Medical expenses" incurred by any "person":
1.  Hired by or on behalf of any "insured" to do work for an "insured" or a tenant of any "insured";
2.  Injured on that part of premises owned by or rented to you that such "person" normally occupies;
3.  Injured while taking part in athletic activities; or
4.  Whether or not an "employee" of any "insured," if benefits are payable or must be provided under any workers' compensation, non-occupational disability, occupational disease, or similar law.

**Pollution**

There is no coverage for "damages" or "medical expenses" "arising out of" the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

A.  At or from any premises, site, or location which is or was at any time, owned or occupied by, or rented or loaned to, any "insured," unless:
1.  The "bodily injury" is sustained within a building and is "caused by" sudden and accidental discharge of smoke, fumes or soot from the mechanical system(s) of the building used to heat, cool or dehumidify the building or to heat water; or
2.  The "bodily injury" or "property damage" is "caused by" sudden and accidental release of heat, smoke or fumes from a hostile fire;
B.  At or from any premises, site, or location which is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;
C.  Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any "person" or organization for whom you may be legally responsible; or
D.  At or from any premises, site, or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations;
1.  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of "pollutants"; or
2.  If the "pollutants" are brought on or to the premises, site, or location in connection with such operations by such "insured," contractor, or subcontractor unless the "bodily injury" or "property damage" is "caused by":
a.  Sudden and accidental release of heat, smoke, or fumes from a hostile fire; or

b.   Escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "farm/ranch implements and machinery," if such fuels escape from a part of the "farm/ranch implements and machinery" designed to hold, store or receive them.  There is no coverage if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, nor if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such "insured," contractor or subcontractor.

E.   As used in this exclusion hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**Recall of Products, Work or Impaired Property**

There is no coverage for "damages" claimed for any loss or expense incurred by you or others "arising out of" the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

A.   "Your products";

B.   "Your work"; or

C.   "Impaired property";

if withdrawn or recalled from the market or from use by any "person" or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**Vehicles, Aircraft, Hovercraft or Watercraft**

A.   There is no coverage for any "damages" or "medical expenses" "arising out of" the ownership, operation, occupancy, maintenance, use, entrustment to others, "loading or unloading" of:

1.   Any "motor vehicle";

2.   Any "recreational motor vehicle" while not on an "insured location" except for a "recreational motor vehicle" not owned by or rented to any "insured";

3.   Any "aircraft";

4.   Any "hovercraft";

5.   Watercraft:

a.   Owned by or rented to any "insured" if the watercraft has inboard or inboard-outboard motor power of more than 50 horsepower or is a sailing vessel 26 feet or more in overall length, with or without auxiliary power; or

b.   Owned by any "insured" if powered by one or more outboard motors with a combined total of more than 25 horsepower.

B.   This exclusion does not apply to:

1.   Watercraft while they are stored on premises you own or rent;

2.   "Bodily injury" to a "residence employee" "arising out of" and in the course of the "residence employee's" employment by an "insured";

3.   Parking a "motor vehicle" on, or on the ways next to, premises you own or rent, provided the "motor vehicle" is not owned, leased by or rented or loaned to you or any "insured";

4.   Legal liability assumed under any "insured contract" for the ownership, maintenance or use of "aircraft," "motor vehicle," watercraft or "recreational motor vehicle";

5.   "Bodily injury" or "property damage" "arising out of" the operation of:

a.   Cherry pickers and similar devices mounted on automobile or truck chassis and while used to raise or lower workers; and

b.   Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment while being used for their intended purposes.

C.   This exclusion does not apply to a motorized golf cart within the legal boundaries of a golfing facility to:

1.   Play the game of golf or for other recreational or leisure activity allowed by the facility;

2.   Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

3.   Cross public roads at designated points to access other parts of the golfing facility.

D.   There is no coverage for any "damages" "arising out of" vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.

E.  There is no coverage for any "damages" or "medical expenses" arising out of failure to supervise or negligent supervision of any person using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.

F.  There is no coverage for any "damages" or "medical expenses" if at the time of an "occurrence," the involved vehicle or watercraft is rented to others, used to carry "persons" or cargo for a charge, or used for any "business" purpose, except for a golf cart while within the legal boundaries of a golfing facility.

## Additional Conditions

The Conditions in the General Section apply and are expanded as follows:

### Premium Adjustment

At any time we may request current gross annual receipts information.  The information given must be a true and accurate statement of the amount of gross annual receipts for the period of time coverage is provided.  An additional or return premium may be calculated based on this information.

You agree to pay any additional premium that results from this information.

## Additional Limitations and Exclusions That Apply To Specific Businesses

With respect to the "business" indicated in the Declarations, all the provisions of the General Section, Liability Section and this module apply and are amended as follows.

## Home Care

When Home Care is the "business" indicated in the Declarations, the provisions in this policy are amended as follows:

### Business Injury Liability Coverage

The following is added:

There is no coverage if the number of "persons" enrolled or cared for in the home care "business" exceeds six "persons" under school age or ten "persons" of any age, at any time during the policy period. Your own children count toward this total.  However, your own children regularly in school full days will not be included in this total except during school breaks or vacations lasting more than two weeks.

### Deductible

Medical Payments to Others is subject to a deductible of $50 per "occurrence" for the home care "business."

### Additional Exclusions

#### Personal Injury/Advertising Injury

The Personal Injury/Advertising Injury exclusion in this Business Liability Module is replaced with the following for this coverage:

There is no coverage for "personal injury/advertising injury" "arising out of" your home care activities.

#### Vehicles, Aircraft, Hovercraft or Watercraft

The Vehicles, Aircraft, Hovercraft or Watercraft exclusion in this Business Liability Module is replaced with the following for this coverage:

A.  There is no coverage for "bodily injury" or "property damage" "arising out of" the ownership, operation, occupancy, maintenance, use, entrustment, "loading or unloading" by the "insured" or by any other "person," of:

1.  Draft or saddle animals or vehicles used with them;
2.  "Aircraft";
3.  "Hovercraft";
4.  "Motor vehicles," "recreational motor vehicles" or any other motorized land conveyance; or
5.  Watercraft.

B.  This exclusion does not apply to a motorized golf cart within the legal boundaries of a golfing facility to:

1. Play the game of golf or for other recreational or leisure activity allowed by the facility;
2. Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or
3. Cross public roads at designated points to access other parts of the golfing facility.

C. There is no coverage for any "damages" "arising out of" vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.

D. There is no coverage for any "damages" or "medical expenses" "arising out of" failure to supervise or negligent supervision of any person using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.

**Teachers**

When Teachers or Teachers/Tutoring is the "business" indicated in the Declarations, the provisions in this policy are amended as follows:

Business Injury Liability Coverage
The Professional Services exclusion does not apply to "damages" or "medical expenses" "caused by" the rendering or failure to render teaching services.

Additional Exclusions
Personal Injury/Advertising Injury
The Personal Injury/Advertising Injury exclusion in this Business Liability Module is replaced with the following for this coverage:
There is no coverage for "personal injury/advertising injury" "arising out of" your teaching activities.

Vehicles, Aircraft, Hovercraft or Watercraft
The Vehicles, Aircraft, Hovercraft or Watercraft exclusion in this Business Liability Module is replaced with the following for this coverage:

A. There is no coverage for "bodily injury" or "property damage" "arising out of" the ownership, operation, occupancy, maintenance, use, entrustment, "loading or unloading" by the "insured" or by any other "person," of:
1. Draft or saddle animals or vehicles used with them;
2. "Aircraft";
3. "Hovercraft";
4. "Motor vehicles," "recreational motor vehicles" or any other motorized land conveyance; or Watercraft.

B. This exclusion does not apply to a motorized golf cart within the legal boundaries of a golfing facility to:
1. Play the game of golf or for other recreational or leisure activity allowed by the facility;
2. Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or
3. Cross public roads at designated points to access other parts of the golfing facility.

C. There is no coverage for any "damages" "arising out of" vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.

D. There is no coverage for any "damages" or "medical expenses" "arising out of" failure to supervise or negligent supervision of any person using any "motor vehicle," "recreational motor vehicle," "aircraft," "hovercraft" or watercraft.

Corporal Punishment
There is no coverage for "damages" "arising out of" corporal punishment administered by or at the direction of an "insured" unless the Teachers classification on the Declarations indicates corporal punishment coverage is provided.

**Seed Dealers**

When Seed Dealers is the "business" indicated in the Declarations, the provisions in this policy are amended as follows:

Additional Exclusions
Germination Failure

There is no coverage for "property damage" arising out of "failure of seed to germinate."

**Livestock Showing**

When Livestock Showing is the "business" indicated in the Declarations, we cover showing of livestock owned by "insureds." Showing livestock includes entering them in:

A. Breeding class events;
B. Performance class equestrian events; or
C. Parades.

There is no coverage for showing livestock not owned by an "insured."

**Optional Coverages**

You have these optional coverages only if specifically named in the Declarations.  Except as otherwise stated, these optional coverages are subject to all the provisions of the General Section, Liability Section and this module.

**Animal Care, Custody Or Control**

When Animal Care, Custody or Control is indicated in the Declarations, the provisions in this policy are amended as follows for any "insured's" care, custody or control of animals such as horses or other livestock not owned by any "insured." This coverage does not apply to a Custom Feeding "business" and/or "livestock" covered by the Confinement Livestock Care, Custody or Control Liability Coverage optional coverage.

Business Injury Liability Coverage
The following is added:
There is no coverage if the number of animals owned by others in the "insured's" care, custody or control exceeds 20 at any time during the policy period.

Additional Exclusions
The following is added:
The Damage to Property Exclusion for personal property in the care, custody or control of any "insured" does not apply to "damages" for death, injury or theft of animals in an "insured's" care, custody or control. The death, injury or theft must occur at an "insured location" or while the animals are temporarily in transit to or from an "insured location" for purposes of breeding, boarding, showing or training.

A. The Intentional Acts exclusion does not apply to "damages" for death, injury or theft of horses in the care, custody or control of an "insured" if:
   1. We have expressly agreed to the animal's destruction; or
   2. A veterinarian we chose has certified in writing that destruction is necessary to end the animal's suffering from an incurable condition; or
   3. A veterinarian you chose has certified in writing that the animal has an incurable condition requiring immediate destruction for humane reasons. We reserve the right to have a veterinarian chosen by us conduct a postmortem examination to confirm the need for the animal's destruction.
B. There is no coverage for "damages" "arising out of":
   1. Mysterious disappearance;
   2. Death or injury "arising out of" willful or malicious injury by any "insured" or anyone acting on any "insured's" behalf;
   3. Death, injury or theft of animals "arising out of" criminal, fraudulent, dishonest or illegal acts, alone or in collusion with another by:
      a. Any "insured";
      b. Others who have an interest in the animals;
      c. Others to whom an "insured" entrusts the animals;
   4. Death, injury or theft of animals used for any purpose not intended by the owner;
   5. Death, injury or theft of animals due to seizure or destruction under quarantine, customs regulations, confiscation of contraband, or illegal transportation or trade;
   6. Death or injury of animals "arising out of" professional care or treatment by veterinarians,

veterinary assistants, farriers, or any "person" providing veterinary care or medication. This does not apply if a veterinarian chosen by us certifies, as a result of a postmortem examination, that the death, injury or death would have occurred in the absence of such care or medication due to an accident, disease or illness;

7. Death, injury or theft of animals that occurs in the course of transportation by air or water;
8. Theft of animals due to unauthorized instructions to transfer the animals to any "person" or to any place;
9. Theft of animals due to voluntary parting with possession of the animals if any "insured" is induced to do so by a trick, scheme, or device or through fraud or false pretense. This includes acceptance of:
   a. Counterfeit money or fraudulent post office or express money orders;
   b. Checks or promissory notes that are not paid upon presentation; or
   c. Credit cards that are illegally obtained and or used;
10. Delay, deterioration, loss of use, or loss of market; or
11. Loss of earnings or projected future income.

Payment For Loss
The limit shown per animal is the most we will pay for the death, injury or theft of a single animal.

The annual aggregate limit is the most we will pay for "damages" in any one policy period. The annual aggregate limit applies separately to each consecutive policy period and to any remaining period of less than 12 months starting with the beginning of the policy period indicated in the Declarations.  If the policy period is extended after issuance for an additional period of less than 12 months, the additional period is considered part of the last preceding period for determining the limit of insurance.

If the annual aggregate limit is paid prior to the termination date, there will be no premium refund.

Additional Conditions
The following additional conditions apply:
A. You agree to notify us of the number and type of animals in any "insured's" care, custody or control within 30 days of any change in that information. If you do not notify us, there is no coverage for any animals not reported to us.
B. Normal Health. You agree that animals in any "insured's" care, custody or control are in normal health or are receiving veterinary care for any illness, disease, lameness, injury or physical disability, except as stated in writing by the animal's owner.
C. Veterinary Treatment. If an animal in any "insured's" care, custody or control is injured, you agree to immediately secure the services of a licensed veterinarian to treat the injury and you agree to give proper care to the animal and to use every possible means to save the animal. Any expenses incurred in securing veterinary treatment and in giving proper care to the animal are solely your responsibility.
D. Death of Animals. You agree to have a postmortem exam conducted by a qualified veterinarian immediately upon the event of death of animals in an "insured's" care, custody or control. Any postmortem or related expenses incurred are solely your responsibility.

**Barbers and Beauticians Professional Liability**
The policy provisions are amended as follows:

Business Injury Liability Coverage
The Professional Services exclusion does not apply to "business injury" "caused by":
A. The rendering of or failure to render professional services while acting as a licensed beautician, barber, hair stylist, manicurist or shampooer.
B. Any services as a beautician, barber, hair stylist, manicurist, or shampooer performed in competition or as a demonstration at any exhibition, style or trade show.

Payment For Loss
For this coverage, any act or omission and all related acts or omissions in the furnishing of professional services to any one "person" is considered one "occurrence."

Additional Exclusions

There is no coverage for "bodily injury" or "property damage" "arising out of":

A.  The ownership, maintenance, operation or use of any apparatus using x-rays or ionizing radiation for the removal of hair, or any apparatus using a photo-coagulation technique for the removal of hair;

B.  Weight reducing treatments, body massage, facial or scalp massage provided by electrical apparatus, "face mask" application, electrical or steam baths, or saunas;

C.  Use of exercise equipment, sunlamps, sun-tanning devices or any treatment known as "body wraps";

D.  Face lifting, plastic surgery, ear piercing, or the removal or attempted removal of warts, moles or other growths;

E.  Application of any dye or coloring to eyelashes or eyebrows, other than mascara and eyebrow pencils;

F.  Services rendered, or preparations, products or equipment used in violation of any law or regulation of any federal, state or municipal governmental body;

G.  Hair straightening services, unless such service is performed by the use of a cold-waving solution;

H.  The combustion, burning or explosion of any article or product;

I.  Products which you have manufactured, repackaged or have altered in any fashion;

J.  "Property damage" to wigs or hairpieces resulting from normal deterioration or resulting from a mistake or deficiency in the design, styling or as the result of services performed; or

K.  "Property damage" to wigs or hair pieces that are your customers' property and which are in your care, custody or control.

**Crop Spraying Damage**

The policy provisions are amended as follows:

Business Injury Liability Coverage

We cover "damages" resulting from "property damage" to crops or "livestock" of others "caused by" above ground contact with "pesticides" and fertilizers applied by an "insured" or an "insured's" employee to crops on premises not owned by, leased by or rented to the "insured." We cover only crop damage or loss to "livestock" which is reported within 60 days of when the "pesticides" or fertilizers were applied.

We cover "damages" resulting from "bodily injury" and "medical expenses" "caused by" above ground contact with "pesticides" and fertilizers applied by an "insured" or an "insured's" employee to crops on premises not owned by, leased by or rented to the "insured." We only cover such loss which results in medical treatment and is reported within 60 days of when the "pesticides" or fertilizers were applied.

We cover "damages" for "bodily injury" and "medical expenses" or "property damage" "caused by" the discharge, release, escape, seepage or migration of "pesticides" or fertilizers resulting from:

A.  Hostile fire;

B.  Windstorm, but only when a building, bin, tank or tank wagon containing the "pesticide" or fertilizer first sustains actual damage by windstorm;

C.  Explosion, unless "caused by" any fired or heated vessel;

D.  Physical contact of a land vehicle with a building, bin, tank or tank wagon containing the "pesticide" or fertilizer; or

E.  Overturn or collision of an unlicensed "motor vehicle" or mobile "farm/ranch" equipment with an object that results in the escape or discharge of "pesticide" or fertilizer.

Additional Definition

"Pesticides"

A.  Any substance or mixture intended for preventing, destroying, repelling or mitigating directly or indirectly any insects, rodents, nematodes, fungi, weeds or other forms of plant or animal life or viruses (except viruses on or in a living "person") which are considered to be a pest; and

B.  Any substances intended for use as a plant growth inhibitor, defoliant or desiccant.

Payment For Loss
Limit of Coverage

Regardless of the number of "insureds," "claims made," "persons" injured or any other limit of coverage indicated in this policy or its Declarations, our total payment for all "damages" and "medical expenses" under Crop Spraying Damage coverage is:

A. $100,000 for "damages" as the result of any one "occurrence" regardless of the number of "persons" or organizations whose property was damaged; and

B. $100,000 for all such "damages" occurring during the policy period.

For this coverage, any act or omission and all related acts or omissions in the furnishing of crop spraying services to any one "person" is considered one "occurrence."

We will pay that part of a loss under Crop Spraying Damage coverage that exceeds a $1,000 per occurrence deductible.

We shall not be obligated to pay any claim or judgment or defend any suit after the applicable limit of liability has been exhausted by payment of judgments or settlements or after such limit of liability has been tendered for settlements.

Additional Exclusions
Damage to Property
The Damage to Property exclusion in the Business Liability Module applies, except for the following part of that exclusion:
That particular part of real property on which you or any contractor or subcontractor is working directly or indirectly in the performance of your operations, if the "property damage" arises out of those operations.

Pollution
For the purposes of the Crop Spraying Damage coverage, the Pollution exclusion in the Business Liability Module is replaced with the following:

Pollution Exclusion
There is no coverage for "damages," or "medical expenses" "arising out of" the actual, alleged or threatened discharge, release, dispersal, escape, seepage or migration of "pollutants" into or upon land, the atmosphere or any water course or body of water, except as provided by this Crop Spraying Damage coverage.

We do not cover "damages," or "medical expenses" "arising out of":
1. Violation of any statute, ordinance, regulation, license or manufacturer's label requirement;
2. Failure of the "insured" to apply "pesticides" or fertilizers in a timely manner;
3. Application of "pesticides" or fertilizers for a purpose other than crop production activities;
4. The release or discharge of any substance from any "aircraft";
5. The release or discharge of manure or other waste by-products;
6. Acid rain;
7. Work performed on an "insured's" behalf by a subcontractor; or
8. Loss resulting from underground storage tanks.

We also do not cover:
9. "Property damage" to property of any "insured," any employee and any relatives of an employee;
10. "Damages" "arising out of" the failure or the applied "pesticides" or fertilizers to:
    a. Produce expected yields; or
    b. Adequately control the condition for which it was applied; or
11. Fines imposed by any governmental authority due to pollution

Exchange Help
There is no coverage for application of "pesticides" on an exchange help basis.

Additional Conditions
Premium Basis

The premium basis for this insurance is the number of acres on which "pesticide" and/or "fertilizer" is applied.

A. At the end of each policy period and upon termination of the policy, the "insured" shall notify us of the number of acres on which "pesticide" and/or "fertilizer" was applied during the preceding policy period.

B. An additional or return premium may be calculated based on the information you provide as to number of acres on which "pesticide" and/or "fertilizer" was applied.  You agree to pay any additional premium so calculated.

**Hired Auto and Non-Owned Auto Liability**
The policy provisions are amended as follows:

Business Injury Liability Coverage
Coverage is extended to "bodily injury" or "property damage" "caused by" the maintenance or use of a:

A. "Hired auto" by you or your "employees" or volunteer workers in the course of the "business" covered under this coverage module; and

B. "Non-owned auto" by a "person" other than you in the course of the "business" covered under this coverage module.

Who Is An Insured
With respect to this optional coverage, the definition of Who Is An Insured is amended as follows:

A. "Insured" Includes:
   1. You,
   2. Any other "person" using a "hired auto" with your permission;
   3. For "non-owned auto," your partners, or your "executive officers," or your managers (if you are a limited liability company), but only while the "non-owned auto" is used in your "business"; and
   4. Any other "person" or organization which does not own or hire the "auto" but is liable for its use by an "insured" listed immediately above.

B. None of the following is an "insured":
   1. Any "person" engaged in the "business" of his or her employer with respect to "bodily injury" to any co-"employee" or volunteer worker of such "person" injured in the course of employment;
   2. Any partner, "executive officer," or manager (if you are a limited liability company), for an "auto" owned by such partner, officer, or manager or member of their "household";
   3. Any "person" while employed in or otherwise engaged in duties in connection with an "auto business," other than an "auto business" operated by you; and
   4. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee.

Additional Definitions
"Auto"
A land motor vehicle, a trailer, or a semi-trailer which is designed for use on public roads.  "Auto" includes attached machinery and equipment.

"Auto Business"
The "business" or occupation of selling, repairing, servicing, storing, or parking "autos."

"Hired Auto"
An "auto" you lease, hire, rent or borrow on an occasional or infrequent basis.  It does not include an "auto" you rent, hire, or borrow from:

A. Any of your "employees" or volunteer workers or members of their "households"; or

B. Any of your partners, "executive officers," or managers (if you are a limited liability company) or members of their "households."

"Non-Owned Auto"
Any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your "business."  If you are a partnership a "non-owned auto" does not include any "auto" owned by any partner.

Additional Exclusions
Employer's Liability
With respect to this coverage, the Employer's Liability exclusion is expanded to include the following:
This exclusion does not apply to "bodily injury" "arising out of" and in the course of domestic employment by the "insured" unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

Damaged Property
With respect to this coverage, this exclusion is deleted and replaced by the following:
There is no coverage for "property damage" to:
A.  Property owned by, leased by, rented or loaned to, occupied by, used by, or being transported by any "insured"; or
B.  Property in the care, custody or control of any "insured."

**Horse Farm Liability**
The policy provisions are amended as follows:

Business Injury Liability Coverage
Coverage is extended to "bodily injury" or "property damage" "caused by" boarding or breeding of horses not owned by:
A.  You;
B.  Any other "insured"; or
C.  An "employee" of yours.

Additional Exclusions
Racing or Contests
There is no coverage for "business injury" "arising out of" any horse being entered in or taking part in any demonstration or competitive event involving speed, endurance or strength.

Additional Conditions
The Additional Conditions in this module are deleted and replaced by the following:

Premium Adjustment
At any time we may request that you provide us with the number of non-owned horses on your premises for the purposes of boarding or breeding.  The information given must be a true and accurate statement for the period of time coverage is provided.

If the Declarations indicate a number of horses, and if at any time during the policy period you are boarding or breeding more than that number, you agree to notify us as soon as possible.
A.  We have the right to charge and you agree to pay any additional premium due.
B.  If you do not notify us within 30 days of exceeding the agreed upon number of horses, there is no coverage.

If you are boarding or breeding fewer than the agreed number, we will adjust your premium effective the date you notify us.

## Confinement Livestock Care, Custody, or Control Liability Coverage
When the declarations indicate a "business" of Custom Feeding along with the Confinement Livestock Care, Custody, or Control optional coverage, the provisions in this policy are amended as follows for any "insured's" care, custody, or control of non-owned custom fed "livestock."

**Business Injury Liability Coverage**
With regards to Confinement Livestock Care, Custody, or Control Liability Coverage, we only cover "damages" you become legally obligated to pay due to "property damage" to custom fed "livestock" of others in your care, custody or control. This coverage includes your legal liability for "property damage" to custom fed "livestock" of others in your care, custody or control caused by "suffocation." However, if the

"livestock" are owned by a partnership, corporation or other entity (including but not limited to a trust), the payment will be reduced by the percentage of that partnership, corporation or other entity which is owned or controlled by you.

**Payment Basis**
**Actual Cash Value**
Covered losses to custom fed "livestock" are settled on the basis of "actual cash value" of the custom fed "livestock" at the time of loss.

**Deductible**
We will pay that part of a loss under Confinement Livestock Care, Custody, or Control coverage that exceeds the per occurrence deductible shown on the declarations.

**Additional Exclusions**
The following is added:
A.   Paragraphs A., B. and C. under the Pollution exclusion or paragraph D. under the  Damage to Property Exclusion do not apply to "damages" for death, injury or theft of non-owned custom fed "livestock" in an "insured's" care, custody or control. The death, injury or theft must occur at an "insured location".

B.   The Intentional Acts exclusion does not apply to "damages" for death, injury or theft of custom fed "livestock" in the care, custody or control of an "insured" if:
   1.   We have expressly agreed to the animal's destruction; or
   2.   A veterinarian we choose certifies in writing that destruction is necessary for humane reasons to end the animal's suffering from an incurable condition; or
   3.   A veterinarian you choose certifies in writing that destruction is necessary for humane reasons to end the animal's suffering from an incurable condition. We reserve the right to have a veterinarian we choose conduct a postmortem examination to confirm the need for the animal's destruction.

C.   There is no coverage for "damages" "arising out of":
   1.   Mysterious disappearance;
   2.   Death or injury "arising out of" willful or malicious injury by any "insured" or anyone acting on any "insured's" behalf;
   3.   Death, injury or theft of animals "arising out of" criminal, fraudulent, dishonest or illegal acts, alone or in collusion with another by:
      a.   Any "insured";
      b.   Others who have an interest in the animals;
      c.   Others to whom an "insured" entrusts the animals;
   4.   Death or injury of animals "arising out of" sickness or disease;
   5.   Seizure or destruction under quarantine, customs regulations, confiscation of contraband, or illegal transportation or trade;
   6.   Death or injury of animals "arising out of" failure to provide proper care or treatment;
   7.   Death or injury of animals "arising out of" freezing or "smothering" in blizzards or snowstorms;
   8.   Theft of animals due to unauthorized instructions to transfer the animals to any "person" or to any place;
   9.   Theft of animals due to voluntary parting with possession of the animals if any "insured" or anyone else you have entrusted the animals to is induced to do so by a trick, scheme, or device or through fraud or false pretense. This includes, but is not limited to acceptance of:
      a.   Counterfeit money or fraudulent post office or express money orders;
      b.   Checks or promissory notes that are not paid upon presentation; or
      c.   Credit cards that are illegally obtained and or used;
   10.  Delay, deterioration, loss of use, or loss of market;
   11.  Reduction in value of animals "arising out of" the animals becoming unfit for intended purpose;
   12.  Contract penalties or "damages" for other than "property damage" to covered "livestock"; or
   13.  Loss of earnings or projected future income.
D.   There is no coverage for "damages" "arising out of" liability for "suffocation" unless:
   1.   The "insured" has installed and has maintained in good working condition auxiliary power generating equipment sufficient  to operate the equipment which controls the temperature, atmosphere and

movement of air in the building(s) confining the "livestock;

2. The auxiliary power generating equipment functions automatically upon the interruption of power furnished by the normal source, or is manually started and:

a. A power failure sensor will activate a telephone alarm system in the event of power failure; or

b. A "person" will be in attendance on the "insured premises" at all times to manually turn on the auxiliary power supply in the event of a power failure; and

3. The auxiliary power generating equipment has been tested at least monthly as evidenced by a log kept of the date tested and the "person" conducting the test.

## Additional Conditions

It is understood and agreed that we must be notified within 48 hours after a loss by death of "livestock." We may deny coverage for the loss if we are not notified in the required time and the delay affects the determination of the cause of death.

## Additional Insured

With respect to the "business" covered by this module, the definition of "insured" is extended to include the following if indicated as included in the Declarations.

Additional Insured - Landlords Coverage

"Insured" includes the landlord indicated in the Declarations, but only with respect to liability "caused by" the ownership, maintenance, or use by another "insured" of that part of the premises indicated in the Declarations that is leased to you.

No "person" or organization is an "insured" for:

A. Any "occurrence" which takes place after the expiration date of your lease; or

B. Any structural alteration, new construction or demolition operations performed by or on behalf of the landlord.

Additional Insured - Owners, Lessees or Contractors

"Insured" includes the "person(s)" or organization(s) indicated in the Declarations as an additional "insured," but only with respect to liability "caused by" "your work."

Additional Insured - Controlling Interests Coverage

"Insured" includes the "person(s)" or organization(s) indicated in the Declarations as an additional "insured," but only with respect to liability "caused by":

A. Their financial control of you; or

B. The premises indicated in the Declarations.

No "person" or organization is an "insured" for any structural alteration, new construction, or demolition operations performed by or on behalf of that "person" or organization.

Additional Insured - State or Political Subdivisions - Permits Relating to Premises

"Insured" includes the state or political subdivision indicated in the Declarations, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or political subdivision has issued a permit in connection with premises you own, rent, or control and to which this insurance applies:

A. The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decorations and similar exposures; or

B. The construction, erection, or removal of elevators; or

C. The ownership, maintenance, or use of any elevators covered by this insurance.

Additional Insured - Vendors

"Insured" includes the "person(s)" or organization(s) indicated as vendor(s) in the Declarations, but only with respect to "bodily injury" or "property damage" "caused by" "your products" indicated in the Declarations

that are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

A. This insurance afforded the vendor does not apply to:

1. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

2. Any express warranty unauthorized by you;

3. Any physical or chemical change in the product made intentionally by the vendor;

4. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

5. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

6. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

7. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

B. This insurance does not apply to any insured "person" or organization from whom you have acquired such products, nor any ingredient, part or container, entering into, accompanying or containing such products.


**Additional Insured - Mortgagee, Assignee or Receiver**

"Insured" includes the "person(s)" or organization(s) indicated in the Declarations, but only with respect to liability as mortgagee, assignee, or receiver that is "caused by" the ownership, maintenance, or use by you of the premises that are indicated in the Declarations.


Additional Insured - Lessor of Leased Equipment

"Insured" includes the "person(s)" or organization(s) indicated in the Declarations, but only with respect to their liability "caused by" the maintenance, operation or use by you of equipment leased to you by such "person(s)" or organizations(s), subject to the following exclusions:

This insurance does not apply:

A. To any "occurrence" which takes place after the equipment lease expires;

B. To "bodily injury" or "property damage" "arising out of" the negligence of the "person" or organization indicated in the Declarations.


Additional Insured - Designated Person or Organization

"Insured" includes the "person(s)" or organization(s) indicated in the Declarations, but only to the extent indicated in the Declarations.


**Glossary**

The language in this module includes certain words or phrases that are given exact meanings to make clear what we mean when we use them. Each word or phrase surrounded by quotation marks is defined in this glossary, in the General Section under the heading Definitions or in the Glossary in the Liability Section. If a word is defined in more than one location, the definition in this glossary takes precedence for the coverages described in this module.


"Aircraft"
See the General Section Definitions.


"Arising Out Of"
See the General Section Definitions.


"Bodily Injury"
See General Section Definitions.

App. P. 70

"Business"
Trade, profession, occupation, enterprise or other activity engaged in for profit or compensation as shown on the declarations..

"Business Injury"
"Bodily injury," "property damage," or "personal injury/advertising injury."

"Caused By"
See the General Section Definitions.

"Damages"
See the General Section Definitions.

"Employee"
Includes a "leased worker."  "Employee" does not include a "temporary worker."

"Executive Officer"
A "person" holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

"Household"
See the Glossary - Liability Section.

"Hovercraft"
See the General Section.

"Insured"
See Who Is An Insured in this module.

"Impaired Property"
A.  Tangible property, other than "your products" or "your work" that cannot be used or is less useful because:
    1.  It incorporates "your products" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or
    2.  You failed to carry out the terms of a contract or agreement;
B.  If such property can be restored to use by:
    1.  The repair, replacement, adjustment or removal of "your products" or "your work"; or
    2.  Your fulfilling the terms of the contract or agreement.

"Insured Contract"
A.  A lease of premises.  "Insured contract" does not include that portion of a contract for a lease of premises that indemnifies any "person" or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner;
B.  An easement or license agreement.  This does not include an agreement in connection with any construction or demolition operation within 50 feet of a railroad;
C.  A promise to indemnify a municipality if required by an ordinance.  This does not apply in connection with work done for the municipality; or
D.  That part of any other contract or agreement pertaining to your "business," under which you assume tort liability of another party to pay "damages" for "bodily injury" or "property damage" to a third "person" or organization. This includes an indemnification of a municipality in connection with work performed for a municipality under which you assume the tort liability of another to pay "damages" because of "bodily injury" or "property damage" to a third "person" or organization.  Tort liability means a legal liability that would be imposed by law in the absence of any contract or agreement.
E.  An "insured contract" does not include that part of any contract or agreement;
    1.  That indemnifies a railroad for "bodily injury" or "property damage" "arising out of" construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or

trestle, tracks, road-beds, tunnel, underpass or crossing;

2. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:
   a. Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, change orders or drawings and specifications; or
   b. Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3. Under which the "insured," if an architect, engineer or surveyor, assumes liability for injury or damage "arising out of" the "insured's" rendering or failing to render professional services, including:
   a. Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, change orders or drawings and specifications; or
   b. Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; and
   c. Supervisory, inspection or engineering services.


"Insured Location"
See the Glossary - Liability Section.


"Leased Worker"
A "person" leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your "business."  "Leased worker" does not include a "temporary worker."


**"Livestock"**
See the General Section Definitions.


"Loading or Unloading"
A. The handling of property:
   1. While it is moved from the place where it is accepted for movement into or onto an "aircraft," watercraft, "motor vehicle" or "recreational motor vehicle";
   2. While it is in or on an "aircraft," watercraft, "motor vehicle" or "recreational motor vehicle"; or
   3. While it is being moved from an "aircraft," watercraft, "motor vehicle" or "recreational motor vehicle" to the place where it is finally delivered.
B. "Loading or unloading" includes but is not limited to movement by:
   1. A hand truck; or
   2. Any mechanical device attached to the "aircraft," watercraft, "motor vehicle" or "recreational motor vehicle."


"Medical Expense"
See the General Section Definitions.


"Mobile Equipment"
A. Any of the following types of land vehicles, including any attached machinery or equipment:
   1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;
   2. Vehicles maintained for use solely on or next to premises you own or rent;
   3. Vehicles that travel on crawler treads;
   4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:
      a. Power cranes, shovels, loaders, diggers or drills; or
      b. Road construction or resurfacing equipment such as graders, scrapers or rollers;
   5. Vehicles not described in the four paragraphs above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:
      a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or
      b. Cherry pickers and similar devices used to raise or lower workers; and
   6. Vehicles not described in the first four paragraphs of this definition maintained primarily for purposes other than the transportation of "persons" or cargo.

B. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment," but will be considered "motor vehicles":

1. Equipment designed primarily for:
   a. Snow removal;
   b. Road maintenance, but not construction or resurfacing;
   c. Street cleaning;
2. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
3. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

"Motor Vehicle"
See the Glossary - Liability Section.

"Named Insured"
See the General Section Definitions.

"Offense"
Any of the "offenses" included in the definition of "personal injury/advertising injury."

"Occurrence"
See the General Section Definitions.

"Person"
See the General Section Definitions.

"Personal Injury/Advertising Injury"
Injury "caused by" one or more of the following "offenses":

A. False arrest, detention or imprisonment, or malicious prosecution;
B. Oral or written publication of material that:
   1. Libels, slanders or defames a "person's" or organization's character;
   2. Disparages a "person's" or organization's goods, products or services; or
   3. Violates a "person's" right of privacy;
C. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that "person" occupies by or on behalf of its owner, landlord or lessor;
D. Misappropriation of advertising ideas or style of doing business; or
E. Infringement of copyright, title or slogan.
F. The Intentional Acts Exclusion in the General Section does not apply to "Personal Injury/Advertising Injury."

"Pollutants"
See the Glossary - Liability Section.

"Products-Completed Operations"
"Products-completed operations" consists of two parts:

A. Product Coverage
   "Bodily injury" or "property damage" occurring away from premises you own or rent and "caused by" "your products" after physical possession of "your products" has been relinquished to others. The "bodily injury" or "property damage" must occur away from premises you own or rent unless your "business" includes selling, handling, or distributing "your products" for consumption on premises owned by or rented to you.
B. Completed Work Coverage
   "Bodily injury" or "property damage" occurring away from premises you own or rent and arising out of "your work." It does not include "your work" that has not been completed, or that has not been abandoned.
   1. "Your work" is considered completed at the earliest of:
      a. When all work called for in your contract has been completed;

b. When all work to be done at the job site has been completed if your contract calls for work at more than one job site; or

c. When that part of the work done at a job site has been put to its intended use by any "person" or organization other than another contractor or subcontractor working on the same project.

2. "Your work" that may need service, maintenance, correction, repair or replacement because of a defect or deficiency, but which is otherwise complete, will be considered completed.

C. Neither Product Coverage nor Completed Work Coverage include:

"Bodily injury" or "property damage" "arising out of":

1. The transportation of property, unless

the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by "loading or unloading" that vehicle by any "insured"; or

2. The existence of tools, uninstalled equipment or abandoned or unused materials.

"Property Damage"
See the General Section Definitions.

"Recreational Motor Vehicle"
See the Glossary - Liability Section.

"Temporary Worker"
A "person" who is hired by you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

"Your Products"
See the Liability Section Glossary.

"Your Work"
See the Liability Section Glossary.

## Property Section

This section, combined with the General Section and property modules, provides the property coverages you selected, as identified in the Declarations.

For each type of property you own or rent, you need specific property insurance protection. Dwellings, buildings, and other property are identified in the Declarations. Personal property is insured on an unscheduled (blanket) basis, except for items you have chosen to schedule individually.

## Introduction

Your property coverages are determined by combining the terms and provisions of the General Section and Property Section with one or more of the following property modules:

A. Dwelling Module for the homeowner or "farm/ranch" owner, providing coverage for owner occupied dwellings, seasonal use dwellings, rental dwellings and certain related property.
B. Mobile Home Module for the mobile home owner, providing coverage for mobile homes and certain related property.
C. Household Personal Property Module for the homeowner, "farm/ranch" owner, mobile home owner, or renter, providing coverage for household personal property.
D. Condo-Owners Property Module for the owner of a condominium, providing coverage for both household personal property and certain condominium property.
E. Garages, Outbuildings and Other Structures Module, providing coverage for the owner of detached garages, outbuildings or other structures.
F. Farm/Ranch Personal Property Module for farmers/ranchers, providing blanket coverage and/or scheduled coverage for personal property used in the "farm/ranch" operation.
G. Scheduled Personal Property Module, providing scheduled coverage for owners of specific items of personal property such as expensive jewelry, sporting goods or fine art.

## Covered Causes Of Loss

The scheduled Personal Property Module includes a separate Cause of Loss Index applicable only to that module.

For the other modules (Dwelling; Mobile Home; Household Personal Property; Condo; Garages, Outbuildings and Other Structures; and Farm/Ranch Personal Property), the Declarations indicate whether property is insured for Named Causes of Loss or Special Causes of Loss.

### Named Causes of Loss

When the Declarations indicate coverage for Named Causes of Loss, coverage is provided for only the causes of loss identified by number in the Declarations. Refer to the Named Causes of Loss Index in this section.

### Special Causes of Loss

When the Declarations indicate coverage for Special Causes of Loss, coverage is provided for accidental direct physical loss except as excluded.

Refer to the Special Causes of Loss Index in this section.

## Notification Of Loss

In case of an accident or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

### Pollutant Cleanup and Removal

We must be notified immediately of any loss that may require cleanup and removal of pollutants. Pollutant Cleanup expenses payable under the Extra Coverages in the property modules will be made only if the loss is reported to us within 180 days of when it occurs.

## Payment For Loss

The Payment For Loss provisions in the General Section apply and are expanded as follows with respect to coverage provided by this section.

### Vacant Property

Except where specifically limited elsewhere in this policy, coverage on buildings will not be affected by being "vacant" unless the "vacancy" lasts more than 180 consecutive days.  In the event of loss to buildings "vacant"

for more than 180 consecutive days we will pay 50% of the amount we would have paid if the building had not been "vacant".

Outbuildings used seasonally due to the normal practices of "Farming/Ranching" are not considered "vacant" for the purposes of the Vacant Property Payment For Loss provision.

## Mortgagee
A. The word mortgagee includes contract for deed vendor.
B. If a mortgagee is named in the Declarations, any loss payable on property subject to the mortgage or contract will be paid to you and the mortgagee, as interests appear.  If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages or contracts.
C. If we deny your claim, the denial will not apply to a valid claim of the mortgagee if the mortgagee:
   1. Notifies us of any change in ownership, occupancy or substantial change in exposure of which the mortgagee is aware;
   2. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
   3. Submits a Signed Sworn Statement in Proof of Loss within 60 days after receiving notice of the denial of your claim.
   4. Submits to an examination under oath, as often as we may reasonably require, and provide us with proof of their insurable interest in the property.
D. If this policy is canceled for any reason, the mortgagee will be notified in writing at least 10 days before the date cancellation takes effect.
E. If we pay the mortgagee for any loss and deny payment to you:
   1. We assume all the rights of the mortgagee granted under the mortgage or contract and are entitled to an assignment of the mortgage or contract to the extent of our payment; or
   2. At our option, we may pay the mortgagee the entire amount of the principal on the mortgage or contract plus any accrued interest.  In this event we will receive a full assignment and transfer of the mortgage or contract and all securities held as collateral to the debt.
F. This policy's Appraisal, Loss Payment and Legal Action Against Us provisions apply to mortgagees.

## Loss Payee
If a loss payee is named in the Declarations, any loss payable on property in which the loss payee has a financial interest will be paid to you and the loss payee as interests appear.  The loss payee shall have no independent right of recovery.  The loss will be settled only with you.

# Additional Exclusions
These exclusions apply in addition to those in the General Section and applicable property modules.

These exclusions apply regardless of the cause of the excluded event or of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply regardless of whether the excluded cause or event is a direct or indirect cause of loss.

These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

## Ordinance or Law
There is no coverage for loss or expense "arising out of" the enforcement of any ordinance or law requiring or regulating the construction, repair or demolition of a building or other structure, unless specifically provided in this policy.

## Earth Movement
There is no coverage for loss "arising out of":
A. Earthquake;
B. Land shock waves or tremors before, during or after a volcanic eruption;
C. Landslide;
D. Mine subsidence;
E. Mudflow; or
F. Earth sinking, rising or shifting.

This exclusion applies regardless of whether human or animal forces or any act of nature caused the earth movement.

If loss or damage due to fire, explosion or theft results, we will pay for that resulting loss or damage unless another exclusion applies.

**Water Damage**
A. There is no coverage for loss "arising out of" flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, even if driven by wind.
B. There is no coverage for loss "arising out of" water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through, a building, sidewalk, driveway, foundation, swimming pool or other structure.
C. There is no coverage for loss "arising out of" water or waterborne material that backs up through sewers or drains or overflows from a sump.

If loss or damage due to fire, explosion or theft results, we will pay for that resulting loss or damage unless another exclusion applies.

**Fungi, Wet Or Dry Rot, Or Bacteria**
There is no coverage for loss "arising out of" "fungi," wet or dry rot, or bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi," wet or dry rot, or bacteria.

This exclusion does not apply:
A. When "fungi," wet or dry rot, or bacteria results from fire or lightning;
B. To the Scheduled Personal Property Module; or
C. To the extent coverage is provided for in a Fungi, Wet Or Dry Rot, Or Bacteria Extra Coverage under a property module with respect to loss "caused by" a covered cause of loss other than fire or lightning.

If "fungi," wet or dry rot or bacteria results in a Covered Cause of Loss, we will pay for the loss or damage "caused by" that Covered Cause of Loss.

**Power Failure**
There is no coverage for loss "arising out of" the failure of power or other utility service if the failure takes place off the "insured premises".

If power failure results in a Covered Cause of Loss. We will pay for the loss or damage "caused by" that Covered Cause of Loss.

**Neglect**
There is no coverage for loss "arising out of" your failure to use all reasonable means to save, protect and preserve property at or after the time of loss, or when property is endangered by a covered cause of loss.

**Weather Conditions**
There is no coverage for loss "arising out of" weather conditions.  This exclusion applies only if weather conditions contribute in any way with a cause or event subject to the Exclusions in the General Section and Additional Exclusions in the Property Section entitled:
A. Ordinance or Law;
B. Earth Movement;
C. Water Damage;
D. Power Failure;
E. Neglect;
F. Nuclear Hazard; or
G. Intentional Loss.

If loss or damage by a covered cause of loss results, we will pay for that resulting loss or damage.

**Acts or Decisions**
There is no coverage for loss "arising out of" acts or decisions, including the failure to act or decide, by any governmental body or organization acting on its own behalf.

If loss or damage by a covered cause of loss results, we will pay for that resulting loss or damage.

**Governmental Action**
There is no coverage for loss "arising out of" destruction, confiscation or seizure of covered property by order of any governmental or public authority.  This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss "caused by" fire would be covered under this policy.

**Faulty, Inadequate or Defective Planning, Construction or Maintenance**

There is no coverage for loss arising out of "faulty, inadequate or defective":

A.   Planning, zoning, development, surveying or siting;
B.   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;
C.   Materials used in repair, construction, renovation or remodeling; or
D.   Maintenance of part or all of any property whether on or off the "insured premises".

If loss or damage by a covered cause of loss results, we will pay for that resulting loss or damage.

**Computer Virus or Programming Error**
There is no coverage for loss   to any computer hardware, software, operating systems, networks, microprocessors, or any other computerized or electronic equipment "caused by" computer virus or programming error.

If loss or damage by a covered cause of loss results, we will pay for that resulting loss or damage.

## Additional Conditions

### Proof of Loss and Inventory
Within 60 days after our request, submit to us on a form we will provide, your Signed, Sworn Statement in Proof of Loss which sets forth to the best of your knowledge and belief:

A.   The time and cause of loss;
B.   The interest you and all others have in the property involved and all liens on the property;
C.   Other insurance, warranties, and guarantees which may cover the property;
D.   Changes in the title or occupancy of the property during the policy period;
E.   Specifications of the damaged property and detailed estimates for repair of the damage; and
F.   An inventory of damaged personal property, describing it in full.  It should show in detail the amount insured under this policy and the actual cash value.  Attach bills, receipts and other documents to support your inventory.  Attach receipts for additional living expenses incurred or records that support the fair rental value.

### Appraisal
If you and we fail to agree on the amount of your covered property loss, either one can demand the following procedure:

A.   One of us will demand in writing that the amount of loss be set by appraisal.
B.   Each of us will select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after receipt of the written demand.
C.   The two appraisers will then select a competent, impartial umpire.  If the two appraisers are unable to agree upon an umpire within 15 days of their selection, you or we may ask a judge of a court of record with jurisdiction in the state of Iowa to select an umpire.
D.   The appraisers will then set the amount of covered loss.
E.   If the appraisers fail to agree, they will submit their difference to the umpire.  Written agreement signed by any two of these three will set the amount of covered loss and shall be binding on both you and us.

Each appraiser will be paid by the party selecting that appraiser.  Other expenses of the appraisal and compensation of the umpire will be paid equally by you and us.

## Named Causes Of Loss Index

A.   When the Declarations indicate coverage for Named Causes of Loss, we insure your property as described in the Declarations for sudden and accidental direct physical loss "caused by" the Named Causes of Loss indicated by number in the Declarations.  The Named Causes of Loss are shown below.  The coverage provided is subject to the General Section Exclusions, the Additional Exclusions in this Property Section, and any applicable property module exclusions.

   1.   **Fire or Lightning**
   2.   **Explosion**
   3.   **Windstorm or Hail**
      We cover sudden and accidental direct physical loss to covered property "caused by" windstorm or hail.  Loss "caused by" rain, snow, sleet, sand or dust to the interior of a building or property contained in a building is covered only when the direct force of windstorm or hail causes an opening in a roof or wall and rain, snow, sleet, sand or dust enters through this opening.

      We cover your rowboats and canoes for direct physical loss "caused by" windstorm or hail only while

on your "insured premises".

We cover your watercraft (other than rowboats or canoes) and their trailers, furnishings, equipment and outboard motors for direct physical loss "caused by" windstorm or hail only while in a fully enclosed building.

4. **Riot or Civil Commotion**
5. **Aircraft**
   We cover sudden and accidental direct physical loss to covered property "caused by" aircraft, including self-propelled missiles and spacecraft.
6. **Vehicles**
   We cover sudden and accidental direct physical loss to covered property "caused by" vehicles.

   We do not cover loss to "livestock," fences, driveways, walks, or buildings other than dwellings or private garages "arising out of" any vehicle owned or operated by any "insured," your employees, or residents of the "insured premises".
7. **Smoke**
   We cover sudden and accidental direct physical loss to covered property "caused by" smoke.  Smoke includes the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   We do not cover loss "arising out of" smoke from agricultural smudging or industrial operations.
8. **Volcanic Eruption**
   We cover direct physical loss to covered property "caused by" volcanic eruption.

   We do not cover loss "arising out of" earthquake, land shock waves or tremors.
9. **Vandalism or Malicious Mischief**
   We cover direct physical loss to covered property "caused by" vandalism or malicious mischief.

   We do not cover any loss to a dwelling or its contents "caused by" vandalism or malicious mischief or any damage "caused by" any intentional or wrongful act committed in the course of vandalism or malicious mischief, if the dwelling has been "vacant" for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered "vacant".

   Under this cause of loss we do not cover pilferage, theft, burglary or larceny, but we do cover damage "caused by" burglars to a covered dwelling.

   We do not cover vandalism or malicious mischief committed by an insured or by any other person regularly residing on any "insured premises".
10. **Theft**
    We cover direct physical loss to or of covered property "caused by" theft or attempted theft.

    There is no coverage for:
    a. Theft committed by any "insured" or by any other "person" regularly residing on any "insured premises;"
    b. Theft from that part of any "insured premises" rented to others or held for rental by an "insured" to other than an "insured".  This does not apply to theft of property insured under the Farm/Ranch Personal Property Module;
    c. Theft in or to a dwelling under construction, until the dwelling is completed and occupied;
    d. Theft of any materials and supplies for use in the construction of a dwelling until the dwelling is completed and occupied;
    e. Theft of household personal property that occurs off the "residence premises" while at any residence owned by, rented to, or occupied by any "insured," except while any "insured" temporarily living there.  Property of a student who is an "insured" is covered for theft while at the student's school residence away from home if the student has been at that residence at any time during the 45 days immediately before the loss; or
    f. Theft of watercraft, their furnishings, equipment and outboard engines or motors off the "residence premises".  However, theft of other personal property left on the watercraft is not excluded.
    g. Loss of "farm/ranch" personal property or "business" personal property by losing, misplacing, mysterious disappearance or where the only evidence of loss is a shortage disclosed upon taking inventory.
11. **Falling Objects**

App. P. 79

We cover direct physical loss to covered property "caused by" falling objects.

We do not cover damage to:
a.  The interior of a building or property inside a building, unless the roof or an exterior wall of the building is first damaged by the falling object; or
b.  The falling object itself.

12. **Weight of Ice, Snow or Sleet**
We cover direct physical loss to covered property "caused by" the weight of ice, snow or sleet to a building and property inside the building.

We do not cover loss to an awning, fence, spa, patio, pavement, swimming pool, foundation, retaining wall, bulkhead, pier, wharf, dock or hoist under this cause of loss.

13. **Accidental Discharge or Overflow**
We cover direct physical loss to covered property "caused by" sudden and accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning system, automatic fire protective sprinkler system or from within a household appliance or waterbed.  We pay for tearing out and replacing any part of the covered property necessary to repair the system or appliance from which the water or steam escaped.

A plumbing system does not include a sump, sump pump, or related equipment, or a roof drain, gutter, downspout or similar fixtures or equipment for this cause of loss.

We do not cover loss:
a.  To the system or appliance from which the water or steam escaped;
b.  "Arising out of" freezing, except as provided under the Named Cause of Loss - Freezing;
c.  On an "insured premises" "arising out of" accidental discharge or overflow that occurs off the "insured premises";
d.  "Arising out of" constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years; or
e.  To a dwelling if the dwelling has been "vacant" for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered "vacant".

14. **Rupture of Heating, Air Conditioning or Sprinkler Systems**
We cover direct physical loss to a steam or hot water heating system, air conditioning system, fire protective sprinkler system or an appliance for heating of water "caused by" sudden an accidental tearing apart, cracking, burning or bulging.

We do not cover losses "arising out of" or resulting from freezing, except as provided under the Named Cause of Loss - Freezing.

15. **Freezing**
a.  We cover direct physical loss "caused by" freezing of a plumbing, heating, air conditioning, or fire protective sprinkler system and freezing of a household appliance, but only if you have used reasonable care to:
    i.  Maintain heat in the building; or
    ii.  Shut off the water supply and drained the system and appliances of water.
b.  However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.
c.  Under this cause of loss sumps, sump pumps or related equipment; roof drains, gutters, downspouts and similar fixtures or equipment are not considered part of a plumbing system or household appliance.
d.  We do not cover loss "arising out of" freezing to:
    i.  Fences, pavement, patios, retaining walls, swimming pools;
    ii.  Foundations, footings, bulkheads, walls or any other structure or device that supports all or part of a building or other structure;
    iii.  Septic systems, bulkheads, piers, wharves, docks or hoists; or
    iv.  "Farm/ranch" personal property not inside a building; or
    v.  "Business" personal property not inside a building.

16. **Sudden and Accidental Damage from Artificially Generated Electrical Current**
We cover damage which occurs suddenly and accidentally and is "caused by" artificially generated electrical current.

App. P. 80

We do not cover loss to electronic devices or systems, including but not limited to, video, audio, communications or alarm equipment or systems.

We do not cover loss to property used at any time or in any manner for any "business" purpose.

B.  For additional causes of loss applicable to farm/ranch personal property, refer to the Farm/Ranch Personal Property module.

## Special Causes Of Loss Index

When the Declarations indicate coverage for Special Causes of Loss, we insure your property as described in the Declarations for accidental direct physical loss except as excluded under the exceptions and limitations outlined below.  The coverage provided is subject to the General Section Exclusions, the Additional Exclusions in this Property Section, and any applicable property module exclusions.

These Special Causes of Loss do not apply to "livestock" or "poultry".  Refer to the Farm/Ranch Personal Property module for coverage on "livestock" or "poultry".

## Exceptions And Limitations

### Gradual or Sudden Loss

A.  There is no coverage for loss "arising out of":
   1.  Wear and tear, marring, scratching or deterioration;
   2.  Inherent vice, latent defect, mechanical breakdown, or any quality in property that causes it to damage or destroy itself;
   3.  Birds, vermin, insects, rodents, skunks, raccoons or domestic animals;
   4.  Animals owned or kept by an "insured";
   5.  Smog;
   6.  Smoke, vapor or gas from agricultural smudging or industrial operations;
   7.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself "caused by" a Named Cause of Loss 1 through 16;
   8.  Rust, electrolysis or other corrosion;
   9.  Warping;
   10. Settling, shrinking, bulging, or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings; or
   11. Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.
B.  If any of these causes the sudden and accidental escape of water or steam from within:
   1.  A storm drain, or water, steam or sewer pipe, off the "residence premises"; or
   2.  A plumbing, heating, air conditioning or automatic fire protective sprinkler system or a household appliance on the "residence premises";
   we cover the loss "caused by" the water.
C.  We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water or steam escaped.
D.  We do not cover such losses resulting from discharge or overflow from within a sump, sump pump or related equipment, roof drain, gutter, downspout or similar fixtures or equipment.
E.  If loss or damage not precluded by any other provision in this policy results, we will pay for that resulting loss or damage.

### Freezing, Discharge, Leakage or Overflow

There is no coverage for loss "arising out of":
A.  Water freezing in a plumbing, heating, air conditioning, automatic fire protective sprinkler system or household appliance; or
B.  Discharge, leakage or overflow from within the system or appliance "arising out of" freezing.

This limitation does not apply if you have used reasonable care to maintain heat in the building or shut off and drained the water system or appliance.
We do not cover any such losses resulting from discharge or overflow from within a sump, sump pump or related equipment, roof drain, gutter, downspout or similar fixtures or equipment.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

If loss or damage not precluded by any other provision in this policy results, we will pay for that resulting loss or damage.

**Freezing, Thawing, or the Pressure or Weight of Water or Ice**
There is no coverage for loss "arising out of" freezing, thawing, or the pressure or weight of water or ice, even if driven by wind, to:
A.  Fences, pavement, patios, retaining walls, swimming pools;
B.  Foundations, footings, bulkheads, walls or any other structure or device that supports all or part of a building or other structure;
C.  Septic systems, bulkheads, piers, wharves, docks or hoists;
D.  "Farm/ranch" personal property not inside a building; or
E.  "Business" personal property not inside a building.

If loss or damage not precluded by any other provision in this policy results, we will pay for that resulting loss or damage.

**Theft**
There is no coverage for:
A.  Theft committed by any "insured" or by any other "person" regularly residing on any "insured premises;"
B.  Theft from that part of any "insured premises" rented to others or held for rental by an "insured" to other than an "insured".  This does not apply to theft of property insured under the Farm/Ranch Personal Property Module;
C.  Theft in or to a dwelling under construction, until the dwelling is completed and occupied;
D.  Theft of any materials and supplies for use in the construction of a dwelling until the dwelling is completed and occupied; or
   1.  Theft of household personal property that occurs off the "residence premises" while at any residence owned by, rented to, or occupied by any "insured," except while any "insured" is temporarily living there.  Property of a student who is an "insured" is covered for theft while at the student's school residence away from home if the student has been at that residence at any time during the 45 days immediately before the loss; or
   2.  Theft of watercraft, their furnishings, equipment and outboard engines or motors off the "residence premises".  However, theft of other personal property left on the watercraft is not excluded.  Loss of "farm/ranch" personal property or "business" personal property by losing, misplacing, mysterious disappearance, conversion, or where the only evidence of loss is a shortage disclosed upon taking inventory.
E.  If loss or damage not precluded by any other provision in this policy results, we will pay for that resulting loss or damage.

**"Collapse"**
There is no coverage for loss "arising out of" "collapse," except as provided under Extra Coverages - "Collapse" Coverage.

**Vandalism and Malicious Mischief**
There is no coverage for any loss to a dwelling or its contents "arising out of" vandalism or malicious mischief or any damage "caused by" any intentional or wrongful act committed in the course of vandalism or malicious mischief, if the dwelling has been "vacant" for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered "vacant".

If loss or damage not precluded by any other provision in this policy results, we will pay for that resulting loss or damage.

**Glass Breakage**
There is no coverage for loss to glass in property insured under the Garages, Outbuildings and Other Structures Module, unless "caused by" Named Causes of Loss 1 through 9.

**Interior Weather Damage**
There is no coverage for loss to the interior  or the contents of garages or outbuildings insured under the Garages, Outbuildings and Other Structures Module "arising out of" rain, snow, sand or dust, even if driven by wind, unless:
A.  The garage or outbuilding first sustains damage to roof or walls by the direct action of wind or hail and the rain, snow, sand or dust enters through the damaged area; or
B.  The loss "caused by" rain, snow, sand or dust  resulting from fire, lightning, aircraft, vehicles, explosion,

App. P. 82

falling objects, riot or civil commotion, vandalism or malicious mischief.

**Breakage of Household Personal Property**

A. There is no coverage for breakage of:
1. Eyeglasses, glassware, statuary, marble; or
2. Bric-a-brac, porcelains and similar fragile articles other than jewelry, watches, bronzes, cameras and photographic lenses.

B. There is coverage if the breakage of household personal property is "caused by" or results from:
1. Fire, lightning, windstorm, hail;
2. Smoke, other than smoke from agricultural smudging or industrial operations;
3. Explosion, riot, civil commotion;
4. Aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;
5. "Collapse" of a building or any part of a building;
6. Water not otherwise excluded;
7. Theft or attempted theft; or
8. Sudden and accidental tearing apart, cracking, burning or bulging of a steam or water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

**Dampness of Atmosphere or Extremes of Temperature**

There is no coverage for loss to household personal property, "farm/ranch" personal property, or "business" personal property "arising out of" dampness of atmosphere or extremes of temperature.

We do cover such loss if rain, snow, sleet or hail is the direct cause of loss, but not to standing crops or crops in the open.
The exclusion for Extremes of Temperature does not apply to losses "caused by" fire.

**Refinishing, Renovating, Repairing**

There is no coverage for loss to household personal property "arising out of" refinishing, renovating or repairing household personal property.

**Watercraft**

There is no coverage for loss "arising out of" collision, sinking, swamping or stranding of watercraft, including trailers, their furnishings, equipment and outboard engines or motors.

We do cover such property, subject to policy limitations, for collision with a land vehicle.

**Explosion of Steam Equipment**

There is no coverage for loss to "farm/ranch" personal property, "business" personal property or to buildings other than dwellings "arising out of" explosion of steam boilers, steam pipes, steam turbines, steam engines or hot water boilers owned, rented, or leased by you.

We do cover resulting direct loss by fire or explosion of accumulated gases or unconsumed fuel within the firebox or combustion chamber.

**Electrical Current**

There is no coverage for loss  "arising out of" artificially generated electric current, including electric arcing, that damages electrical devices, appliances or wires.

We do cover such loss, if the damage occurs suddenly and accidentally, to property other than "business" personal property, insured under the:

A. Dwelling Module;
B. Mobile Home Module;
C. Household Personal Property Module; or
D. Condo-Owners Property Module.

We will pay no more than $1,000 per "occurrence" for loss to electronic devices, including but not limited to, video, audio, communications or alarm equipment or systems.

If artificially generated electric current causes a fire, we will pay for damage to covered property caused directly by that fire.

**Economic Difficulties**

There is no coverage for loss to household personal property, "farm/ranch" personal property or "business" personal property "arising out of" any labor disturbance, including strike or lockout; or insolvency of any warehouse, dealer or repair service.

**Market Losses**
There is no coverage for loss to household personal property, "farm/ranch" personal property or "business" personal property "arising out of" delay, loss of use or loss of market.

## Glossary

The language in this section includes certain words or phrases that are given exact meanings to make clear what we mean when we use them. Each word or phrase surrounded by quotation marks is defined in this glossary, in the General Section or in a module under the heading "Additional Definitions".

**"Aircraft"**
See General Section.

**"Arising Out Of"**
See General Section.

**"Business"**
Trade, profession or occupation.

**"Caused By"**
See General Section.

**"Collapse"**
The sudden and entire falling down or caving in of a building or part of a building with the result that the building or part of the building cannot be used for its intended purpose.

The following are not considered in a state of "collapse:"
A.  A building or any part of a building in danger of falling down or caving in;
B.  A part of a building that is standing, even if it has separated from another part of the building; and
C.  A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**"Collection"**
Any group of two or more objects, of the same type or category, having special value because of their demand by collectors, particularly because of rarity, limited edition production, sentiment, hobby interests or speculation, and not specifically for utility.

**"Custom Farming/Ranching"**
Any farming/ranching operation performed by you for others for a charge under any contract or agreement, written or oral.

**"Custom Feeding"**
The feeding of "Farm/Ranch" animals of others for a charge on an "insured location".

**"Exchange Help"**
Any "person" working for you under your direction to whom you are not obligated to pay any wages, but such work is compensated for in an exchange of labor agreement.

**"Farming/Ranching" or "Farm/Ranch"**
The process of investment, management or labor to produce agricultural products.

"Farming/Ranching" or "farm/ranch" does not include "custom farming" or "custom feeding".

"Farming/Ranching" or "farm/ranch" does not include other retail activities.

**"Farm/Ranch Employee"**
An employee of yours whose duties are principally in connection with your "farming/ranching" operations. This does not include a "residence employee," "exchange help" or an employee while engaged in "business" other than "farming/ranching".

**"Farm/Ranch Implements and Machinery"**
Machinery and vehicles operating on wheels or tracks which are usual or incidental to the operation of a "farm/ranch" and are designed principally for use off public roads.

"Farm/ranch implements and machinery" does not include:
A.   Automobiles;
B.   Trucks;
C.   Motorcycles;
D.   "Recreational motor vehicles"; or
E.   Any machinery or vehicles while being used in preparation or practice for or being operated in any prearranged contest or race.

**"Fungi"**
Any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

**"Hovercraft"**
See General Section Definitions.

**"Insured"**
A.   You;
B.   Residents of your household who are your relatives;
C.   Any other "person" under the age of 21 in the care of you or your relatives living in your household; and
D.   Any additional insureds named in the Declarations, as their interests appear.
E.   A full-time student who was a resident of the household prior to moving out to attend school, and who has not set up a separate full-time residence may, at your option, be considered an insured until age:
     1.   24 if your relative; or
     2.   21 if in your care or in the care of a relative who is a resident of your "household".

     At age 24, the student needs his or her own separate policy or needs to be added as a named insured on this policy in order to have coverage.

**"Insured Premises"**
A.   Your "residence premises";
B.   Any other premises on which a dwelling owned by you and indicated in the Declarations is located, including the grounds and private approaches; and
C.   Any "farm/ranch premises" shown in the Declarations.

**"Livestock"**
Cattle, including bison, buffalo and beefalo; swine; sheep and goats; alpacas and llamas; horses, mules and donkeys, but not race horses, show horses or show ponies.

**"Motor Vehicle"**
A.   A motorized land or amphibious vehicle; or
B.   A trailer or semi-trailer (including any attached machinery or apparatus) designed for use primarily on public roads or subject to motor vehicle registration while being towed by or hitched for towing by a motorized land or amphibious vehicle.

"Motor vehicle" does not include "farm/ranch implements and machinery" or watercraft.

**"Person"**
See General Section

**"Pollutant"**
Any solid, liquid, gaseous, radioactive or thermal contaminant, irritant or odor, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, oil, oil products and waste.  Waste includes materials to be disposed of, reconditioned, recycled or reclaimed.

**"Poultry"**

Domesticated birds, except ostriches, rheas, or emus, kept for eggs or meat.

**"Recreational Motor Vehicle"**

A golf cart, snowmobile, two or three wheel motorcycle, motorscooters, moped, dirt bike, or all terrain vehicle of a utility or recreational nature.

**"Residence Employee"**

An employee of the "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services, or one who performs similar duties elsewhere not related to the "business" of an "insured".

**"Rental Premises"**

If indicated in the Declarations and you own it:

A.   A 1 to 4 family dwelling/townhouse or mobile home rented or held for rental to others, including the grounds and private approaches; or

B.   Only that part or unit of any condominium/cooperative rented or held for rental to others.

**"Residence Premises"**

If indicated in the Declarations and:

A.   You own it, a 1 to 4 family dwelling/townhouse or mobile home where you reside including the grounds and private approaches;

B.   You rent it, a 1 family dwelling or mobile home where you reside including the grounds and private approaches;

C.   You own it, only that part or unit of any condominium/cooperative in which you reside; or

D.   You rent it, only that part or unit of any other building (including multi-family dwellings, apartments buildings) in which you reside.

**"Smothering"**

Death "caused by" being deprived of oxygen due to a physical blockage of breathing passages or physical interference with breathing.

**"Suffocation"**

Death resulting from inadequate oxygen in the air or due to the presence in the air of noxious gas.

**"Vacancy" or "Vacant"**

Containing nothing of significant value. A building under initial construction shall not be considered "vacant".

App. P. 86

## Dwelling Module

This module is part of the Property Section. The provisions in this module, combined with the provisions in the General Section and Property Section provide the dwelling property coverages you selected.

## Dwelling Coverage

You have the following coverage only for the dwelling indicated in the Declarations.

We cover the dwelling, on the residence premises indicated in the Declarations, with a specific limit of insurance and for the covered causes of loss indicated in the Declarations.

This limit of insurance also applies to:
A.  Structures attached to the dwelling.  This coverage does not include structures attached to the dwelling by only a fence, utility line or similar connection;
B.  Built-in components and fixtures used to service the dwelling; and
C.  Materials and supplies located on the "residence premises" or "rental premises" to be used in construction, alteration or repair of the dwelling.

We do not cover land, water, trees, plants, shrubs or lawns except as provided under Extra Coverages in this module.

## Extra Coverages

Subject to the terms and conditions of the General Section, the Property Section and this module, amounts paid under Extra Coverages are in addition to the amounts paid for your insured dwelling unless otherwise stated.

### Other Structures Coverage

We cover other structures, except detached garages, on the "residence premises" or "rental premises". Structures connected to the dwelling by a fence, utility line or similar connection are included in this coverage.

We will also cover materials and supplies located on or next to the "residence premises" or "rental premises" to be used in construction, alteration or repair of the structures covered under this module.

We do not insure other structures if:
A.  Coverage is specifically provided elsewhere;
B.  Used for "business" or "farming/ranching," except for private utility poles and outdoor wiring; or
C.  Rented to or held for rental to any "person" who is not a tenant of the dwelling.

The most we will pay for a loss covered under this extra coverage is:
A.  $10,000 per loss for in-ground patios, sidewalks or driveways; and
B.  $2,500 per loss for structures other than in-ground patios, sidewalks or driveways.

### Loss Of Use Coverage

If a covered loss makes the dwelling insured under this module not fit to live in, we will pay for the loss of its use as follows:

### Additional Living Expense

If that part of the "residence premises" where you reside cannot be lived in because of a covered loss, we will pay any increase in living expenses that are reasonable, necessary and incurred by you to maintain your household's normal standard of living up to 12 months from the date of loss.

Payment shall be for the shortest time reasonably required to repair or replace your dwelling or for your household to permanently relocate.  This period of time is not limited by termination of coverage for your dwelling covered under this module.

### Fair Rental Value

If the "rental premises" or that part of the "residence premises" rented to others or held for rental by you cannot be lived in because of a covered loss, we will pay its fair rental value minus any expenses that do not continue while the premises are not fit to live in up to 12 months from the date of loss.

Payment shall be for the shortest time reasonably required to repair or replace that part of your dwelling rented or held for rental.  This period of time is not limited by termination of coverage for your dwelling covered under this module.

If a civil authority prohibits you from use of the "residence premises" or "rental premises" as a result of direct damage to neighboring property "caused by" a covered cause of loss, we will pay any resulting additional living expense and fair rental value loss as described above for a period not exceeding 31 days during which use is prohibited.  This period of time is not limited by termination of coverage for your dwelling covered under this module.

We do not cover loss or expense due to cancellation of a lease or agreement.

### Debris Removal Coverage
A.  We will pay your reasonable expenses for the removal of debris of the property covered under this module if that property suffers a covered loss.
B.  We also will pay to remove ash, dust or particles from a volcanic eruption that cause direct loss to the covered property.
C.  These expenses are included in the limit of insurance that applies to the damaged property.  If the covered loss plus the cost of debris removal is more than the applicable dwelling limit, we will pay no more than an extra 5% of the applicable limit to cover the cost of debris removal.
D.  Debris Removal Coverage does not apply to any expense for:
    1.  The extraction of pollutants from land or water; or
    2.  The removal, restoration or replacement of polluted land or water.
E.  We will also pay your reasonable expenses, up to $500 per tree and $1,000 in the aggregate for one loss, for the removal of fallen trees or limbs from your "residence premises" or "rental premises".  The fallen trees or limbs must:
    1.  Have been caused to fall by:
        a.  Windstorm, hail or the weight of ice, snow or sleet if the trees or limbs are yours; or
        b.  Named Causes of Loss 1 through 16 if the trees or limbs are your neighbor's; and
    2.  Have damaged a covered dwelling or structure;
    3.  Be blocking a driveway on the "residence premises" or "rental premises," preventing a "motor vehicle" registered for use on public roads from entering or exiting; or
    4.  Be blocking a ramp or other fixture designed to provide handicapped access to a covered dwelling.

### Trees, Shrubs And Other Plants Coverage
We will pay for direct physical loss to your trees, shrubs, plants or lawns on the "residence premises" within 250 feet of your dwelling "caused by":
A.  Fire or lightning;
B.  Explosion;
C.  Riot or civil commotion;
D.  "Aircraft";
E.  Vandalism or malicious mischief;
F.  Theft; or
G.  Vehicles not owned or operated by:
    1.  Any resident of the "insured premises";
    2.  Any "insured"; or
    3.  Any "farm/ranch employee" or "residence employee" or "exchange help" of any "insured".

The limit of insurance for this extra coverage shall not exceed 5% of the dwelling limit of insurance per "occurrence".

We will pay no more than $500 for any one tree, shrub or plant.  We do not cover property grown for "business" purposes.

### Pollutant Cleanup And Removal Coverage
We will pay your expenses to extract "pollutants" from land or water at your "residence premises" or "rental premises" if the release, discharge or dispersal of the "pollutants" is "caused by" or results from a covered cause of loss that occurs during the policy period to the property insured under this module.

This extra coverage does not apply to costs to test for, monitor, or assess the existence, concentration or effects of "pollutants" except during a covered cleanup of "pollutants".

We will pay no more than $25,000 under this policy during any policy period regardless of the number of losses or the number of modules providing this extra coverage.

Such limit, when used, will not be restored in subsequent policy periods for the same damage or loss.

## Temporary Repairs Coverage

We will pay reasonable and necessary costs you incur for repairs to protect your property covered under this module from further damage after a covered loss.

This extra coverage does not increase the limit of insurance applying to the property being repaired.

## Emergency Removal Of Property Coverage

We will pay for direct physical loss from any cause to property covered under this module which is being removed from a premises endangered by a covered cause of loss.  This extra coverage applies for no more than 30 days from the time of removal and while property is removed.

This extra coverage does not increase the limit of insurance that applies to this removed property.

## Fire Department Service Charge Coverage

We will pay up to $1,000 or the limit of insurance indicated in the Declarations for fire department service charges incurred when the fire department is called to save or protect your property insured under this module from an insured loss.

We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This extra coverage is in addition to the limit of insurance indicated in the Declarations for the covered property.

No deductible applies to this extra coverage.

## Fire Extinguisher Recharge Coverage

We will pay the reasonable expense you incur to recharge a portable fire extinguisher when it has been used to combat a covered fire.

This extra coverage is in addition to the limit of insurance indicated in the Declarations for the covered property.

No deductible applies to this extra coverage.

## Property Loss Assessment Coverage

We will pay up to $1,000 or the limit of insurance indicated in the Declarations for your share of any loss assessment charged during the policy period against you by a corporation or association of property owners. The assessment must be made as a result of a direct loss to the property owned by all members collectively and of the type that would be covered by this policy if owned by you.  The direct loss must be "caused by" a covered cause of loss other than earthquake, including land shock waves or tremors before, during or after a volcanic eruption.

This extra coverage applies only to loss assessments charged against you as an owner or tenant of the "insured premises".

We do not cover assessments charged against you, a corporation or an association of property owners by any governmental body.

The limit of insurance indicated in the Declarations is the most we will pay for all assessments resulting from any one loss.

No deductible applies to this extra coverage.

## Collapse Coverage

We will pay for direct physical loss to any part of a dwelling or other structure covered under this module

"caused by" "collapse" of a building or any part of a building. The "collapse" must be directly and solely "caused by" one or more of the following:

A. Named Causes of Loss 1 through 16;
B. Hidden decay, unless any "insured" was aware of the decay prior to the "collapse";
C. Hidden insect, vermin, raccoon or skunk damage, unless any "insured" was aware of the damage prior to the "collapse";
D. Weight of contents, equipment, animals or people;
E. Weight of rain which collects on a roof; or
F. Use of defective materials or methods of construction, remodeling or renovation if the "collapse" occurs during the construction, remodeling or renovation.

Under this extra coverage, we will pay for loss to an awning, fence, patio, pavement, swimming pool, hot tub, spa, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf, dock or hoist only if the loss is a direct result of the "collapse" of a building.

We do not cover "collapse" "arising out of" settling, cracking, shrinking, bulging or expansion.

This extra coverage does not increase the limit of insurance.

**Fungi, Wet Or Dry Rot, Or Bacteria**
We will pay for:
A. Loss "caused by" "fungi," wet or dry rot, or bacteria;
B. The cost to remove "fungi," wet or dry rot, or bacteria from covered property;
C. The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi," wet or dry rot, or bacteria; and
D. The cost of testing of air or property to confirm the absence, presence or level of "fungi," wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi," wet or dry rot, or bacteria.

This extra coverage only applies when such loss or costs are a result of a covered cause of loss that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered cause of loss occurred.

If there is covered loss or damage to covered property, not caused in whole or in part, by "fungi," wet or dry rot, or bacteria, loss payment will not be limited by the terms of this extra coverage, except to the extent that "fungi," wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this extra coverage.

We will pay no more than $10,000 under this policy during any policy period regardless of the number of "occurrences" or the number of modules providing this extra coverage.

This extra coverage does not increase the limit of insurance applying to the damaged covered property.

**Glass Or Safety Glazing Material Coverage**
We will pay for:
A. Breakage of glass or safety glazing material which is part of a dwelling covered under this module. This includes breakage "caused by" earth movement; or
B. Direct physical loss to a building covered under this module caused solely by pieces, fragments or splinters of broken glass or safety glazing material that was part of a dwelling covered under this module.

This extra coverage extends to storm doors or storm windows for the dwelling while in summer storage.

We do not pay for loss when a covered dwelling has been "vacant" for more than 30 consecutive days immediately before the loss, except when the breakage results directly from earth movement. A dwelling under construction is not considered "vacant".

Loss to glass covered under this extra coverage shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This extra coverage does not increase the limit of insurance.

**Lock Re-keying Coverage**

We will pay reasonable expenses you incur to re-key locks on exterior doors of a dwelling covered under this module when your keys are stolen. The theft must be reported to the police or similar authority and us within 24 hours after discovery of the loss.

The limit of insurance under this coverage following any one theft loss is $300.

No deductible applies to this extra coverage.

**Structural Alteration Coverage**
We will pay up to $60,000 per loss for a covered loss to new construction on the "insured premises" or structural alteration to an existing dwelling or other structure covered under this module. The loss must be "caused by" a covered cause of loss.

This extra coverage will expire 60 days from the date the construction or alteration begins.

We have the right to charge a premium effective from the date construction or alteration begins.

**Landlord's Furnishings Coverage**
We will pay up to $2,500 for direct physical loss to your appliances, carpeting and other household furnishings in any dwelling, or apartment in a dwelling, insured under this module which is rented or held for rental to others by an "insured". This loss must be "caused by" a cause of loss included under Named Causes of Loss 1 through 9 or 11 through 16.

The $2,500 limit is the most we will pay per loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

## Notification Of Loss
In case of an accident or loss to which this insurance may apply, refer to the General Section and Property Section for specific notification of loss instructions.

## Payment For Loss
The Payment For Loss provisions in the General Section and the Property Section apply and are expanded as follows with respect to coverage provided by this module.

## Limit Of Insurance
The dwelling limit of insurance is indicated in the Declarations.

## Inflation Adjustment
The limit of insurance will be revised at each policy renewal and at the time of loss to reflect the changes in value due to inflation. The inflation percentage is indicated in the Declarations. The inflation percentage is not intended to reflect the variation in resale value of property.

## Payment Basis
Payment for loss will be made on the basis of Actual Cash Value, Replacement Cost, Replacement Cost With Actual Cash Value Roofs, Guaranteed Replacement Cost, Guaranteed Replacement Cost With Actual Cash Value Roofs, Repair Cost, or Repair Cost With Actual Cash Value Roofs as indicated in the Declarations and described below.
**Actual Cash Value**
If the Declarations indicate Actual Cash Value applies, the most we will pay is the lesser of:
A. The "actual cash value" of the damaged portion of the property immediately prior to the loss;
B. The amount necessary to repair or replace the property; or
C. The applicable limit of insurance.

**Replacement Cost**
A. If the Declarations indicate Replacement Cost applies, we will settle losses to:
   1. Dwellings; and
   2. Buildings covered under Other Structures
   at replacement cost without deduction for depreciation, subject to the following:
B. If the damaged building is insured for 80% or more of the replacement cost immediately prior to the loss, we will pay the smaller amount of:
   1. The limit of insurance indicated in the Declarations for the dwelling or building structure;
   2. The cost to repair or replace the damaged part of the dwelling or building structure with material of like kind and quality and for similar use on the same premises;
   3. The necessary amount actually spent to repair or replace the damaged dwelling or building structure.

C.  If the damaged building is insured for less than 80% of replacement cost immediately prior to the loss, we will pay the larger of the following, but not more than the limit of insurance for the dwelling or other structure indicated in the Declarations:
   1.  The "actual cash value" of that part of the dwelling or building structure damaged; or
   2.  That part of the replacement cost of the damaged property which the limit of insurance bears to 80% of the full replacement cost of the damaged building.
D.  We will pay no more than the "actual cash value" of the damage until the actual repair or replacement is completed. However, if the cost of repair or replacement is $5,000 or less, we will settle the loss on the replacement cost basis whether or not the repair or replacement is completed.
E.  You may disregard the replacement cost provisions for dwellings or building structures and make claim on an "actual cash value" payment basis.  You then have up to 180 days after the loss to make a claim for additional payments due you on the Replacement Cost payment basis.  However, we will pay no more than the "actual cash value" of the damage until the actual repair or replacement is completed.
F.  Loss to built-in components or fixtures on the "residence premises" or "rental premises" is settled at replacement cost only if the dwelling or building structure is insured with us for Replacement Cost.
G.  Loss to other structures that are not buildings covered under this module is settled on the Actual Cash Value payment basis.

### Replacement Cost With Actual Cash Value Roofs

If the Declarations indicate Replacement Cost With Actual Cash Value Roofs applies, we will pay up to the "actual cash value" immediately prior to the loss for damage to any roof surfaces, but not more than the applicable limit of insurance or the amount necessary to repair or replace the property.

For all other property covered by this module, we will pay according to the Payment Basis provisions for Replacement Cost.

### Guaranteed Replacement Cost

If the Declarations indicate Guaranteed Replacement Cost applies, we will pay up to 125% of the dwelling limit of insurance on the Replacement Cost payment basis if you:
A.  Agree to maintain insurance equal to 100% of replacement cost of the dwelling by accepting the yearly adjustment we make to the amount of the insurance based on our inflation adjustment;
B.  Notify us within 60 days of the start of any additions or alterations which increase the replacement cost of the dwelling by $5,000 or more; and
C.  Pay any additional premium due for the increase in value.

If you do not meet these conditions, the loss settlement will be subject to all provisions of the Replacement Cost payment basis and the limit of insurance indicated in the Declarations for the dwelling.

We will pay no more than the "actual cash value" of the damage until actual repair or replacement is complete. However, if the cost of repair or replacement is $5,000 or less, we will settle the loss on the Replacement Cost basis whether or not the repair or replacement is complete.

You may disregard the Guaranteed Replacement Cost payment basis provisions for dwellings and make claim on an Actual Cash Value basis. You then have 180 days after the loss to make a claim for additional payments due you on the Guaranteed Replacement Cost basis. However, we will pay no more than the "actual cash value" of the damage until the actual repair or replacement is completed.

### Guaranteed Replacement Cost With Actual Cash Value Roofs

If the Declarations indicate Guaranteed Replacement Cost With Actual Cash Value Roofs applies, we will pay up to the "actual cash value" immediately prior to the loss for damage to any roof surfaces, but not more than the applicable limit of insurance or the amount necessary to repair or replace the property.

For all other property covered by this module, we will pay according to the Payment Basis provisions for Guaranteed Replacement Cost.

### Repair Cost

A.  If the Declarations indicate Repair Cost applies, we will pay the amount necessary to repair, rebuild or replace the dwelling or building structure:
   1.  For the same use and occupancy on the same premises; and
   2.  Using common construction materials, techniques, and methods functionally equivalent to but less costly than obsolete, antique or custom construction materials, techniques and methods.
B.  We will pay no more than the smaller of:
   1.  The limit of insurance indicated in the Declarations for the dwelling or building structure; or

2.  The reasonable and necessary amount spent to repair or replace the damaged property on the repair cost payment basis.

C.  If you decide not to repair or replace the damaged dwelling or building structure for the same use and same occupancy on the same premises, we will settle on the "actual cash value" payment basis.  You may then make claim within 180 days after the loss for additional payments due you on the repair cost payment basis.  However, we will pay no more than the "actual cash value" of the damage until the actual repair or replacement is completed.

D.  Loss to built-in components or fixtures on the "residence premises" is settled on the repair cost payment basis only if the dwelling is insured with us for repair cost payment basis.

E.  Loss to other structures that are not buildings covered under this module is settled on the "actual cash value" payment basis.

### Repair Cost With Actual Cash Value Roofs
If the Declarations indicate Repair Cost With Actual Cash Value Roofs applies, we will pay up to the "actual cash value" immediately prior to the loss for damage to any roof surfaces, but not more than the applicable limit of insurance or the amount necessary to repair or replace the property.

For all other property covered by this module, we will pay according to the Payment Basis provisions for Repair Cost.

### Loss to a Pair or Set
In case of a covered loss to a pair or set, we will pay the smaller of:
A.  The cost to repair or replace any part in order to restore the pair or set to its value before the loss; or
B.  The difference between the "actual cash value" of the property before and after the loss.

## Optional Coverages
You have these optional coverages only if specifically named in the Declarations.  These optional coverages are subject to all the provisions of the General Section, Property Section and this module unless specifically stated otherwise.

### Ordinance or Law
We will pay for the increased costs you incur due to the enforcement of any ordinance or law which regulates construction, repair or demolition of that part of a covered building damaged by a covered cause of loss.

The limit of insurance indicated in the Declarations for this optional coverage applies to each loss.

There is no coverage for:
A.  The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or
B.  The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, cleanup, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants" in or on any covered building or other structure.

### Sinkhole Collapse
We will cover direct physical loss to your dwelling "caused by" sinkhole "collapse".

Sinkhole "collapse" means actual physical damage "caused by" sudden settlement or "collapse" of the earth supporting the dwelling and only when such settlement or "collapse" results from subterranean voids created by the action of water on limestone or similar rock formations. Mine subsidence is not sinkhole "collapse".

The Earth Movement Exclusion described in the Property Section does not apply to this optional coverage.

### Water Backup of Sewers or Drains
We will cover direct physical loss to your dwelling insured under this module "caused by":
A.  Water which backs up through sewers or drains; or
B.  Water which overflows from a sump, sump pump or related equipment designed to remove subsurface water, even if such overflow results from the mechanical breakdown of the sump pump.  Loss to the sump pump or related equipment "arising out of" mechanical breakdown is not covered.

The limit of insurance indicated in the Declarations for this optional coverage is the only limit that applies to each loss.

Additional Exclusions applicable to the Water Backup of Sewers or Drains Coverage:

A.  Water Damage

The Water Damage exclusion in the Property Section applies, except the following part of that exclusion is deleted:

There is no coverage for loss "arising out of" water or waterborne material that backs up through sewers or drains or overflows from a sump.

B.  The following exclusion is added:

There is no coverage for loss "arising out of" the negligence of an "insured".

## Garages, Outbuildings And Other Structures Module

This module is part of the Property Section.

The provisions in this module, combined with the provisions in the General Section and the Property Section provide the garage, outbuilding and other structures coverages you selected.

## Garages, Outbuildings And Other Structures Coverage

You have the following coverage only for the garages, outbuildings and other structures indicated in the Declarations.

A.   We cover garages, outbuildings and other structures described in the Declarations with a specific limit of insurance for the covered causes of loss indicated in the Declarations.

B.   We cover attachments or additions to insured garages, outbuildings or other structures, including permanent fixtures in or on them, if you own them and they are not insured separately in this policy, except for attached:

   1.   Fences;
   2.   Greenhouses;
   3.   Private utility poles;
   4.   Windmills;
   5.   Silos; or
   6.   Towers.

   We cover these types of property only if described separately in the Declarations with a specific limit of insurance.

C.   We cover materials and supplies located on the "insured premises" to be used in construction, alteration or repair of covered garages, outbuildings or other structures.

D.   If the Declarations states a limit of insurance for fences without specifically describing a particular fence, the limit applies to all fences owned by any "insured" and located on the described premises, including residential fencing, corrals, pens, gates, feed lot fences, chutes and feed racks.  We do not cover field or pasture fences.

E.   We do not insure garages, outbuildings or other structures under this module if:

   1.   Rented to or held for rental to any "person" who is not a tenant of the "insured premises" unless used solely as a private garage or for "farming/ranching"; or

   2.   Used primarily for "business" other than "farming/ranching."  The limitation on "business" use does not apply if coverage is specifically provided under optional coverages.

F.   We do not cover land, water, trees, shrubs, plants or lawns under this module except as provided under Extra Coverages in this module.

## Extra Coverages

Subject to the terms and conditions of the General Section, the Property Section and this module, amounts paid under Extra Coverages are in addition to the limits indicated in the Declarations for your covered property unless otherwise stated.

### Debris Removal Coverage

A.   We will pay your reasonable expenses for removal of debris of the property covered under this module if that property suffers a covered loss.

B.   We will also pay to remove ash, dust or particles from a volcanic eruption that cause direct loss to the covered property.

C.   These expenses are included in the limit of insurance that applies to the damaged property.  If the covered loss plus the cost of debris removal is more than the limit of insurance on the damaged property, we will pay up to an extra 5% of the applicable limit to cover the cost of debris removal.

D.   Debris Removal Coverage does not include any cost or expense for:

   1.   The extraction of pollutants from land or water; or
   2.   Removal, restoration or replacement of polluted land or water.

E.   We will also pay your reasonable expenses, up to $500 per tree and $1,000 in the aggregate for one loss, for the removal of fallen trees or limbs from your "insured premises."  The fallen trees or limbs must:

   1.   Have been caused to fall by:

      a.   Windstorm, hail or the weight of ice, snow or sleet if the trees or limbs are yours; or
      b.   Named Causes of Loss 1 through 16 if the trees or limbs are your neighbor's; and

   2.   Have damaged a covered garage, outbuilding or other structure.

## Pollutant Cleanup And Removal Coverage

We will pay your expenses to extract "pollutants" from land or water at your "insured premises" if the release, discharge or dispersal of the "pollutants" is "caused by" or results from a covered cause of loss that occurs during the policy period to the property insured under this module.

This extra coverage does not apply to costs to test for, monitor, or assess the existence, concentration or effects of "pollutants" except during a covered cleanup of "pollutants."

We will pay no more than $25,000 under this policy during any policy period regardless of the number of losses or the number of modules providing this extra coverage.  Such limit, when used, shall never be restored in subsequent policy periods for the same damage or loss.

## Temporary Repairs Coverage

We will pay reasonable and necessary costs you incur for repairs to protect your property covered under this module from further damage after a covered loss.

This extra coverage does not increase the limit of insurance applying to the property being repaired.

## Emergency Removal Of Property Coverage

We will pay for direct physical loss from any cause to property covered under this module which is being removed from a premises endangered by a covered cause of Loss.  This extra coverage applies for no more than 30 days from the time of removal and while property is removed.

This extra coverage does not increase the limit of insurance that applies to this removed property.

## Collapse Coverage

We will pay for direct physical loss to any part of a garage, outbuilding or other structure covered under this module "caused by" "collapse" of a building or any part of a building.  The "collapse" must be directly and solely "caused by" one or more of the following:

A.  Named Causes of Loss 1 through 10;
B.  Hidden decay, unless any "insured" was aware of the decay prior to the "collapse";
C.  Hidden insect, vermin, raccoon or skunk damage, unless any "insured" was aware of the damage prior to the "collapse";
D.  Weight of contents, equipment, animals or people;
E.  Weight of rain, ice, snow or sleet which collects on a roof; or
F.  Use of defective materials or methods of construction, remodeling or renovation if the "collapse" occurs during the construction, remodeling or renovation.

Under this extra coverage, we will pay for loss to an awning, fence, deck, patio, pavement, swimming pool, hot tub, spa, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf, dock or hoist only if the loss is a direct result of the "collapse" of a building.

We do not cover "collapse" "caused by" settling, cracking, shrinking, bulging or expansion.

This extra coverage does not increase the limit of insurance.

## Fire Department Service Charge

We will pay up to $1,000 or the limit of insurance indicated in the Declarations for fire department service charges incurred when the fire department is called to save or protect your property insured under this module from an insured loss.

We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This extra coverage is in addition to the limit of insurance in the Declarations on the covered property.

No deductible applies to this extra coverage.

**Fungi, Wet Or Dry Rot, Or Bacteria**
We will pay for:
A.   Loss "caused by" "fungi," wet or dry rot, or bacteria;
B.   The cost to remove "fungi," wet or dry rot, or bacteria from covered property;
C.   The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi," wet or dry rot, or bacteria; and
D.   The cost of testing of air or property to confirm the absence, presence or level of "fungi," wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement.  The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi," wet or dry rot, or bacteria.

This extra coverage only applies when such loss or costs are a result of a covered cause of loss that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered cause of loss occurred.

If there is a covered loss or damage to covered property, not caused in whole or in part, by "fungi," wet or dry rot, or bacteria, the loss payment will not be limited by the terms of this extra coverage, except to the extent that "fungi," wet or dry rot, or bacteria causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this extra coverage.

We will pay no more than $10,000 under this policy during any policy period regardless of the number of "occurrences" or the number of modules providing this extra coverage.

This extra coverage does not increase the limit of insurance applying to the damaged covered property.

**Fire Extinguisher Recharge Coverage**
We will pay the reasonable expense you incur to recharge a portable fire extinguisher when it has been used to combat a covered fire.

This extra coverage is in addition to the limit of insurance indicated in the Declarations on the covered property.

No deductible applies to this extra coverage.

**New Construction and Structural Alteration Coverage**
A.   We will pay up to $60,000 per loss for the cost of:
    1.   Constructing new garages, outbuildings or other structures on the "insured premises"; or
    2.   Altering the structure of existing garages, outbuildings or other structures covered under this module.
B.   This extra coverage expires 60 days from the date construction or alteration begins.
C.   Covered Causes of Loss are:
    1.   For new construction, Named Causes of Loss 1 through 9; and
    2.   For structural alterations, those covered Causes of Loss as shown in the Declarations for the garage, outbuilding or other structure being altered.
D.   We have the right to charge a premium effective from the date construction or alteration begins.

**Private Utility Poles and Outdoor Wiring**
If the Declarations show a limit of insurance for Private Utility Poles and Outdoor Wiring, we cover private utility poles including their attached switch boxes, fuse boxes and outdoor wiring, all belonging to the "insured" and located on the described premises.

If the described premises has more than one private utility pole, the limit of insurance applies on each pole in such proportion as the value of each pole bears to the value of all poles on the described premises.

**Portable Buildings and Structures**
If the Declarations show a limit of insurance for portable buildings or structures, we cover all portable buildings or structures on the "insured premises" and owned by an "insured" that fit the description on the Declarations.

The limit of insurance applies to each portable building or structure in such proportion as the value of each building or structure bears to the aggregate value of all buildings or structures on the "insured premises" which fit the description on the Declarations and are owned by any "insured."

## Notification Of Loss

In case of an accident or loss to which this insurance may apply, refer to the General Section and Property Section for specific notification of loss instructions.

## Payment For Loss

The Payment For Loss provisions in the General Section and the Property Section apply and are expanded as follows with respect to coverage provided by this module.

## Limit Of Insurance

The limit of insurance for each insured garage, outbuilding or other structure is indicated in the Declarations.

## Inflation Adjustment

The limit of insurance will be revised at each policy renewal and at the time of loss to reflect changes in value due to inflation.  The inflation percentage is indicated in the Declarations. The inflation percentage is not intended to reflect the variation in resale value of property.

## Payment Basis

Payment for loss will be made on the basis of "actual cash value" or replacement cost as indicated in the Declarations and as described below. Our payment for "actual cash value" or replacement cost may be further limited by the Appearance Damage provision also described below.

### Actual Cash Value

If the Declarations indicates Actual Cash Value applies, the most we will pay is the lesser of:

A.    The "actual cash value" of the damaged portion of the property immediately prior to the loss;
B.    The amount necessary to repair or replace the property; or
C.    The applicable limit of insurance.

### Outbuilding Replacement Cost

If the Declarations indicates Outbuilding Replacement Cost applies to a building or structure, we will settle losses on that building or structure at replacement cost without deduction for depreciation, subject to the following:

A.    If the building or structure is insured for 80% or more of the replacement cost immediately prior to the loss, we will pay the smaller of:
   1.    The limit of insurance indicated in the Declarations for the building or structure;
   2.    The cost to repair or replace the damaged part of the building or structure with material of like kind and quality and for similar use on the same premises; or
   3.    The necessary amount actually spent to repair or replace the damaged building or structure.
B.    If the building or structure is insured for less than 80% of replacement cost immediately prior to the loss, we will pay the larger of the following, but not more than the limit of insurance for the outbuilding indicated in the Declarations:
   1.    The "actual cash value" of that part of the building or structure damaged; or
   2.    That part of the replacement cost of the damaged property which the limit of insurance bears to 80% of the full replacement cost of the building or structure.
C.    We will pay no more than the "actual cash value" of the damage unless actual repair or replacement is completed However, if the cost of repair or replacement is $5,000 or less, we will settle the loss on the Outbuilding Replacement Cost basis whether or not the repair or replacement is completed.
D.    You may disregard the Outbuilding Replacement Cost provisions and make claim on an Actual Cash Value payment basis.  You then have up to 180 days after the loss to make a claim for additional payments due you on the Outbuilding Replacement Cost payment basis. However, we will pay no more than the "actual cash value" of the damage until the actual repair or replacement is completed.

### Outbuilding Replacement Cost With Actual Cash Value Roofs

App. P. 98

If the Declarations indicates Outbuilding Replacement Cost With Actual Cash Value Roofs applies, we will pay up to the "actual cash value" immediately prior to the loss for damage to any roof surfaces, but not more than the applicable limit of insurance or the amount necessary to repair or replace the property.

For all other property covered by this module, we will pay according to the Payment Basis provisions for Outbuilding Replacement Cost.

**Appearance Damage**
When a loss "caused by" hail is limited to "appearance damage" to the "metal roof" or "metal siding" of a garage, outbuilding or other structure, we will settle the loss subject to the following conditions:
A.   The most we will pay is the lesser of:
    1.   25% of the "actual cash value" of the damaged area on the covered garage, outbuilding or other structure; or
    2.   The applicable limit of insurance for the covered garage, outbuilding or other structure.
B.   If the damaged area is repaired within one year of the date of loss, you may make an additional claim up to the total value of the damaged area subject to the Payment Basis provisions indicated in the Declarations for the damaged garage, outbuilding or other structure.

## Additional Definitions
Under the Garages, Outbuildings and Other Structures Module, the definitions in the General Section and the definitions in the Glossary – Property Section apply and are expanded as follows:

**"Appearance Damage"**
Superficial damage that has altered the physical appearance of the building but does not result in the failure of the building to perform its intended function of keeping out weather elements to the same extent as it did before the damage occurred.

**"Metal Roof"**
The following components:
A.   Metal roofing material exposed to weather elements;
B.   Roof underlayment applied for moisture protection;
C.   Flashing required in the repair or replacement of a metal roof;
D.   Roof vents, metal chimneys, sky lights, gutters, metal fascia; and
E.   Any other metal roofing component.

**"Metal Siding"**
The following components:
A.   Metal siding material exposed to weather elements;
B.   Siding underlayment applied for moisture protection;
C.   Flashing required in the repair or replacement of metal siding;
D.   Corner posts, metal doors, metal window flashing and sashes; and
E.   Any other metal siding component.

## Optional Coverages
You have these optional coverages only if specifically named in the Declarations.  These optional coverages are subject to all the provisions of the General Section, Property Section and this module unless specifically stated otherwise.

**Business**
We cover the garage, outbuilding or other structure used for "business" and indicated in the Declarations as subject to this optional coverage.

## Household Personal Property Module

This module is part of the Property Section.  The provisions in this module, combined with the provisions in the General Section and Property Section provide the household personal property coverages you selected.

## Household Personal Property Coverage

You have the following coverage for household personal property only for a particular household indicated in the Declarations.

We cover household personal property owned or used by any "insured" while it is anywhere in the world with a specific limit of insurance and for covered causes of loss indicated in the Declarations.  After a loss, and at your request, we will cover household personal property owned by:

A.  Others while the property is on the part of the "residence premises" occupied by any "insured"; or

B.  A guest or a "residence employee," while the property is in any residence occupied by any "insured."

## Extra Coverages

Subject to the terms and conditions of the General Section, the Property Section and this module, amounts paid under Extra Coverages are in addition to the limit indicated in the Declarations for your covered household personal property unless otherwise stated.

## Debris Removal Coverage

A.  We will pay your reasonable expenses for removal of debris of the property covered under this module if that property suffers a covered loss.

B.  We also will pay to remove ash, dust or particles from a volcanic eruption that cause direct loss to the covered property.

C.  These expenses are included in the limit of insurance that applies to the damaged property.  If the covered loss plus the cost of debris removal is more than the applicable household personal property limit, we will pay no more than an extra 5% of the applicable limit to cover the cost of debris removal.

D.  This extra coverage does not apply to any cost or expense for:
   1.  The extraction of pollutants from land or water; or
   2.  The removal, restoration or replacement of polluted land or water.

E.  We will also pay your reasonable expenses, up to $500 per tree and $1,000 in the aggregate for one loss, for the removal of fallen trees or limbs from your "residence premises" or "rental premises."  The fallen trees or limbs must:
   1.  Have been caused to fall by:
      a.  Windstorm, hail or the weight of ice, snow or sleet if the trees or limbs are yours; or
      b.  Named Causes of Loss 1 through 16 if the trees or limbs are your neighbor's; and
   2.  Have damaged property covered under this module;
   3.  Be blocking a driveway on the "residence premises" or "rental premises," preventing a "motor vehicle" registered for use on public roads from entering or exiting; or
   4.  Be blocking a ramp or other fixture designed to provide handicapped access to the residence.

## Trees, Shrubs And Other Plants Coverage

We will pay for direct physical loss to your trees, shrubs, plants or lawns on the "residence premises" or "rental premises" within 250 feet of your dwelling "caused by":

A.  Fire or lightning;

B.  Explosion;

C.  Riot or civil commotion;

D.  "Aircraft";

E.  Vandalism or malicious mischief;

F.  Theft; or

G.  Vehicles not owned or operated by:
   1.  Any resident of the "insured premises";
   2.  Any "insured"; or
   3.  Any "farm/ranch employee" or "residence employee" or exchange help of any "insured."

The limit of insurance for this extra coverage shall not exceed 10% of the household personal property limit of insurance per loss.

We will pay no more than $500 for any one tree, shrub or plant.  We do not cover property grown for "business" purposes.

## Pollutant Cleanup And Removal Coverage

We will pay your expenses to extract "pollutants" from land or water at your "residence premises" or "rental premises" if the release, discharge or dispersal of the "pollutants" is "caused by" or results from a covered cause of loss that occurs during the policy period to the property insured under this module.

This extra coverage does not apply to costs to test for, monitor, or assess the existence, concentration or effects of "pollutants" except during a covered cleanup of "pollutants."

We will pay no more than $25,000 under this policy during any policy period regardless of the number of losses or the number of modules providing this extra coverage. Such limit, when used, will not be restored in subsequent policy periods for the same damage or loss.

## Temporary Repairs Coverage

We will pay reasonable and necessary costs you incur for repairs to protect your property covered under this module from further damage after a covered loss.

This extra coverage does not increase the limit of insurance applying to the property being repaired.

## Emergency Removal Of Property Coverage

We will pay for direct physical loss from any cause to property covered under this module which is being removed from a premises endangered by a covered cause of loss.  This extra coverage applies for no more than 30 days from the time of removal and while property is removed.

This extra coverage does not increase the limit of insurance that applies to this removed property.

## Fire Department Service Charge Coverage

We will pay up to $1,000 or the limit of insurance indicated in the Declarations for fire department service charges incurred when the fire department is called to save or protect your property insured under this module from an insured loss.

We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This extra coverage is in addition to the limit of insurance indicated in the Declarations for the covered property.

No deductible applies to this extra coverage.

## Fire Extinguisher Recharge Coverage

We will pay the reasonable expense you incur to recharge a portable fire extinguisher when it has been used to combat a covered fire.

This extra coverage is in addition to the limit of insurance indicated in the Declarations for the covered property.

No deductible applies to this extra coverage.

## Property Loss Assessment Coverage

We will pay up to $1,000 or the limit of insurance indicated in the Declarations for your share of any loss

assessment charged during the policy period against you by a corporation or association of property owners.  The assessment must be made as a result of a direct loss to the property owned by all members collectively and of the type that would be covered by this policy if owned by you.  The direct loss must be "caused by" a covered cause of loss other than earthquake, including land shock waves or tremors before, during or after a volcanic eruption.

This extra coverage applies only to loss assessments charged against you as an owner or tenant of the "insured premises."

We do not cover assessments charged against you, a corporation or an association of property owners by any governmental body.

The limit of insurance indicated in the Declarations is the most we will pay for all assessments resulting from any one loss.

## Forgery And Counterfeiting Coverage
We will pay up to $1,000 for loss resulting from:
A.  Forgery or alteration of any check or negotiable instrument; or
B.  Acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one "person" or in which one "person" is concerned or implicated is considered to be one loss.

We do not cover losses "arising out of" any "insured's" "business" or dishonesty of any "insured."

We have the option to defend, at our expense, any "insured" or any "insured's" bank against any suit for the enforcement of payment under the forgery coverage.  If we choose this option, our duty to defend ends when the amount we pay for the loss equals the limit of insurance for this coverage.

This extra coverage is in addition to the limit of insurance indicated in the Declarations on the covered property.

No deductible applies to this extra coverage.

## Collapse Coverage
We will pay for direct physical loss to property covered under this module "caused by" "collapse" of a building or any part of a building.  The "collapse" must be directly and solely "caused by" one or more of the following:
A.  Named Causes of Loss 1 through 16;
B.  Hidden decay, unless any "insured" was aware of the decay prior to the "collapse";
C.  Hidden insect, vermin, raccoon or skunk damage, unless any "insured" was aware of the damage prior to the "collapse";
D.  Weight of contents, equipment, animals or people;
E.  Weight of rain which collects on a roof; or
F.  Use of defective materials or methods of construction, remodeling or renovation if the "collapse" occurs during the course of the construction, remodeling or renovation.

Under this extra coverage, we will pay for loss to an awning, fence, patio, pavement, swimming pool, hot tub, spa, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf, dock or hoist only if the loss is a direct result of the "collapse" of a building.

We do not cover "collapse" "arising out of" settling, cracking, shrinking, bulging or expansion.

This extra coverage does not increase the limit of insurance.

## Damage From Glass Coverage
We will pay for direct physical loss to property covered under this module caused solely by pieces, fragments or splinters of broken glass or safety glazing material which was part of a building including

storm doors or storm windows for the building while in summer storage.

This extra coverage does not increase the limit of insurance.

## Grave Markers

We will pay up to $5,000 for direct loss to grave markers, including mausoleums, on or away from the "residence premises" for loss "caused by" Named Causes of Loss 1 through 16.

## Fungi, Wet Or Dry Rot, Or Bacteria

We will pay for:

A.  Loss "caused by" "fungi," wet or dry rot, or bacteria;
B.  The cost to remove "fungi," wet or dry rot, or bacteria from covered property;
C.  The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi," wet or dry rot, or bacteria; and
D.  The cost of testing of air or property to confirm the absence, presence or level of "fungi," wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi," wet or dry rot, or bacteria.

This extra coverage only applies when such loss or costs are a result of a covered cause of loss that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered cause of loss occurred.

If there is covered loss or damage to covered property, not caused in whole or in part, by "fungi," wet or dry rot, or bacteria, loss payment will not be limited by the terms of this extra coverage, except to the extent that "fungi," wet or dry rot, or bacteria causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this extra coverage.

We will pay no more than $10,000 under this policy during any policy period regardless of the number of "occurrences" or the number of modules providing this extra coverage.

This extra coverage does not increase the limit of insurance applying to the damaged covered property.

## Tenant's Improvements Coverage

We will pay for direct physical loss "caused by" a covered cause of loss to building additions, alterations, fixtures, improvements or installations, including glass and safety glazing material, made or acquired at your expense to that part of the "residence premises" rented and used exclusively by you.

Covered glass losses will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

The limit of insurance indicated in the Declarations for this extra coverage is the most we will pay for all damage to building additions, alterations or improvements resulting from any one loss.

This extra coverage is in addition to the limit of insurance indicated in the Declarations on the covered property.

## Tenant's Loss Of Use Coverage

If a covered loss to property insured under this module or the building containing the property makes the "residence premises" not fit to live in, we will pay for the loss of its use as follows:

### Additional Living Expense

If that part of the "residence premises" where you reside cannot be lived in because of a covered loss, we will pay any increase in living expenses that is reasonable, necessary and incurred by you to maintain your household's normal standard of living up to 12 months from the date of loss.

Payment shall be for the shortest time reasonably required to repair or replace your dwelling or for your

household to permanently relocate.  This period of time is not limited by termination of coverage for your household personal property covered under this module.

**Fair Rental Value**
If the "rental premises" or that part of the "residence premises" rented to others or held for rental by you cannot be lived in because of a covered loss, we will pay its fair rental value minus any expenses that do not continue while the premises is not fit to live in up to 12 months from the date of loss.

Payment shall be for the shortest time reasonably required to repair or replace that part of your "residence premises" rented or held for rental.  This period of time is not limited by termination of coverage for your household personal property covered under this module.

**Prohibited Use**
If a civil authority prohibits you from use of the "residence premises" or "rental premises" as a result of direct damage to neighboring property "caused by" a covered cause of loss, we will pay any resulting additional living expense or fair rental value loss as described above for a period not exceeding 31 days during which use is prohibited.  This period of time is not limited by termination of coverage for your household personal property covered under this module.

We do not cover loss or expense due to cancellation of a lease or agreement.

## Notification Of Loss
In case of an accident or loss to which this insurance may apply, refer to the General Section and Property Section for specific notification of loss instructions.

## Payment For Loss
The Payment For Loss provisions in the General Section and the Property Section apply and are expanded as follows with respect to coverage provided by this module.

## Limit Of Insurance
The limit of insurance for your household personal property is indicated in the Declarations.

**Inflation Adjustment**
The limit of insurance will be revised at each policy renewal and at the time of loss to reflect the changes in value due to inflation. The inflation percentage is indicated in the Declarations.

**Off Premises**
We will pay no more than 15% of the limit of insurance for a loss to covered household personal property located at a residence other than the "residence premises" indicated in the Declarations.  Household personal property not subject to the 15% limitation is:
A.  Property in a newly acquired principal residence, but only for a period 30 days immediately after you begin to move the property there;
B.  Property of a student who is an "insured" living away from the residence, except as limited under the Named Causes of Loss - Theft; and
C.  Property moved from the "residence premises" because the residence is being repaired, renovated, or rebuilt, and is unfit to live in or store property in.

## Special Limits Of Insurance
We will pay no more than the special limits indicated in this module or in the Declarations for each covered loss to the following categories of household personal property. These individual limits do not increase the total limit of insurance for household personal property covered under this module or elsewhere in this policy.

**Money**
We will pay no more than $200 per "occurrence" for any covered loss to money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip,

stored value cards and smart cards.

**Valuable Records**
We will pay no more than $1,000 per "occurrence" for any covered loss to securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, personal records, manuscripts, passports, tickets and stamps.  This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**Vehicle Parts**
We will pay no more than $1,000 per "occurrence" for any covered loss to unattached equipment, parts or accessories for "motor vehicles" or "recreational motor vehicles."

**Watercraft**
We will pay no more than $500 per "occurrence" for any covered loss to watercraft, equipment common to watercraft, and outboard engines or motors.

**Trailers**
We will pay no more than $500 per "occurrence" for any covered loss to trailers including but not limited to camper trailers, toppers, slide-in campers, and ice fishing houses, whether or not they are equipped with wheels.

**Jewelry/Furs**
We will pay no more than $2,000 per "occurrence" for any covered loss to jewelry, watches, furs, precious and semi-precious stones. This limit applies only to theft, losing or misplacing and is subject to a $1,000 maximum amount per item.

**Plateware**
We will pay no more than $5,000 per "occurrence" for any covered loss to silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware.  This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter. This limit applies only to theft, losing or misplacing.

**"Collections"**
We will pay no more than $2,500 per "occurrence" for any covered loss to a "collection."

**Trading Cards**
We will pay no more than $1,000 per "occurrence" for any covered loss to a collectible trading card or collection of trading cards.

**Firearms**
We will pay no more than $4,000 per "occurrence" for theft, losing or misplacing of firearms, accessories and related equipment.  This is subject to a $2,000 maximum amount per item.

**Business Property On Premises**
We will pay no more than $2,500 per "occurrence" for any covered loss to property on the "residence premises" used primarily for any "business" purpose.

**Business Property Off Premises**
We will pay no more than $1,000 per "occurrence" for any covered loss to property off the "residence premises" used primarily for any "business" purpose.

**Electronic Apparatus**
We will pay no more than $1,000 per "occurrence" for any covered loss to electronic apparatus, including antennas, tapes, wires, records, disks or other media and accessories for use with such apparatus, if the

electronic apparatus can be operated from the 12 volt electrical system of a "motor vehicle" or watercraft and from other power sources.  This limit applies only while the described property is in or upon the "motor vehicle" or watercraft.

## Payment Basis
Payment for loss will be made on the basis of Actual Cash Value or Replacement Cost, as indicated in the Declarations and described below.

### Actual Cash Value
If the Declarations indicate Actual Cash Value applies, we will pay up to the "actual cash value" of the damaged property at the time of loss, but not more than the applicable limit of insurance or the amount necessary to repair or replace the property.

### Replacement Cost
If the Declarations indicate Replacement Cost applies, we will pay no more than the smallest of the following amounts:
A.  The amount actually paid to replace the covered property with like kind and quality at the time of loss;
B.  400% of the "actual cash value" at the time of loss;
C.  The full cost of repair at the time of loss;
D.  "Actual cash value" for "business" property;
E.  Market value for antiques, "collectibles," paintings and similar articles of rarity;
F.  The limit of insurance that applies to the covered household personal property if applicable; or
G.  Any applicable special limits of insurance specified in this module.
H.  Actual cash value for articles not maintained in good or workable condition;
I.  Actual cash value for articles that are outdated or obsolete and are stored or not being used.

You may make a claim for loss on an "actual cash value" basis and then make claim within 180 days after the loss for any additional payment due you under Replacement Cost provisions.

## Loss to a Pair or Set
In case of a covered loss to a pair or set, we will pay the smaller of:
A.  The cost to repair or replace any part in order to restore the pair or set to its value before the loss; or
B.  The difference between the "actual cash value" of the property before and after the loss.

## Additional Exclusions
The following exclusions apply in addition to those in the General Section and Property Section, unless coverage is specifically provided elsewhere in the policy.
There is no coverage for:
A.  Items separately described and specifically insured in this policy or any other policy, regardless of the limit for which they are insured;
B.  Personal property used primarily in the operation of a farm or ranch;
C.  Animals, birds or fish;
D.  "Motor vehicles," "recreational motor vehicles," including their equipment, parts or accessories while attached to any "motor vehicle" or "recreational motor vehicle."  We do cover vehicles (except all-terrain vehicles) not subject to motor vehicle registration which are used to service an "insured's" residence or designed for assisting the handicapped;
E.  Electronic apparatus, including antennas, wires and accessories for use with such apparatus, while in or upon a "motor vehicle" or "recreational motor vehicle," if the electronic apparatus is equipped to be operated solely by power from the vehicle's electrical system;
F.  "Aircraft," their equipment, parts or accessories;
G.  "Hovercraft," their equipment, parts or accessories;
H.  Property of roomers, boarders or tenants, except property of any "insured" or any roomer or boarder related to any "insured";
I.  Property contained in a dwelling, mobile home, or apartment regularly rented or held for rental to others by any "insured."  We do cover such property if Household Personal Property Coverage is indicated in the Declarations for the specific dwelling, mobile home, or apartment rented or held for rental to others;

J.  Property rented out or held for rental to others off the "residence premises";
K.  "Business" data, including such data stored in:
   1.  Books of account, drawings or other paper records; or
   2.  Electronic data processing tapes, wires, records, disks or other software media.
   However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or
L.  Water or Steam.

## Optional Coverages

You have these optional coverages only if specifically named in the Declarations.  These optional coverages are subject to all the provisions of the General Section, Property Section and this module unless specifically stated otherwise.

## Sinkhole Collapse

We will cover direct physical loss to your covered household personal property "caused by" sinkhole "collapse."

Sinkhole "collapse" means actual physical damage "caused by" sudden settlement or "collapse" of the earth supporting such property and only when such settlement or "collapse" results from subterranean voids created by the action of water on limestone or similar rock formations. Mine subsidence is not sinkhole "collapse."

The Earth Movement Exclusion described in the Property Section does not apply to this optional coverage.

## Water Backup Of Sewers Or Drains

We will cover direct physical loss to property covered under this module "caused by":
A.  Water which backs up through sewers or drains; or
B.  Water which overflows from a sump, sump pump or related equipment designed to remove subsurface water, even if such overflow results from the mechanical breakdown of the sump pump.  Loss to the sump pump or related equipment "arising out of" mechanical breakdown is not covered.

The limit of insurance indicated in the Declarations for this coverage is the only limit that applies to each loss.

Additional Exclusions applicable to the Water Backup of Sewers or Drains coverage:
A.  Water Damage
   The Water Damage exclusion in the Property Section applies, except the following part of that exclusion is deleted:
   There is no coverage for loss "arising out of" water or waterborne material that backs up through sewers or drains or overflows from a sump.
B.  The following exclusion is added:
   There is no coverage for loss "arising out of" the negligence of an "insured".

## Contents Of Freezer Or Refrigerated Unit

We will pay up to the limit of insurance indicated in the Declarations for this optional coverage for direct physical loss to contents of freezer or refrigerator units on the "residence premises."  The contents must be owned by you and the loss must result from a change in temperature "caused by":
A.  Damage to the generation or transmission equipment which results in the interruption of electrical service to the freezer or refrigerated unit; or
B.  Mechanical or electrical breakdown of the refrigeration system.

The "insured" must exercise due care in inspecting and maintaining freezer and refrigeration equipment in proper working condition.  If interruption of electrical service, or mechanical or electrical breakdown is known, all reasonable means must be used to protect the property from further damage or this coverage is void.

No deductible applies to this optional coverage.

## Business Property

We cover personal property used in the "insured business."

### A. Special Limits Of Insurance

**1. Business Property On Premises**

When this limit is increased above $2,500:

a. We will pay no more than the increased special limit for any covered loss;

b. We will pay no more than $2,500 for any covered loss to property used in a "business" other than the "insured business";

c. We will pay no more for any covered loss to "business" property of a type described under any other Special Limits of Insurance than the amount of that other special limit; and

d. The Forgery and Counterfeiting extra coverage $1,000 limit is extended to the "insured business" whether the loss occurs on or off the premises. We do not cover losses "arising out of" a dishonest or criminal act by you, your relative residing in your "household," any of your partners, employees, officers, directors, stockholders, trustees, authorized representatives or anyone to whom you entrust checks, negotiable instruments or money.

**2. Business Property Off Premises**

When this limit is increased above $1,000:

a. We will pay no more than the increased special limit for any covered loss;

b. We will pay no more than $1,000 for any covered loss to property used in a "business" other than the "insured business"; and

c. We will pay no more for any covered loss to "business" property of a type described under any other Special Limits of Insurance than the amount of that other special limit.

**3. Valuable Records**

The Additional Exclusion for "business" data does not apply to "business" data of the "insured business."

a. We will pay no more than the Valuable Records limit for a covered loss to:

i. "Business" data, including such data stored in books of account, drawings or other paper records or electronic data processing tapes, wires, records, disks, hard drives or other software media;

ii. Records of another that you hold or use in an "insured business"; and

iii. Additional expense which results from a covered loss to your electronic data processing equipment, programs or media.

b. Valuable records do not include money, accounts receivable or securities.

### B. Payment Basis

**1. Business Property Other Than Stock**

We will determine the value and make payment for loss on the same basis as indicated in the Declarations for Household Personal Property Coverage.

**2. Stock of Merchandise**

We will measure the value of your "business" property or stock as follows:

a. **Stock Sold But Not Delivered**

We will use the selling price less discounts and expenses you otherwise would have had.

b. **Finished Stock**

We will use the price the goods could have been sold for on the day of the loss had no loss occurred, less discounts and expenses you otherwise would have had.

**3. Replacement Cost**

The limitation under Replacement Cost for "business" property does not apply to property used in the "insured business."

**Additional Definition**

**"Insured Business"**

The "business" indicated in the Declarations for this coverage.

## Personal And Farm/Ranch Umbrella Liability Section

This section, combined with the General Section and Vehicle Section, provides umbrella liability coverage.

## Introduction

This section includes two types of protection:

A. **Part I** describes the excess liability coverages provided for your "personal vehicle" and/or "business"; and
B. **Part II** describes your personal umbrella coverage for your liability exposures not related to your "personal vehicle" or "business."

Both **Part I** and **Part II** include "underlying insurance" requirements. Where "underlying insurance" is indicated, refer to "Schedule A" for the required limits.

Both **Part I** and **Part II** provide liability coverage only. Neither part covers damage to your own property or "bodily injury," "personal injury," or "advertising injury" to any "insured."

## Part I

**Protection for Personal Vehicle and/or Business Liability**  **Part I** provisions apply only for your exposures related to:

A. "Personal vehicles"; and
B. Only "business(es)" insured under the Business Liability Module of this policy.

If you have "personal vehicle" and/or "business" liability insurance with the required limits of liability coverage, this section adds to those limits. If a claim or "suit" is not covered by your "underlying insurance," it is not covered here either. This is called follow form coverage because all provisions, conditions and exclusions in the "underlying insurance" also apply to this excess limits coverage. When coverage is afforded under your "underlying insurance," this coverage pays for the remaining "damages," up to your umbrella limit, after the required limits of your "underlying insurance" have been exhausted.

For your "personal vehicles," if the required "underlying insurance" does not exist in at least the amount indicated in "Schedule A" or has been exhausted by the payment of a claim, you still have coverage under this section. You are personally responsible for the amount of required "underlying insurance" if none exists or for the gap between the amount of insurance you carry on the "underlying insurance" and the amount required. In either case, we pay only the "damages" in excess of the required "underlying insurance" limit.

## Part II

**Protection for Personal Liability and/or Farm/Ranch Liability**
**Part II** provisions apply only to your personal and/or "farm/ranch" liability exposures that do not involve your exposures that are covered in **Part I** of the Umbrella Section. For the exposures that **Part II** provisions apply to, this section provides higher liability limits and broader coverage than your "underlying insurance."

If the required "underlying insurance" does not exist in at least the amount indicated in "Schedule A" or has been exhausted by the payment of a claim, you still have coverage under this section. You are personally responsible for the amount of required "underlying insurance" if none exists or for the gap between the amount of insurance you carry on the "underlying insurance" and the amount required. In either case, we pay only the "damages" in excess of the required "underlying insurance" limit.

In those instances where "underlying insurance" is not required under this policy and if no "underlying insurance" exists, we pay covered "damages" except for your "self-insured retention." The "self-insured retention" is similar to a deductible. You pay that amount, and we pay the rest up to your umbrella limit.

If an "occurrence" is excluded by the "underlying insurance," but not by this Umbrella, we cover the "damages" in excess of your "self-insured retention" subject to the umbrella limit.

## Where Coverage Applies

## Part I

Coverage applies only within the geographical areas indicated in the "underlying insurance."

Coverage applies to an "occurrence" or "offense" happening anywhere in the world provided the "insured's" legal obligation to pay "damages" has been determined in:

A.  A "suit" brought in the United States of America, its territories and possessions, Puerto Rico or Canada; or

B.  A settlement to which we agree.

## Umbrella Liability Coverages

You have the following coverages for Part I and Part II only if the Declarations indicate they are provided.

## Bodily Injury Liability And Property Damage Liability Coverages

We cover "damages" in excess of the "retained limit" an "insured" becomes legally obligated to pay as a result of "bodily injury" or "property damage" "caused by" an "occurrence" to which these coverages apply.

These coverages apply only to "bodily injury" or "property damage" occurring during the policy period.

## Personal Injury Liability And Advertising Injury Liability Coverages

We cover "damages" in excess of the "retained limit" an "insured" becomes legally obligated to pay as a result of "personal injury" or "advertising injury" to which these coverages apply.

These coverages apply only to "personal injury" or "advertising injury" "offenses" committed during the policy period.

The Intentional Acts exclusion in the General Section does not apply to Personal Injury Liability and Advertising Injury Liability Coverages.

## Defense Obligations

If a claim or "suit" covered under either **Part I** or **Part II** of this section is brought against an "insured":

A.  We have a duty to defend any claim or "suit" not covered by any "underlying insurance" indicated in "Schedule A" but which is covered under this policy.  We also have a duty to defend a covered claim or "suit" if the applicable limit of "underlying insurance" is exhausted and the "underlying insurer" has no further duty to defend;

B.  We have the right to join with the "underlying insurer" and the "insured" to defend any claim or "suit";

C.  We have the right to choose the attorneys, investigate any "occurrence" or "offense" and settle any claim or "suit" that may result; but

D.  Both our right and duty to defend any existing or future claim or "suit" ends when the applicable limit of insurance is exhausted in payment of judgments or settlements;

E.  We have no duty to defend any claim or "suit" to which this insurance does not apply; and

F.  We have no duty to defend any claim or "suit" that any other insurer has a duty to defend.  If no other insurer defends, we may do so, but we are entitled to the "insured's" rights against all other insurers.

## Who Is An Insured

### Part I

"Insured" is defined as you and all "persons" or entities who are "insureds" under "underlying insurance" in which you are a "named insured."  The "underlying insurance" must be of the "personal vehicle" type or, for a "business," the "underlying insurance" must be provided under the Business Liability Module of this policy.

### Part II

"Insured" is defined as":

A.  You;

B.  If you are a "person":
1.  Your relatives who are residents of your "household"; and
2.  "Persons" under age 21 who are residents of your "household" and are in your care or in the care of relatives who are residents of your "household";

C.  If you are a "farm/ranch" partnership or joint venture, your members, your partners, and their spouses, but only for the conduct of your "farming/ranching" operations;

D.  If you are a "farm/ranch" trust, the trustees but only while acting within the scope of their duties connected with the trust.

E.  If you are a "farm/ranch" limited liability company, your members, but only for the conduct of your

App. P. 110

"farming/ranching" operations. Your managers are also "insureds," but only while acting within the scope of their duties for your "farming/ranching" operation;

F.   If you are a "farm/ranch" corporation or other organization, your executive officers and directors, but only while acting within the scope of their duties for your "farming/ranching "operations;

G.   "Persons" or organizations responsible for animals or watercraft to which coverage in this section applies and which are owned by any "insured" as identified in A. through F.  This does not include

H.   With respect to your motorized equipment not subject to motor vehicle registration and designed for use in servicing the residence premises or for assisting the handicapped, the following are also "insureds":

1.   Your employees while operating such equipment in the scope of their employment; and
2.   Other "persons" while using such equipment with your permission on a location insured under "underlying insurance";

I.   Any "farm/ranch" employee in the course of employment by an "insured" with respect to the operation, maintenance or use of "farm/ranch implements and machinery" (only if the "underlying insurance" provides "farm/ranch" liability coverage).  This does not include any employee injuring another employee of yours in the course of their employment;

J.   Any other "person" or organization who is insured under any "underlying insurance." The coverage provided such "insureds" under this section will be no broader than the coverage provided under "underlying insurance" except for the limit of insurance; and

K.   Any "person" or organization for whom you have agreed, prior to any "occurrence" or "offense," to provide the insurance afforded by this section, but only for "damages" "caused by":

1.   Facilities you own or use;
2.   Your activities; or
3.   The activities of the "person" or organization acting on our behalf.


No "person" or organization is an "insured" with respect to the conduct of any current or past partnership or joint venture that is not a "named insured" in the Declarations.

## Extra Coverages
Subject to the terms and conditions of the General Section and this section, amounts paid under these Extra Coverages are in addition to the amounts paid as "damages" under **Part I** and **Part II**.

### Claim Expense Coverage
We will pay the following extra expenses related to settlement of a claim:

### Court Costs and Your Expenses
We will pay expenses incurred by us and court costs charged to any "insured" in any "suit" we defend.

We will also pay reasonable expenses incurred by any "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day for helping us in the investigation or defense of any claim or "suit".

### Bonds
We will pay premiums on bonds required in any "suit" we defend, but not for bond amounts greater than the limit of liability for this coverage.

We have no duty to furnish or apply for any bonds.

### Post Judgment Interest
We will pay interest on the entire judgment which accrues after entry of the judgment and before we pay, tender or deposit in court that part of the judgment covered by this section which does not exceed the limit of liability coverage that applies.

## Notification Of Loss
In case of an accident, "occurrence," "offense" or loss to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

## Payment For Loss
The Payment For Loss provisions in the General Section apply to **Part I** and **Part II** and are expanded as follows with respect to coverage provided by this section:

## Loss Payments

We will pay our share of the "damages" only after the obligation of the "insured" and/or the "underlying insurer" to pay the "retained limit" has been finally determined either by:

A.  Judgment against the "insured" after actual trial; or
B.  Written agreement by the "insured," the claimant and us.

## Other Insurance

If other collectible liability insurance is available to an "insured" for "damages" we cover under this umbrella, our coverage is limited as follows:

A.  This insurance is excess except for insurance specifically purchased to apply in excess of this umbrella coverage's limit of insurance.
B.  We will pay only that portion of the "damages," if any, that exceeds the sum of:
    1.  The total amount that all other insurance would pay for the "damages" in the absence of this insurance; and
    2.  The total of all deductible and self-insured amounts under this or any other insurance.

If any other umbrella policy issued to you by us applies to the same accident, "occurrence," or "offense," the aggregate maximum limit of insurance under all of such umbrella coverages shall not exceed the highest applicable limit of insurance under any one such policy.

## Limit Of Insurance

### Occurrence/Offense Limit

The limit of insurance indicated in the Declarations is the most we will pay for "damages" from any one "occurrence" or "offense" regardless of the number of:

A.  "Insureds";
B.  Claims made or "suits" brought; or
C.  "Persons" or organizations making claims or bringing "suits".

### Umbrella Aggregate Limit

Subject to the Occurrence/Offense Limit, the aggregate limit indicated in the Declarations is the most we will pay for "damages" for all "occurrences" and "offenses" occurring within one policy period regardless of the number of:

A.  "Insureds";
B.  Claims made or "suits" brought; or
C.  "Persons" or organizations making claims or bringing "suits".

The aggregate limit applies separately to each consecutive policy period and to any remaining period of less than 12 months starting with the beginning of the policy period indicated in the Declarations.  If the policy period is extended after issuance for an additional period of less than 12 months, the additional period is considered part of the last preceding period for determining the limit of insurance.

If this limit is paid prior to the termination date, there will be no premium refund.

## Additional Exclusions

### Part I

The exclusions in the General Section and in the applicable "underlying insurance "apply and are expanded as follows:

### Business(es)

There is no coverage for any "business" that is not insured under the Business Liability Module of this policy.

### Intra-Policy Suits

There is no coverage for "damages" "arising out of" and claim or "suit" brought by any "insured" under this section against any other "insured" under this section.

### Confined Livestock Care, Custody or Control Coverage

There is no coverage for "damages" you become legally obligated to pay due to "property damage" to non-owned custom fed "livestock" of others in your care, custody or control.

### Crop Spraying Damage

There is no coverage for "damages" resulting from "property damage" to crops or "livestock" "arising out

App. P. 112

of" sudden and accidental above ground contact with "pesticides" or fertilizers applied by an "insured" or an "insured's" employee to crops on premises not owned by, leased by or rented to the "insured."

There is no coverage for "damages" resulting from "bodily injury" or "medical expenses" "arising out of" sudden and accidental above ground contact with "pesticides" or fertilizers applied by an "insured" or an "insured's" employee to crops on premises not owned by, leased by or rented to the "insured."

There is no coverage for "damages" for "bodily injury" and "medical expenses" or "property damage" "arising out of" the sudden and accidental discharge, release, escape, seepage or migration of "pesticides" or fertilizers.

### Seed Dealers' Errors and Omissions

There is no coverage for any "damages" "arising out of" any claim or "suit" made against you alleged to have been "caused by" any of the following:

A. Failure of "seed" sold by you to conform to the variety or quality specified by you, or to be suitable for the purpose specified by reason of any negligent act, error or omission of yours or your employees in the conduct of your "business";

B. Failure of "seed" sold by you to conform to the variety specified by you if purchased by you in compliance with applicable Federal and State seed laws, rules and regulations or from a member in good standing of a recognized seed growers' association upon affidavit of the member that the "seed" is of the specified variety and was grown by them, or certified by appropriate governmental authority;

C. Failure of "seed" sold by you to conform to the variety or quality specified when sold by you in an unopened package received by you from a supplier who is a member in good standing of a recognized seed dealers' association;

D. Any negligent act, error or omission of your or your employees "arising out of" the processing of "seed" by you for or on behalf of others where no sale of "seed" is made; or

E. Your contracting with others to grow "seed" for you, or from you contracting to grow "seed" for other or from you sale of any "seed" so grown.

### Part II

The exclusions in the General Section apply and are expanded as follows:

### Aircraft or Hovercraft

There is no coverage for any "damages" "arising out of":

A. The ownership, operation, maintenance, use, entrustment to others, "loading or unloading" of any "aircraft" or "hovercraft" owned or operated by or rented or loaned to any "insured";

B. Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using any "aircraft" or "hovercraft";

C. Failure to supervise or negligent supervision of any "person" using any "aircraft" or "hovercraft"; or

D. The discharge or release of any substance from any "aircraft."

### Animals

There is no coverage under this section for "damages" "arising out of" or in connection with any "insured's":

A. Ownership of animals; or

B. Use, care, custody or control of animals, whether the "insured" owns them or not, while on any insured location.

This exclusion does not apply when coverage is provided under collectible "underlying insurance."

### Animal Activities

There is no coverage for any "damages" "arising out of" the ownership or use of animals in or while in practice or preparation for, any organized or sanctioned racing, pulling, pushing, rodeo or stunting activities. This applies to "occurrences" "arising out of" such activities that take place at the site designated for the contest or activity, and to such practice or preparation that takes place somewhere other than on an "insured location."

This does not apply to club sponsored horse riding activities from which gross annual receipts do not exceed $1,000.

### Asbestos or Lead

There is no coverage for any:

A. "Damages" arising out of the ingestion, inhalation or absorption of lead or asbestos in any form;

B. Loss, cost or expense "arising out of" any request, demand or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead or asbestos; or

C. Cost of abatement, mitigation, removal or disposal of asbestos or lead.

**Bodily Injury to Employees**

A. There is no coverage for any "bodily injury" to:
1. Any current officer, director or employee of the "insured" "arising out of" and in the course of employment by the "insured"; or
2. Any other "person" who may claim "damages" as a result of "bodily injury" to that officer, director or employee "arising out of" and in course of employment by the "insured.

B. This exclusion applies:
1. Whether the "insured" may be liable as an employer or in any other capacity; and
2. To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**Business**

There is no coverage for any "damages" "arising out of" "business."

This "business" exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business."

**Contaminated Milk**

There is no coverage under this section for "damages" "arising out of" the contamination of dairy farm products of others due to the comingling, incorporation or mixing in of your milk with the dairy products of another "person" or organization.

**Contractual Liability**

There is no coverage for any liability assumed under any contract or agreement.

This exclusion does not apply to written contracts:

A. That relate directly to the ownership, maintenance or use of a location insured under "underlying insurance";

B. Where the liability of others is assumed by the "insured" prior to an "occurrence" or "offense," unless excluded elsewhere in this policy; or

C. Where the "insured" would have been liable in the absence of the contract or agreement.

**Damage to Property**

There is no coverage for "property damage" to:

A. Property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

B. Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

C. Property leased by, rented to or occupied by any "insured." This exclusion does not apply to "property damage" "caused by" fire, smoke or explosion to buildings or other structures;

D. Property used by or loaned to any "insured";

E. Personal property in the care, custody or control of any "insured" except as specifically provided in a liability module;

F. That particular part of real property on which any "insured," or any contractor or subcontractor working directly or indirectly on any "insured's" behalf, is performing operations, if the "property damage" arises out of those operations;

G. Non-owned "livestock" and "poultry," including custom fed "livestock" and "poultry," in the care, custody or control of any "insured";

H. Non-owned or borrowed "farm/ranch implements and machinery," and equipment in the care, custody or control of any "insured";

I. Non-owned grain in the care, custody or control of any "insured"; or

J. Non-owned or borrowed "motor vehicles" in the care, custody or control of any "insured."

**Damage to Your Products**

There is no coverage for "property damage" to "your products" or "arising out of" "your products" or any part of "your products".

**Damage to Your Work**

There is no coverage for "property damage" to "your work" or "arising out of" "your work" or any part of "your work".

This exclusion does not apply to work performed on your behalf by subcontractors.

**Director's Liability**

There is no coverage for any "damages" "arising out of" any "insured's" actions or failure to act as an officer or member of a board of directors of any corporation or organization not listed as a "named insured" in the Declarations.

This exclusion does not apply to an "insured's" voluntary involvement in a not-for-profit corporation or organization.

**Discrimination**

There is no coverage for any "damages" "arising out of" discrimination due to age, race, color, gender, creed, national origin, sexual preference, marital status, handicap or any other illegal discrimination.

**Employment Related Practices**

A.  There is no coverage for any "damages" "arising out of":
    1.  Refusal to employ any "person";
    2.  Termination of any "person's" employment; or
    3.  Employment related practices, policies, acts or omissions such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at any "person."
B.  There is no coverage for any other "person's" claim for "damages" "arising out of" such refusal to employ, termination, employment related practices, policies, acts or omissions.
C.  These exclusions apply:
    1.  Whether the "insured" may be held liable as an employer or in any other capacity; and
    2.  To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**Financial Guarantees**

There is no coverage for any "damages" "arising out of" any "insured's" guarantee of the financial performance of any "person" or organization.

**Fungi, Wet or Dry Rot or Bacteria**

There is no coverage for any "damages" "arising out of" the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of "fungi," wet or dry rot or bacteria.

**Illegal Drugs**

There is no coverage for any "damages" "arising out of" the use, sale, manufacture, delivery, transfer or possession by any "person" of a Controlled Substance(s) as defined by the Federal Food and Drug act at 21 U.S.C.A. Sections 811 and 812.  Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

This exclusion does not apply to the legitimate use of prescription drugs by a "person" following the orders of a licensed physician.

**Intra-Policy Suits**

There is no coverage for "damages" "arising out of" any claim or "suit" brought by any "insured" under this section against any other "insured" under this section.

**Liability Imposed By Laws**

There is no coverage for liability imposed on any "insured" or any "insured's" insurer under any of the following laws:

A. The Employee's Retirement Income Security Act (E.R.I.S.A.) of 1974 as now or hereafter amended, or any similar state or other governmental law;

B. Any uninsured motorists, underinsured motorists, or automobile no-fault or first party "bodily injury" or "property damage" law; or

C. Any workers' compensation, unemployment compensation, or disability benefits law, or any similar law.

**Liability Loss Assessment**

Except as provided in Liability Loss Assessment extra coverage(s) we will not pay for any liability loss assessments made against you as a member of a corporation or association of property owners.

**Non-Insured Locations**

There is no coverage for any "damages" or "medical expenses" "arising out of" a premises an "insured" owns, rents from someone, or rents to someone which is not an "insured location."

This exclusion does not apply to "bodily injury" to a "residence employee" "arising out of" and in the course of the "residence employee's" employment by an "insured."

**Persons Not Covered**

There is no coverage for "bodily injury" or "personal injury" to you or any other resident of your "household." This exclusion also applies to any claim made or "suit" brought against you.

**Crop Spraying Damage**

There is no coverage for "damages" resulting from "property damage" to crops or "livestock" "arising out of" sudden and accidental above ground contact with "pesticides" or fertilizers applied by an "insured" or an "insured's" employee to crops on premises not owned by, leased by or rented to the "insured."

There is no coverage for "damages" resulting from "bodily injury" or "medical expenses" "arising out of" sudden and accidental above ground contact with "pesticides" or fertilizers applied by an "insured" or an "insured's" employee to crops on premises not owned by, leased by or rented to the "insured."

There is no coverage for "damages" for "bodily injury" and "medical expenses" or "property damage" "arising out of" the sudden and accidental discharge, release, escape, seepage or migration of "pesticides" or fertilizers.

**Pollution**

There is no coverage for any "damages" "arising out of" the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants":

A. At or from any premises, site, or location which is or was at any time, owned or occupied by, or rented or loaned to, any "insured," unless:

   1. The "bodily injury" is sustained within a building and is "caused by" sudden and accidental discharge of smoke, fumes or soot from the mechanical system(s) of the building used to heat, cool or dehumidify the building or to heat water; or

   2. The "bodily injury" or "property      damage" is "caused by" sudden and accidental release of heat, smoke, or fumes from a hostile fire;

      a. At or from any premises, site, or location which is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing, or treatment of waste;

      b. Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any "person" or organization for whom you may be legally responsible; or

B. At or from any premises, site, or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

   1. If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of "pollutants"; or

   2. If the "pollutants" are brought on or to the premises, site, or location in connection with such operations by such "insured," contractor, or subcontractor; except this part of this exclusion does not apply for "bodily injury" or "property damage" "arising out of":

      a. Heat, smoke, or fumes from a hostile fire; or

      b. Escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment," if such fuels escape from a part of the "mobile equipment" designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are

intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such "insured," contractor or subcontractor.

As used in this exclusion hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**Pollution Cleanup**
There is no coverage for any loss, cost or expense "arising out of" any:
A.  Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or
B.  Claim or "suit" by or on behalf of a governmental authority or others for "damages" because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

**Professional Services**
There is no coverage for any "damages" "arising out of" malpractice, errors or omissions, or the rendering of or failure to render professional services.

Professional services includes but is not limited to services provided by dentists, doctors, druggists, insurance agents, brokers and consultants, lawyers, nurses, public officials, real estate agents and brokers.

**Raw Milk**
There is no coverage for "damages" or "medical expenses" "arising out of" the sale or distribution of "raw milk" for direct consumption as "raw milk."  However, this exclusion does not apply to consumption of "raw milk" provided it was not sold, offered for sale or provided as a product sample.

**Seed Dealer's Errors and Omissions**
There is no coverage for any "damages" "arising out of" any claim or "suit" made against you alleged to have been "caused by" any of the following:
A.  Failure of "seed" sold by you to conform to the variety or quality specified by you, or to be suitable for the purpose specified by reason of any negligent act, error or omission of yours or your employees in the conduct of your "business";
B.  Failure of "seed" sold by you to conform to the variety specified by you if purchased by you in compliance with applicable Federal and State seed laws, rules and regulations or from a member in good standing of a recognized seed growers' association upon affidavit of the member that the seed is of the specified variety and was grown by them, or certified by appropriate governmental authority;
C.  Failure of "seed" sold by you to conform to the variety or quality specified when sold by you in an unopened package received by you from a supplier who is a member in good standing of a recognized seed dealer's association;
D.  Any negligent act, error or omission of yours or your employees "arising out of" the processing of seed by you for or on behalf of others where no sale of seed is made; or
E.  Your contracting with others to grow seed for you, or from your contracting to grow seed for others, or from your sale of any seed so grown.

**Sound, Electric or Magnetic Emissions**
There is no coverage for "damages" for "bodily injury" or "property damage" "arising out of" sound, electrical or magnetic emissions, visible or invisible.  This does not apply to "bodily injury" or "property damage" "caused by" direct physical contact with electrical transmission equipment.

**Vehicles or Watercraft**
A.  There is no coverage for any "damages" "arising out of" the ownership, operation, occupancy, maintenance, use, entrustment to others, loading or unloading of:
    1.  Any "motor vehicle;
    2.  Any "recreational motor vehicle" while not on an "insured location" except for a "recreational motor vehicle" not owned by or rented to any "insured";
    3.  Watercraft:
        a.  Owned by or rented to any "insured" if the watercraft has inboard or inboard-outboard motor power of more than 50 horsepower or is a sailing vessel 26 feet or more in overall length, with or without auxiliary power; or

App. P. 117

    b. Owned by any "insured" if powered by one or more outboard motors with a combined total of more than 25 horsepower.

B. This exclusion does not apply to watercraft while they are stored.

C. This exclusion does not apply to a motorized golf cart within the legal boundaries of a golfing facility to:
1. Play the game of golf or for other recreational or leisure activity allowed by the facility;
2. Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or
3. Cross public roads at designated points to access other parts of the golfing facility.

D. There is no coverage for any "damages" "arising out of" vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using any "motor vehicle," "recreational motor vehicle," or watercraft.

E. There is no coverage for any "damages" or "medical expenses" "arising out of" failure to supervise or negligent supervision of any person using any "motor vehicle," "recreational motor vehicle" or watercraft.

F. There is no coverage for any "damages" if at the time of an "occurrence," the involved vehicle or watercraft is rented to others, used to carry persons or cargo for a charge, or used for any "business" purpose, except for a golf cart while within the legal boundaries of a golfing facility.

G. This exclusion does not apply to "bodily injury" to an employee when such coverage is provided by "underlying insurance" as indicated in "Schedule A."

**Additional Exclusions Applicable Only to Personal Injury or Advertising Injury**
There is no coverage for "personal injury" or "advertising injury" "arising out of":
A. Oral or written publication of material
1. If done by or at the direction of the "insured" with knowledge of its falsity; or
2. If its first publication took place before the beginning of the policy period;
B. Willful violation of a penal statute or ordinance committed by or with the consent of the "insured";
C. Breach of contract, other than misappropriation of advertising ideas under an implied contract;
D. Failure of goods, products or services to conform with advertised quality or performance;
E. Wrong description of the price of goods, products or services;
F. An "offense" committed by an "insured" whose "business" is advertising, broadcasting, publishing or telecasting; or
G. Any "offense" which was committed or started prior to the policy period.

## Additional Conditions
The Conditions in the General Section apply to Part I and Part II and are expanded as follows:

### Appeals
If the "insured" or any "underlying insurer" chooses not to appeal a judgment which exceeds the "retained limit," we have the right to appeal.  If we make an appeal, we will be responsible for all costs, taxes, expenses and post-judgment interest related to the appeal.  The amounts we pay will be in addition to our Limit of Insurance.

### Bankruptcy
The Bankruptcy condition shown in the General Section is replaced by the following:
Bankruptcy, insolvency, or receivership of the "insured," the "insured's" estate or of any "underlying insurer" will not relieve us of our obligations under this coverage.
With regard to bankruptcy, insolvency, or receivership of any "underlying insurer":
A. This coverage shall not apply as a replacement of any coverage provided by such "underlying insurer"; and
B. Our coverage and Limit of Insurance will apply only in excess of the required Limit of Insurance stated in "Schedule A."

### Maintenance of Underlying Insurance
You are required to:
A. Keep the following coverage in force during the policy period:
1. For Part I Business Liability coverage, the "underlying insurance" provided under the Business Liability Module of this policy with the required minimum limits indicated in "Schedule A";
2. For Part I Personal Vehicle Liability coverage and for Part II Personal Liability and/or Farm/Ranch Liability coverage:
    a. "Underlying insurance" with the required minimum limits indicated in "Schedule A," or
    b. Renewal or replacement coverage substantially equal to the Farm Bureau Member's Choice policy with the required minimum limits indicated in "Schedule A";
B. Maintain the required Limit of Insurance without reduction other than by payment of losses;

C.  Notify us immediately of any changes to the terms of any "underlying insurance"; and
D.  Inform us within 30 days of any termination or replacement of any "underlying insurance."

Your failure to comply with these "underlying insurance" requirements will not void this coverage, but we will be liable under this coverage only to the extent that we would have been liable had you complied with these requirements.

You have the duty to provide us with a copy of any "underlying insurance" at our request.

**Schedule A – Schedule of Required Minimum Limits for Underlying Insurance**

Auto, Motorcycle, Recreational Motor Vehicle, Snowmobile and Watercraft Liability

| | |
|---|---|
| Bodily Injury Liability | $250,000/$500,000 each person/each occurrence |
| Property Damage Liability | $100,000 each occurrence or |
| Bodily Injury Liability/Property Damage Liability | $300,000 CSL each occurrence |

Personal Liability

| | |
|---|---|
| Bodily Injury Liability/Property Damage Liability | $300,000 each occurrence |

Farm/Ranch and Personal Liability

| | |
|---|---|
| Bodily Injury Liability/Property Damage Liability | $300,000 each occurrence |
| | $600,000 aggregate |
| Business Liability | $300,000 each occurrence |
| | $600,000 aggregate |
| Employers Liability | $100,000 each occurrence |

Professional Liability (Personal Accounts/All Eligible Professions or Occupations)

| | |
|---|---|
| Errors and Omissions | $500,000 each claim or occurrence |
| | $500,000 aggregate |

**Premium Adjustment**
We may adjust the Umbrella premium from the effective date of any material changes made to the provisions of your "underlying insurance" policies.  You agree to pay any increased premium resulting from any such adjustment.

**Subrogation/Indemnification**
If any "insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us.  The "insured" must not impair those rights.
At our request, the "insured" will:
A.  Bring "suit"; or
B.  To the extent of our payments transfer the right to bring "suit" to us; and
C.  Help us enforce those rights.

## Glossary

The language in this section includes certain words or phrases that are given exact meanings to make clear what we mean when we use them.  Each word or phrase surrounded by quotation marks is defined in:
A.  This glossary;
B.  The glossary for the Vehicle Section; or
C.  The General Section Definitions.

If a definition is shown in more than one location the definition in this glossary takes precedence.
These words or phrases are applicable to Part I and Part II unless otherwise indicated.

**"Advertising Injury"**
Injury "caused by" one or more of the following "offenses":
A.  Oral or written publication of material that libels, slanders or defames a "person's" or organization's character or disparages a "person's" or organization's goods, products or services;
B.  Misappropriation of advertising ideas or style of doing business; or
C.  Infringement of copyright, title or slogan.

**"Aircraft"**
See General Section Definitions.

**"Arising Out Of"**

See General Section Definitions.

**"Bodily Injury"**
See General Section Definitions.

**"Business"**
A trade, profession or occupation, including any activities likely or expected to produce annual gross receipts exceeding $1,000.

"Business" does not include "farming/ranching."

"Business does include "custom farming" and "custom feeding."

**"Caused By"**
See General Section Definitions.

**"Custom Farming"**
The use by an "insured" of any "Farm/Ranch Implements and Machinery" in connection with "Farming/Ranching" operations for others for a charge.  However, "custom farming" does not include "custom feeding."

**"Custom Feeding"**
The feeding of "Farm/Ranch" animals of others for a charge on an "insured location."

**"Damages"**
See General Section Definitions.

**"Farming/Ranching" or "Farm/Ranch"**
The process of investment, management or labor to produce agricultural products.

"Farming/Ranching" or "farm/ranch" does not include "custom farming" or "custom feeding."

"Farming/Ranching" or "farm/ranch" does not include other retail activities.

**"Farm/Ranch Implements and Machinery"**
Machinery and vehicles operating on wheels or tracks which are usual or incidental to the operation of a "farm/ranch" and are designed principally for use off public roads.

This definition does not include automobiles, trucks, motorcycles, "recreational motor vehicles" or all terrain utility vehicles.

**"Fungi"**
Any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi."

This does not include any "fungi" that are on, or are contained in, a good or product intended for human or animal consumption as food.

**"Household" (Part II definition only)**
Includes all "persons," other than paying roomers or boarders, residing in and sharing the same living space within one dwelling unit.

"Persons" residing in separate apartments or other dwelling units within a building are not part of the same "household."
A full-time student who was a resident of the household prior to moving out to attend school, and who has not set up a separate full-time residence may, at your option, be considered a resident of the household until age:
A.   24 if your relative; or
B.   21 if in your care or in the care of a relative who is a resident of your "household."

At age 24, the student needs his or her own separate policy or needs to be added as a named insured on this

policy in order to have coverage.

**"Hovercraft"**
See General Section Definitions.

**"Insured"**
See Who Is An Insured in this Section.

**"Insured Location"**
A.   Any premises shown in the Declarations of the "underlying insurance";
B.   Any premises you buy or rent for use as a residence during the policy period other than premises used in connection with a "business."  Such premises will cease to be an "insured location" on the policy renewal date unless added to the Declarations;
C.   Any premises used by you in connection with the "insured locations" listed above;
D.   Any part of a premises you do not own but where an "insured" is temporarily residing;
E.   Individual or family cemetery plots and burial vaults of an "insured";
F.   Land owned by or rented to an "insured" for the purpose of building a one or two family dwelling for habitation by an "insured";
G.   Any part of a premises occasionally rented to an "insured" for purposes not related to "business";
H.   Any "farm/ranch premises" you buy or rent in the same state as your other insured "farm/ranch premises" is an "insured location" until the end of the policy period in which you took possession; or
I.   Vacant land owned by or rented to you is an "insured location" until the end of the policy period in which you took possession.  Land held for "business" purposes or used for "farming/ ranching" is not vacant.

**"Livestock"**
See the General Section Definitions.

**"Motor Vehicle" (Part II definition only)**
A.   A motorized land vehicle; or
B.   A trailer or semi-trailer, including any attached machinery or apparatus, designed for use primarily on public roads or subject to motor vehicle registration.
C.   "Motor vehicle" does not include a motorized vehicle in dead storage on an insured location.
D.   "Motor vehicle" does not include, except when being towed by or carried on a "motor vehicle":
   1.   A utility, boat, camping or house trailer; or
   2.   Any other equipment not subject to motor vehicle registration and designed for use primarily off public roads.
   This includes but is not limited to vehicles which are used to service an "insured's" residence premises or designed for assisting the handicapped.

**"Named Insured"**
See the General Section Definitions.

**"Occurrence"**
See the General Section Definitions.

**"Offense"**
Any "offenses" included in the definition of "personal injury" or "advertising injury."

**"Person"**
See the General Section Definitions.

**"Personal Injury"**
Injury (other than "bodily injury" "property damage" or "advertising injury") "caused by" one or more of the following "offenses":
A.   False arrest, detention or imprisonment, or malicious prosecution;
B.   Oral or written publication of material that:
   1.   Libels, slanders or defames a "person's" or organization's character;
   2.   Disparages a "person's" or organization's goods, products, or services; or
   3.   Violates a "person's" right of privacy; or
C.   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room,

dwelling or premises by or on behalf of its owner, landlord, or lessor.

**"Personal Vehicle"**
Any of the following:

A. An "auto" of the private passenger type designed solely to carry "persons" and their luggage;

B. An "auto" of the pickup, panel truck, van or "motor home" type not customarily used in any business or occupation. However, an auto of the pickup, panel truck, van or "motor home" type is a "personal vehicle" if it is used in farming or ranching for the purpose of:

    1. Delivery of products or supplies,

    2. Carrying of tools or equipment,

    3. Hauling for hire,

    4. Office, store or display purposes;

C. An "auto" of the truck type, including a truck tractor type, "owned" by a farmer or rancher and used exclusively in connection with their farming or ranching operation, for exchange purposes with neighbors or for personal pleasure;

D. A "motorcycle" or "recreational motor vehicle";

E. A "snowmobile"; or

F. A "watercraft."

**"Pesticide"**
Any substance or mixture intended for preventing, destroying, repelling or mitigating directly or indirectly any insects, rodents, nematodes, "fungi," weeds or other forms of plant or animal life or viruses (except viruses on or in a living "person") which are considered to be a pest; and

Any substances intended for use as a plant growth inhibitor, defoliant or desiccant.

**"Pollutant"**
Any solid, liquid, gaseous, radioactive or thermal contaminant or irritant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be disposed of, reconditioned, recycled or reclaimed.

**"Poultry"**
Domesticated birds, except ostriches, rheas, or emus, kept for eggs or meat.

**"Property Damage"**
See the General Section Definitions.

**"Raw Milk"**
Any non-pasteurized milk from any hoofed mammal including, but not limited to, cattle, sheep or goats and includes any foods made from "raw milk" when left in an unpasteurized state.  However, this does not include hard cheese products made from "raw milk" when the cheese has been aged over 60 days.

**"Recreational Motor Vehicle" (Part II definition only)**
A golf cart, snowmobile, two or three wheel motorcycle, motorscooters, moped, dirt bike, or all terrain vehicle of a utility or recreational nature.

**"Retained Limit"**
The greater of:

A. That amount of "underlying insurance" applicable to any claim or "suit", whether the "underlying insurance" is collectible or not; or

B. The amount of "self-insured retention."

**"Seed"**
All types of plant seeds, bulbs, plants, roots, tubers, cuttings or other similar means of plant propagation.

**"Self-Insured Retention"**
The dollar amount indicated in the Declarations.  This is the amount an "insured" must pay if the "underlying insurance" does not provide coverage for "damages" which are covered under this section.

**"Schedule A"**

Schedule A - Schedule of Required Minimum Limits for Underlying Insurance.

**"Suit"**

See the General Section definitions.

**"Underlying Insurance"**

A. The required coverage(s) you have under insurance policies or modules shown in the Declarations; and/or

B. Any other available insurance you have with other companies, except insurance covering a "business" or insurance that you purchase to apply specifically in excess of this policy.

**"Underlying Insurer"**

Any insurance company issuing "underlying insurance."

**"Your Products"**

A. Any goods or products, other than real property, manufactured, sold, handled, distributed or dispose of by:

  1. You;

  2. Others trading under your name; or

  3. A "person" or organization whose "business" or assets you have acquired; and

B. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

C. "Your products" includes:

  1. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your products"; and

  2. The providing of or failure to provide warnings or instructions.

D. "Your products" does not include vending machines or other property rented to or located for the use of others but not sold.

**"Your Work"**

Work or operations performed by you or on your behalf, and materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

A. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

B. The providing of or failure to provide warnings or instructions.



August 8, 2021

**VIA U.S. MAIL & CERTIFIED MAIL**

Farm Bureau Financial Services
5400 University Avenue
West Des Moines, Iowa 50266-5997

Timothy Lundgren
Farm Bureau Financial Service Agent
5400 University Avenue
West Des Moines, Iowa 50266-5997

> **RE:** **Your Insured:** **Cynthia Jeanne Bowen**
> **Policy Number:** **8155916**
> **Policy Period:** **2-1-2019 to 2-01-2020**
> **Tender of Defense and Demand for Indemnification of Menard, Inc.**
>
> **Privileged and Confidential Communication**

Dear Farm Bureau Claims Personnel:

Please accept this letter as the formal tender of defense and demand for indemnification on behalf of Menard, Inc. in connection with the litigation presently pending in the United States District Court for the Southern District of Iowa Eastern Division. I have enclosed a copy of the Complaint for your review.

On April 23, 2019, David Beeler, a Menard, Inc. team member, assisted your insured, Cynthia Bowen, with loading green treated lumber into your insured's vehicle. During the loading process, one of the boards being passed down from the second floor to the first floor of the lumber rack which would be subsequently loaded on your insured vehicle allegedly came in contact with Ms. Bowen. Ms. Bowen alleges in her Complaint that she suffered injuries as a result of the incident. The issue of whether Ms. Bowen was injured and/or the nature and extent of the alleged injury is a contested issue in this case.

As you know, Farm Bureau Financial Service policy number is 8155916 insured Ms. Bowen and the vehicle referenced in the litigation. The same policy also insured all persons, including permissive users, from bodily injury claims arising out of "the ownership, *operation maintenance, use, loading, unloading or negligent entrustment of your personal vehicle*." The policy defines insured as "any other person while using your personal vehicle, a newly owned vehicle or a temporary substitute vehicle if its use is within the scope of your consent." At the time of the alleged incident, Menard team member David Beeler was in the process of loading the insured vehicle with the permission of your insured. See *Dairyland Ins. Co. v. Concrete Products Co.*, 203 N.W.2d 558, 561 (Iowa 1973).

The terms of your policy and the Iowa law commonly referred to as the "omnibus statute" (Iowa Code § 321A.21) make it clear that Mr. Beeler and his employer, Menard, Inc., are considered insureds under the Farm Bureau policy.

In addition, the Iowa courts have adopted the "complete operations doctrine." The complete operations doctrine affords more expansive coverage in these circumstances because the doctrine encompasses all of the operations required to complete delivery of an item being loaded and unloaded onto a vehicle. See *Dairyland Ins. Co. v. Concrete Products Co.*, 203 N.W.2d 558, 561 (Iowa 1973). Accordingly, because the Menard employee was in a process of loading green treated lumber into your insured's vehicle with the permission of your insured, omnibus coverage is afford to Menard, Inc under the Farm Bureau policy.

Ms. Bowen counsel is interest in resolution of this claim. Please contact me to confirm your receipt of this tender of defense and demand for indemnification and to discuss the future handling of this claim.


Respectfully,

MENARD, INC.

Kristine Britven
Corporate Counsel

Telephone: (715) 876-2606
Facsimile: (715) 876-2871
E-mail: kbritven@menard-inc.com

Enclosures

cc:   ATTN: Kerrie Murphy
      (via email)



**FARM BUREAU FINANCIAL SERVICES**

*Insurance • Investments*

September 21, 2021

SEP 2 4 2021

Menard, Inc.
Kristine Britven
5101 Menard Dr.
Eau Claire, WI 54703-9625

RECEIVED

SEP 2 4 2021

CORP LEGAL

### DENIAL OF TENDER OF DEFENSE

RE:   Named Insured:      Cynthia Bowen
      Policy Number:      8155916
      Claim Number:       A750655P00
      Date of Loss:       04/13/2019

Dear Ms. Britven,

I am a Bodily Injury/Litigation specialist with Farm Bureau Property & Casualty Insurance Company. On September 13, 2021, I received your tender of defense letter dated August 8, 2021, that you have provided on behalf of the Menard Inc. employee, David Beeler. Menard Inc. is a named-defendant in a lawsuit brought by Cynthia Bowen, who is an insured under the above-referenced policy.  Based upon the information you have provided along with our investigation; we are unable to accept your tender of defense associated with this claim.

Our investigation determined that employee David Beeler was working for Menard Inc. at the time of the loss. Mr. Beeler had climbed up onto a shelf in the outdoor lumbar area and was attempting to hand a piece of lumber to Ms. Bowen, as she stood outside her vehicle. Ms. Bowen reached up for the lumber but before she had control of it, Mr. Beeler negligently dropped it onto her, subsequently causing injury. Based upon the following policy language, Mr. Beeler does not qualify as an insured, under the Farm Bureau policy, and therefore no coverage would be afforded to him.

Policy Language – Vehicle Liability Module, Page 1 of 5

**Who Is An Insured**

A. Within this module when we refer to "your personal vehicle," a "newly owned vehicle" or a "temporary substitute vehicle," a "rental vehicle," or a "temporary loaned vehicle," "insured" is defined as:
      1. You;
      2. Any "household member";

September 21, 2021

     3. Any other "person" while using "your personal vehicle," a "newly owned vehicle," "temporary substitute vehicle," "rental vehicle" or a "temporary loaned vehicle" if its use is within the scope of your consent;

In this case, the Menard Inc. employee was not "using" our insured's vehicle. He was never in, on or operating the vehicle. He was never in contact with the vehicle and the assistance he was providing was within the scope of his duties and employment with Menard, Inc.

If you become aware of additional information which you believe would make it appropriate for Farm Bureau Property and Casualty Insurance Company to revisit its analysis, you may resubmit this matter for further coverage evaluation in light of such developments.  If you have any questions or comments in response to this correspondence, please do not hesitate to contact the undersigned.

Sincerely,

Lisa Eibes
Bodily Injury/Litigation Claim Specialist
PO BOX 9168
Des Moines, IA  50306-9168
Lisa.Eibes@fbfs.com
Office: 515.226.6395

Enclosure(s):  Policy provisions

5400 UNIVERSITY AVENUE • WEST DES MOINES, IOWA 50266-5997 • 515.225.5400 • www.fbfs.com
Farm Bureau Life Insurance Company* | Farm Bureau Property & Casualty Insurance Company* | Western Agricultural Insurance Company* | *Company providers of Farm Bureau Financial Services

App. P. 127

## Vehicle Section

## Introduction

A. For each "owned" "personal vehicle" you need specific vehicle insurance coverage.

B. "Personal vehicles" include:
   1. "Autos" such as private passenger cars, pickups, vans, antiques, classics, "motorhomes," farm trucks and farm truck tractors;
   2. "Motorcycles";
   3. Certain "recreational motor vehicles";
   4. "Snowmobiles"; and
   5. "Watercraft" such as inboard motor boats, outboard motor boats, inboard/outboard motor boats, houseboats and sailboats.

C. Your coverages are determined by combining the terms and provisions of the General Section and Vehicle Section with one or more of the following vehicle modules for your "personal vehicle" indicated in the Declarations:
   1. Vehicle Liability Module provides Bodily Injury Liability and Property Damage Liability Coverages plus other extra coverages for "personal vehicles."
   2. Auto Medical Payments Module provides Auto Medical Payments Coverage for "autos" for "auto" related accidents.
   3. Damage to Your Vehicle Module provides Comprehensive, Collision or Physical Damage Coverages, plus other extra and optional coverages.
   4. Auto Uninsured and Underinsured Motor Vehicle Module provides Uninsured Motor Vehicle and Underinsured Motor Vehicle Coverages only for "auto" related accidents.
   5. Auto Death Indemnity and Disability Income Module provides Death Indemnity and Disability Income Coverage only for land motor vehicle related accidents.
   6. Motorcycle, Recreational Motor Vehicle and Snowmobile Medical Payments Module provides Medical Payments Coverage for "motorcycles," "recreational motor vehicles" and "snowmobiles."
   7. Watercraft Medical Payments Module provides Medical Payments Coverage for "watercraft."
   8. Motorcycle, Recreational Motor Vehicle and Snowmobile Uninsured and Underinsured Motor Vehicle Module provides Uninsured Motor Vehicle and Underinsured Motor Vehicle Coverages for "motorcycles," "recreational motor vehicles" and "snowmobiles."

## Notification of Loss

In case of an accident, "occurrence" or "loss" to which this insurance may apply, refer to the General Section for specific notification of loss instructions.

## Glossary

The language in this section includes certain words or phrases that are given exact meanings to make clear what we mean when we use them. Each word or phrase surrounded by quotation marks is defined in this glossary, in the General Section or in a module under the heading Additional Definitions. If a word is defined in more than one location, the definition in this section takes precedence for the coverages described in this section or the modules under this section. If the same word is defined in a module under this section that definition takes precedence for that module.

**"Actual Cash Value"**
The amount which it would cost to repair or replace damaged property with like kind and quality, less allowance for depreciation and physical deterioration including obsolescence.

**"Arising Out Of"**
See General Section Definitions.

**"Auto"**
A land motor vehicle with at least four wheels designed for use mainly on public roads. It does not include any vehicle while located for use as a dwelling or other premises.

**"Bodily Injury"**
Bodily harm, sickness or disease sustained by a "person" including death that results from the injury.

**"Caused By"**
See General Section Definitions.

**"Damages"**
See General Section Definitions.

**"Household Member"**
A. A resident of your household who:
   1. Is related to you by blood, marriage, guardianship, adoption; or
   2. Is a minor in your custody or in the custody of any "person" related to you by blood, marriage, guardianship or adoption.
B. A "household member" includes such "persons" temporarily living elsewhere if they:
   1. Are unmarried; and
   2. Usually make their home in your family unit.

**"Medical Expenses"**
See General Section Definitions.

**"Motorcycle"**
A motorcycle, moped, motorscooter, or two or three wheel motorized vehicle of the motorcycle type.

**"Motorhome"**
Any of the following:
A. An "auto" of the van, bus or station wagon type, self-propelled and equipped with permanent type mobile living quarters (including cooking, dining, plumbing or refrigeration facilities); or
B. A camper coach of the truck type upon which is permanently mounted a camper body providing mobile living quarters.

**"Newly Owned Vehicle"**
A vehicle newly "owned" by you, which you tell us about within 30 days of its purchase date and:
A. It is a "personal vehicle" which replaces "your personal vehicle";
B. It is an added "personal vehicle" and all other insured "personal vehicles" of the same vehicle type "owned" by you are insured by us or one of our affiliates or subsidiaries;
C. It is an added "personal vehicle" newly acquired by an unmarried resident of your household who does not own a vehicle, is under 21 and is related to you by blood, marriage, guardianship or adoption, and all other insured "personal vehicles" "owned" by you are insured by us or one of our affiliates or subsidiaries; or
D. It is a pickup, panel truck or van that replaces "your personal vehicle" and is used in a business or occupation, other than farming or ranching, for carrying tools or related items to, from, or between job sites. Coverage is limited to within 30 days of its acquisition.

We have the right to charge premium effective from the date the vehicle is acquired.

**"Occurrence"**
See General Section Definitions.

**"Occupy or Occupying"**
In, on, getting into or out of and in physical contact with.

**"Owned"**
A vehicle "owned" by you or leased by you under a written agreement for a continuous period of at least six months.

**"Person"**
See General Section Definitions.

**"Personal Vehicle"**
Any of the following:
A. An "auto" of the private passenger type designed solely to carry "persons" and their luggage;
B. An "auto" of the pickup, panel truck, van or "motor home" type not customarily used in any business or occupation for:
1. Delivery of products or supplies unless for farming or ranching;
2. Carrying of tools or equipment unless for farming or ranching;
3. Hauling for hire; or
4. Office, store or display purposes;
C. An "auto" of the truck type, including a truck tractor type, "owned" by a farmer or rancher and used exclusively in connection with their farming or ranching operation, for exchange purposes with neighbors or for personal pleasure;
D. A "motorcycle" or "recreational motor vehicle";
E. A "snowmobile"; or
F. A "watercraft."

**"Property Damage"**
See General Section Definitions.

**"Recreational Motor Vehicle"**
A land motor vehicle designed for use principally off public roads.  This may include an off road motorcycle, motorscooter, moped, dirt bike, golfcart, or all terrain vehicle of a utility or recreational type.

**"Snowmobile"**
A land motor vehicle designed for use principally off public roads for travel over ice and snow, propelled by means of crawler-type treads, belts or similar mechanical devices.

A "Snowmobile" does not include any vehicle which is propelled by airplane type propellers or fans.

**"Snowmobile Sled"**
A sled, including a camper sled, if designed for use with and to be pulled by a "snowmobile."

This does not include a sled being used for business or commercial purposes or a farm sled or farm implement while being pulled by "your snowmobile."

**"Temporary Substitute Vehicle"**
A vehicle not "owned" by you if it replaces "your personal vehicle" for a short time. Its use has to be with the consent of the owner.  "Your personal vehicle" has to be out of use due to its breakdown, repair, servicing, damage, or "loss."  A "temporary substitute vehicle" is not considered a "non-owned vehicle."

**"Trailer"**
A. A non-motorized vehicle designed to be towed by a "personal vehicle" but not including one:
1. Designed to carry persons;
2. Used for business purposes with other than a "personal vehicle"; or
3. Used as premises for office, store or display purposes.
B. It includes:
1. A semi-trailer designed for use with a truck type tractor when connected to or being towed by a "personal vehicle" of the truck tractor type; or
2. A detached semi-trailer owned by the insured and principally used with a truck type tractor insured on this policy.
C. A farm wagon or farm implement is a "trailer" only while attached to a "personal vehicle" for towing.

**"Vehicle Business"**
A business or job where the purpose is to sell, lease, repair, service, transport, store or park vehicles or "trailers."

**"Watercraft"**
Any of the following:
A.  An outboard motor boat including its remote controls and its other attached equipment;
B.  A sailboat including its sails, spars, rigging and its other attached equipment; or
C.  An inboard or inboard/outboard powered boat, including its attached equipment.

**"Your Auto"**
The "auto" indicated in the Declarations.

**"Your Farm Truck"**
The "farm truck" indicated in the Declarations.

**"Your Farm Truck Tractor"**
The "farm truck tractor" indicated in the Declarations.

**"Your Motorcycle"**
The "motorcycle" indicated in the Declarations.

**"Your Motorhome"**
The "motorhome" indicated in the Declarations.

**"Your Personal Vehicle"**
Any of the following:
A.  "Your Auto";
B.  "Your Farm Truck";
C.  "Your Farm Truck Tractor";
D.  "Your Motorcycle";
E.  "Your Motorhome";
F.  "Your Recreational Motor Vehicle";
G.  "Your Snowmobile";
H.  "Your Watercraft"; or
I.  The vehicle indicated in the Declarations.

"Your personal vehicle" does not include a trailer.

**"Your Recreational Motor Vehicle"**
The "recreational motor vehicle" indicated in the Declarations.

**"Your Snowmobile"**
The "snowmobile" indicated in the Declarations.

**"Your Watercraft"**
The "watercraft" indicated in the Declarations.

App. P. 131



September 28, 2021

**VIA EMAIL & CERTIFIED MAIL**

Farm Bureau Financial Services
Attn: Ms. Lisa Eibes
PO Box 9168
Des Moines, IA 50306-9168
[E]: Lisa.Eibes@fbfs.com

> **RE:**   **Your Insured:**      **Cynthia Jeanne Bowen**
> **Policy Number:**   **8155916**
> **Policy Period:**   **2-1-2019 to 2-01-2020**
> **Tender of Defense and Demand for Indemnification of Menard, Inc.**
>
> **Privileged and Confidential Communication**

Dear Ms. Eibes:

Menard, Inc. (hereinafter "Menard") is in receipt of your letter dated September 21, 2021, denying tender of defense and indemnification for Ms. Bowen's injuries she sustained on April 23, 2019.

In your letter, you asserted that the Menard employee was not "using" your insured vehicle because he was never in or operating the vehicle. You further stated, that providing assistance within the scope of the Menard employee's duties.

Menard respectfully disagrees with your interpretation of this matter. Please review the seminal case for omnibus coverage in Iowa, *Dairyland Ins. Co. v. Concrete Products Co.*, 203 N.W.2d 558, 561 (Iowa 1973) which is attached for your reference. As you will see, Iowa courts have adopted the "complete operations doctrine." The complete operations doctrine affords more expansive coverage in these circumstances because the doctrine encompasses all of the operations required to complete delivery of an item being loaded and unloaded onto a vehicle. Accordingly, because the Menard employee was in a process of loading green treated lumber into your insured's vehicle with the permission of your insured, omnibus coverage is afford to Menard, Inc under the Farm Bureau policy.

I expect to receive confirmation of your acceptance of the tender of defense and indemnification of Menard, Inc., for the above-captioned matter by **Friday, October 1, 2021**. If I do not receive a confirmation response accepting our tender of defense and indemnification, Menard will be forced to file a bad faith claim against your company for failure to observe omnibus coverage for the above captioned matter.

5101 MENARD DRIVE      EAU CLAIRE, WI  54703-9625      PHONE (715) 876-5911    FAX (715) 876-2868

I look forward to hearing from you. If you have any questions or concerns, please feel free to contact me.

Respectfully,

MENARD, INC.

Kristine Britven
Corporate Counsel

Telephone: (715) 876-2606
Facsimile: (715) 876-2871
E-mail: kbritven@menard-inc.com

Enclosures

 Last updated  August 01, 2019   10:07:27 am GMT

## *Dairyland Ins. Co. v. Concrete Products Co.*

Supreme Court of Iowa

January 17, 1973, Filed

No. 55182

**Reporter**

203 N.W.2d 558 *; 1973 Iowa Sup. LEXIS 919 **

DAIRYLAND INSURANCE COMPANY, a corporation, Appellant v. CONCRETE PRODUCTS COMPANY, a corporation; SWEN SWENSON; and GEORGE WAYNE SMITH, Appellees v. FIREMAN'S FUND INSURANCE COMPANY, a corporation, Interpleaded Defendant-Appellee

**Prior History:** **[\*\*1]**   Appeal from Woodbury District Court. C. F. Stilwill. Appeal from declaratory judgment finding coverage under "loading and unloading" provision of automobile insurance policy and determining relative liability of insurance companies under their respective policies.

**Disposition:** Affirmed.

## Core Terms

insured, coverage, loading, loading and unloading, insured vehicle, truck, unloading, damages, named insured, indemnity, proration, liability policy, omnibus clause, trial court, contends

## Case Summary

### Procedural Posture

Appellant insurer sought review of a decision of the Woodbury District Court (Iowa), which issued a declaratory judgment finding coverage under "loading and unloading" provision of automobile insurance policy and determining relative liability of insurance companies under their respective policies.

### Overview

Appellee customer was injured when he was pinned between his truck bed and a front-end loader operated by appellee concrete company's employee. Appellant, insurer of the truck, brought an action against appellees concrete company, employee, and customer, seeking declaratory judgment that its loading and unloading

policy provision provided no coverage for appellee employee, no indemnity or contribution for appellee concrete company, and no obligation to appellee customer. Appellee concrete company interpleaded its general liability insurer, which asserted a subrogated right against appellee employee for any damages it might ultimately pay appellee customer because of appellee concrete company's vicarious liability. The trial court ruled that appellant's policy extended coverage to appellee employee; that responsibility to pay damages should be prorated between appellant and interpleaded appellee; and that interpleaded appellee was entitled to full indemnity from appellant, to the extent of appellant's coverage. The court affirmed, finding that, although there should have been no proration between appellant and interpleaded appellee, this error was not prejudicial to appellant.

### Outcome

The court affirmed the trial court's declaratory judgment finding of appellant's coverage under "loading and unloading" provision of automobile insurance coverage. Although holding that the trial court's initial ruling of proration was in error, the court found the error was not prejudicial, since full application of the lower court's judgment would avoid any ultimate loss to interpleaded appellee until appellant's limits were exhausted.

## LexisNexis® Headnotes

Insurance Law > ... > Motor Vehicle Insurance > Vehicle Use > Loading & Unloading

Torts > ... > Elements > Causation > General Overview

Insurance Law > Types of Insurance > Motor

203 N.W.2d 558, *558; 1973 Iowa Sup. LEXIS 919, **1

Vehicle Insurance > General Overview

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

### HN1[⬇] Vehicle Use, Loading & Unloading

Where a motor vehicle insurance liability policy extends the term "use" to include the loading and unloading of the insured vehicle and the policy provides coverage for "damages because of bodily injury caused by accident and arising out of the use of" the insured vehicle, a more liberal concept of causation is imparted than "proximate cause" in its traditional legal sense.

Insurance Law > Claim, Contract & Practice
Issues > Premiums > General Overview

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > Loading & Unloading

### HN2[⬇] Claim, Contract & Practice Issues, Premiums

The "loading and unloading" clause is one of "extensions," that is, the insertion of this clause in a liability policy leads to the conclusion it was inserted for the purpose of extending coverage of the policy to accidents not covered by the other provisions of the standard motor vehicle liability policy.

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > Loading & Unloading

Labor & Employment Law > Employer
Liability > Third Party Insurers

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

### HN3[⬇] Vehicle Use, Loading & Unloading

Third persons, not otherwise connected with the insured vehicle or its owner, while loading the vehicle, are "using" such vehicle within the meaning of coverage provisions of a policy which defines use as including loading and unloading.

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

### HN4[⬇] Motor Vehicle Insurance, Vehicle Use

Coverage may exist although neither the insured vehicle nor its driver are involved in the accident.

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

Labor & Employment Law > Employer
Liability > Third Party Insurers

### HN5[⬇] Motor Vehicle Insurance, Vehicle Use

There is no requirement the insured vehicle being loaded constitute the cause of the accident.

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

Labor & Employment Law > Employer
Liability > Third Party Insurers

Torts > ... > Elements > Causation > General
Overview

### HN6[⬇] Motor Vehicle Insurance, Vehicle Use

Coverage exists if there is an immediate causal connection between the loading operation or the way it is carried out and the injury-causing mishap.

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > Loading & Unloading

Insurance Law > ... > Motor Vehicle
Insurance > Vehicle Use > General Overview

### HN7[⬇] Vehicle Use, Loading & Unloading

The "coming to rest" doctrine, an earlier rule followed by a minority of jurisdictions, essentially interprets "loading" as beginning only after the object to be transported has come into the immediate vicinity of the insured vehicle and "unloading" to cease when the object transported

203 N.W.2d 558, *558; 1973 Iowa Sup. LEXIS 919, **1

first comes to immediate rest on removal from the vehicle.

Insurance Law > ... > Motor Vehicle Insurance > Vehicle Use > General Overview

Labor & Employment Law > Employer Liability > Third Party Insurers

**HN8**[⬇] **Motor Vehicle Insurance, Vehicle Use**

Most jurisdictions follow the "complete operation" or "continuous passage" doctrine, expressing the view that the terms "loading" or "unloading" are not to be limited or controlled by place or distance but by the fact of a continuous and uninterrupted movement of the articles in getting them onto or off of the vehicle.

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > General Overview

**HN9**[⬇] **Claim, Contract & Practice Issues, Policy Interpretation**

The fundamental Iowa rule is that an insurer, having affirmatively expressed coverage through broad promises, assumes a duty to define any limitations upon that coverage in clear and explicit terms.

Insurance Law > ... > Motor Vehicle Insurance > Stacking Provisions > General Overview

Torts > Procedural Matters > Multiple Defendants > General Overview

**HN10**[⬇] **Motor Vehicle Insurance, Stacking Provisions**

The proration rule is ordinarily invoked when two or more insurers insure joint tort-feasors or the same tort-feasor.

Business & Corporate Law > ... > Duties & Liabilities > Negligent Acts of Agents > Liability of Agents

Torts > ... > Employers > Activities & Conditions > General Overview

Business & Corporate Law > ... > Duties & Liabilities > Negligent Acts of Agents > General Overview

Business & Corporate Law > ... > Duties & Liabilities > Negligent Acts of Agents > Liability of Principals

**HN11**[⬇] **Negligent Acts of Agents, Liability of Agents**

The common law rule holding a servant liable to his master who is not at fault for damages the latter is compelled to pay a third person because of the servant's negligence is recognized in Iowa.

Torts > ... > Multiple Defendants > Contribution > General Overview

Torts > Vicarious Liability > Employers > Indemnity

**HN12**[⬇] **Multiple Defendants, Contribution**

The subrogated right of one vicariously liable for full indemnity against the actual tort-feasor is well known in Iowa law.

Insurance Law > ... > Business Insurance > Commercial General Liability Insurance > Multiple Insurers

Labor & Employment Law > Employer Liability > Third Party Insurers

Torts > Vicarious Liability > Employers > Indemnity

**HN13**[⬇] **Commercial General Liability Insurance, Multiple Insurers**

The order of liability of the insurers follows the relative liability of the insureds, and the non-negligent employer's insurer is entitled to full indemnification from the negligent employee's insurer.

**Counsel:** Kindig, Beebe, McCluhan, Rawlings & Carter, by Maurice B. Nieland, of Sioux City, for Appellant.

Gleysteen, Nelson, Harper, Kunze & Eidsmoe, by

Kristine Britven

203 N.W.2d 558, *558; 1973 Iowa Sup. LEXIS 919, **1

Marvin F. Heidman, of Sioux City, for Appellees Concrete Products Company and George Wayne Smith.

Ervin E. Nordstrom, of Sioux City, for Appellee Swen Swenson.

**Judges:** Moore, C.J., and LeGrand, Uhlenhopp, Reynoldson and McCormick, JJ.

**Opinion by:** REYNOLDSON

## Opinion

[*560] This declaratory judgment action arises from the following situation: On December 11, 1968 Swen Swenson drove his truck to Concrete Products Company (Concrete Products) premises to buy some blocks. George Wayne Smith, employee of Concrete Products, used a front end loader to pick up the first cement blocks destined for the truck. He moved the load to the back of Swenson's truck, then raised the blocks to the truck bed level and again moved forward. Swenson was pinned between the front end [**2] loader and the bed of the truck and injured.

Swenson sued Concrete Products for damages, alleging he had been injured through negligent acts of that company's employee. Concrete Products cross-petitioned against Smith, claiming a right of indemnity or contribution from him for any amounts it became vicariously liable to pay Swenson.

Dairyland Insurance Company (Dairyland) insured the Swenson truck. Counsel for Concrete Products, contending Dairyland had liability coverage under the loading and unloading provision of its policy, demanded that it defend Smith and pay any judgment rendered against him. Under a reservation of rights Dairyland undertook Smith's defense.

Contemporaneously, Dairyland brought this action against Concrete Products, Smith and Swenson seeking declaratory judgment that its loading and unloading policy provision provided no coverage for Smith, no indemnity or contribution for Concrete Products, and no obligation to Swenson arising out of his insurance. Concrete Products interpleaded its general liability insurer, Fireman's Fund Insurance Company (Fireman's Fund). The latter company asserts a subrogated right against Smith (and therefore Dairyland) for any damages [**3] it might ultimately pay Swenson because of Concrete Products' vicarious liability.

The omnibus clause in Dairyland's policy defines "insured" as the named insured (Swenson), "and also includes any person while using the automobile * * * with the permission * * *" of the named insured or his spouse. A separate provision states, "Use of the automobile * * * includes the loading and unloading thereof."

Appealing, Dairyland contends trial court erred in ruling that its policy extended coverage to Smith; in determining responsibility to pay damages should be pro-rated between it and Fireman's Fund; and in holding Fireman's Fund (through Concrete Products) was entitled to full indemnity from Dairyland (through Smith), to the extent of Dairyland's coverage. We affirm.

[*561] I. *Smith as an insured under Dairyland's truck policy.*

While the contention of Concrete Products and Fireman's Fund that Smith was an unnamed insured under Dairyland's omnibus clause may on first impression appear strained, it is supported by a vast body of case law involving similar situations. See annotations at 95 A.L.R.2d 1122 and 160 A.L.R. 1259; 7 Appleman, Insurance Law and Practice § 4322, pp. 155-67 [**4] (1962); 7 Blashfield, Automobile Law and Practice § 315.7, pp. 588-91 (3d ed. 1966); 7 Am.Jur.2d, Automobile Insurance § 89, pp. 396-97; 45 C.J.S. Insurance § 829c(2), pp. 893-96; Brown and Risjord, Loading and Unloading: The Conflict Between Fortuitous Adversaries, 29 Insurance Counsel Journal 197 (1962); The Defense Research Institute, Inc., "Loading & Unloading" Provision of the Automobile Liability Insurance Policy (Monograph, 1965).

Although this is a case of first impression in Iowa, well-reasoned decisions from many jurisdictions support principles of law we believe applicable.

HN1[↑] Where, (as here) a motor vehicle insurance liability policy extends the term "use" to include the loading and unloading of the insured vehicle and the policy provides coverage for "damages because of * * * bodily injury * * * caused by accident and arising out of the * * * use of" the insured vehicle, a more liberal concept of causation is imparted than "proximate cause" in its traditional legal sense. *Fireman's Fund Insurance Co. v. Canal Insurance Co., 411 F.2d 265* (5 Cir. 1969); *McCloskey and Company v. Allstate Insurance Companies, 123 U.S. App. D.C. 177, 358 F.2d 544 (1966)*.

HN2[⬆] The "loading and [**5] unloading" clause is one of "extensions," that is, the insertion of this clause in a liability policy leads to the conclusion it was inserted for the purpose of extending coverage of the policy to accidents not covered by the other provisions of the standard motor vehicle liability policy. *P.E. O'Hair & Co. v. Allstate Insurance Company, 267 Cal. App.2d 195, 72 Cal. Rptr. 690 (1968); Drew Chem. Corp. v. Amer. Fore Loyalty Group, 90 N.J. Super. 582, 218 A.2d 875 (App. Div. 1966); Komorowski v. Kozicki, 45 Wis.2d 95, 172 N.W.2d 329 (1969).*

HN3[⬆] Third persons, not otherwise connected with the insured vehicle or its owner, while loading the vehicle, are "using" such vehicle within the meaning of coverage provisions of a policy which defines use as including loading and unloading. *Travelers Insurance Co. v. Employers' Liability Assur. Corp., 242 F. Supp. 627 (D. Md. 1965); Bituminous Casualty Corp. v. American Fidel. & Cas. Co., 22 Ill. App.2d 26, 159 N.E.2d 7 (1959); Improved Machinery, Inc. v. Merchants Mut. Ins. Co., 349 Mass. 461, 208 N.E.2d 796 (1965); Wagman v. American Fidelity & Casualty Co., 304 N.Y. 490, 109 N.E.2d 592 (1952); Travelers Insurance Co. v. Employers Casualty Co., 380 [**6] S.W.2d 610 (Tex. 1964); 7 Am.Jur.2d, Automobile Insurance § 89,* pp. 396-97.

HN4[⬆] Coverage may exist although neither the insured vehicle nor its driver are involved in the accident. *McCloskey and Company v. Allstate Insurance Companies, supra; St. Paul Mercury Insurance Company v. Huitt, 336 F.2d 37* (6 Cir. 1964); *Bituminous Casualty Corp. v. American Fidel. & Cas. Co., supra; Wagman v. American Fidelity & Casualty Co., supra; Improved Machinery, Inc. v. Merchants Mut. Ins. Co., supra.*

HN5[⬆] There is no requirement the insured vehicle being loaded constitute the cause of the accident. Employers' Liability Assur. Corp. v. Indemnity Ins. *Co., 228 F. Supp. 896 (D. Md. 1964); P. E. O'Hair & Co. v. Allstate Insurance Company, supra; Bituminous Casualty Corp. v. American Fidel. & Cas. Co., supra; Improved Machinery, Inc. v. Merchants Mut. Ins. Co., supra; Wagman v. American Fidelity & Casualty Co., supra;* Hertz Corporation v. Bellin, 28 App.Div.2d 1101, 284 N.Y.S.2d 140 [*562] (1967), aff'd mem., *22 N.Y.2d 736, 239 N.E.2d 211, 292 N.Y.S.2d 117 (1968); Penley v. Gulf Insurance Company, 414 P.2d 305 (Okla. 1966).*

HN6[⬆] Coverage exists if there is an immediate causal connection between the loading [**7] operation or the

way it is carried out and the injury-causing mishap. *Employers' Liability Assur. Corp. v. Indemnity Ins. Corp., supra;* 7 Appleman, Insurance Law and Practice § 4322, at pp. 157-58; *7 Am.Jur.2d, Automobile Insurance § 90,* pp. 397-98.

Two theories have evolved in decisions determining the scope of the "loading and unloading" clause. HN7[⬆] The "coming to rest" doctrine, an earlier rule followed by a minority of jurisdictions, essentially interprets "loading" as beginning only after the object to be transported has come into the immediate vicinity of the insured vehicle and "unloading" to cease when the object transported first comes to immediate rest on removal from the vehicle. See *American Oil Co. v. Hardware Mutual Casualty Co., 408 F.2d 1365* (1 Cir. 1969); 8 Blashfield, Automobile Law and Practice § 317.9, at p. 32; annot. *95 A.L.R.2d 1122 (1964).*

HN8[⬆] Most jurisdictions follow the "complete operation" or "continuous passage" doctrine, expressing the view that the terms "loading" or "unloading" are not to be limited or controlled by place or distance but by the fact of a continuous and uninterrupted movement of the articles in getting them onto or off of the vehicle. ✏ *St. [**8] Paul Mercury Insurance Company v. Huitt, supra; Travelers Insurance Co. v. Employers' Liability Assur. Corp., supra; Pacific Indemnity Company v. Run-A-Ford Company, 276 Ala. 311, 161 So.2d 789 (1964); Drew Chem. Corp. v. Amer. Fore Loyalty Group, supra; Penley v. Gulf Insurance Company, supra; Travelers Insurance Co. v. Employers Casualty Co., supra; Komorowski v. Kozicki, supra;* 7 Appleman, Insurance Law and Practice § 4322, at p. 162; 8 Blashfield, Automobile Law and Practice § 317.9, at pp. 32-39; *7 Am.Jur.2d, Automobile Insurance § 88,* pp. 393-96; Risjord, Loading and Unloading, 13 Vand. L. Rev. 903 (1960).

Examining the case *sub judice* in light of these rules, Smith had obviously commenced the loading operation. Swenson's consent to this activity is uncontroverted. The blocks had left their place of rest and were in direct process of being carried to and placed on the insured vehicle. Under either the "coming to rest" or "complete operation" doctrine, Smith, in so loading, was using the Swenson truck. He was an unnamed insured as defined by the omnibus clause and his liability was covered by Dairyland's policy.

Dairyland, forcefully contending Smith was not so insured, [**9] relies on several decisions in which courts did not find a causal connection between the

loading or unloading operation and the accident. See, e.g., *Liberty Mutual Insurance Co. v. Johnson, Drake & Piper, Inc., 390 F.2d 410* (8 Cir. 1968). It also relies on a restrictive interpretation (which prevails mainly in Ohio) of the omnibus clause word "insured." See *Buckeye Union Cas. Co. v. Illinois National Ins. Co., 2 Ohio St.2d 59, 206 N.E.2d 209 (1965)*; *Travelers Ins. Co. v. Buckeye Union Casualty Co., 172 Ohio St. 507, 178 N.E.2d 792 (1961)*. This rule is best summarized in 7 Appleman, Insurance Law and Practice § 4322, p. 87 (Supp. 1971):

> "Ohio alone has held that for a party to be insured under a liability policy omnibus clause in his loading and unloading activities, he must first be an insured under terms of the policy on some other basis, by some other use of the vehicle."

The Ohio doctrine has been rejected in most jurisdictions. It violates **HN9** our fundamental Iowa rule that an insurer, having affirmatively expressed coverage through broad promises, assumes a duty to define any limitations upon that coverage in clear and explicit terms. *Roach v. Churchman, 431 F.2d 849* [**10] (8 Cir. 1970); [*563] *General Casualty Company of Wisconsin v. Hines, 261 Iowa 738, 156 N.W.2d 118 (1968)*.

In declining to follow the Ohio rule, the federal appellate court in St. *Paul Mercury Insurance Company v. Huitt, supra, 336 F.2d at 43* (6 Cir. 1964) said:

> "To the extent that the case [*Travelers Ins. Co. v. Buckeye Union Casualty Co., supra*] may be construed as a departure from the complete operation rule followed in Michigan, it would not be persuasive in this case. To the extent that it would impose special restrictions upon persons not bearing a legal relationship to the named insured not otherwise imposed upon persons that might come within the omnibus coverage, the Court there appears to have read conditions into the definition of the insured not contained in the policy. The policy, in defining 'the insured,' makes no distinction between employees of the named insured and strangers to the named insured, stating only that 'the insured' includes 'any person' while loading or unloading the insured vehicle with the permission of the named insured."

We adopt this reasoning in similarly rejecting the Ohio rationale, which reads into an automobile liability [**11] policy a coverage limitation omitted by the insurer.

Although agreeing the exact legal question presented by this appeal is one of first impression in this state, Dairyland contends it finds support for a narrow interpretation of a "loading and unloading" clause in *Wilson v. State Farm Mutual Automobile Ins. Co., 256 Iowa 844, 128 N.W.2d 218 (1964)*. That case concerned an exclusion provision in a private vehicle policy death indemnity clause. Coverage was not provided where death occurred from bodily injury sustained in the course of insured's occupation while engaged in duties incident to the "operation, loading or unloading" of a commercial vehicle. The named insured was a milk delivery man whose commercial vehicle toppled over on him as it slid from a parked location down an icy hill. The issue raised by defendant's answer was whether the driver was "operating" the milk truck when he was fatally injured. The majority held the other coverage exceptions (loading and unloading) were not affirmatively pleaded and thus were not before "the trial court nor this court." The later observation in the opinion that the term "unloading" had no application to the case was not necessary to the [**12] decision. The *Wilson* case, distinguishable both on its facts and issues, is not helpful here. In any event, no rational "narrowing" of the meaning of "loading" could exclude the situation presented by the stipulated facts in this case.

Lastly, Dairyland contends it would be contrary to public policy to extend its coverage to Smith. It is inconceivable, Dairyland asserts, that its insured Swenson might recover under the liability provisions of his own policy for negligence of one not his agent or employee nor under his control or supervision. This is another way of stating we should adopt the Ohio rule, a doctrine we have already rejected.

Had Smith, to position this truck for loading, negligently backed it up with Swenson's permission and accidently hit and injured the latter, Smith's coverage and Swenson's right to recover under the policy would not be seriously questioned. There is no more reason to exclude Smith as an insured, or Swenson as a claimant, in the case before us. See *Fireman's Fund Insurance Co. v. Canal Insurance Co., 411 F.2d 265* (5 Cir. 1969) and *P. E. O'Hair & Co. v. Allstate Insurance Company, 267 Cal. App.2d 195, 72 Cal. Rptr. 690 (1968)*, where in each case [**13] the owner of the insured vehicle was permitted to recover against his own insurer for injuries caused by a third party's negligent loading or unloading.

Public policy may well be served by the position we take here, recognizing coverage, thereby extending protection to persons [*564] not otherwise insured.

Smith was not insured under the Fireman's Fund contract. While Swenson had recourse to a third party - Concrete Products - for his damages in this instance, this would not always be the case. Negligence of a person loading or unloading the insured vehicle might occur without that person being the employee of an insured or solvent corporation. An owner might well conclude to protect himself against such risk.

II. *Comparative liability of the two insurance companies.*

Trial court found Fireman's Fund insured Concrete Products, but not Smith, to the extent of $250,000. It found Dairyland insured Smith to the amount of $10,000. The parties had stipulated Smith was an employee of Concrete Products, there was no independent negligence of Concrete Products, and that Smith's sole negligence was the proximate cause of Swenson's damages. Dairyland's petition and the answer filed [**14] by the interpleaded defendant, Fireman's Fund, each raise issues of the liability of these respective insurers, and the relative order of liability if established.

Under these circumstances trial court, applying the proration rule laid down in *Union Ins. Co. (Mutual) v. Iowa Hardware Mut. Ins. Co., 175 N.W.2d 413 (Iowa 1970)*, held the two companies would be liable for Swenson's damages in the proportion of one to twenty-five.

The court further determined, however, Fireman's Fund, subrogated to the rights of Concrete Products against its employee Smith to the extent of Fireman's Fund payments, could recover against Dairyland (by suing Smith) upon such subrogation claim for any amounts paid by it to the extent of Dairyland's coverage, less any proration amounts at that time already paid by the latter.

Dairyland claims there should have been no proration: Fireman's Fund policy should be primarily liable. In our view the district court ruling was more favorable to Dairyland than the applicable law warrants.

HN10[↑] The proration rule is ordinarily invoked when two or more insurers insure joint tort-feasors or the same tort-feasor. See *Union Ins. Co. (Mutual) v. Iowa Hardware Mut. Ins. Co., [**15] supra.* But here Fireman's Fund and Dairyland each insure a separate entity or person. No claim is made that Concrete Products and Smith were joint tort-feasors. The respective liability of these insureds must therefore determine the liability of their respective insurance carriers.

HN11[↑] The common law rule holding a servant liable to his master who is not at fault for damages the latter is compelled to pay a third person because of the servant's negligence is recognized in *Iowa. Graham v. Worthington, 259 Iowa 845, 146 N.W.2d 626 (1966)*; *Rozmajzl v. Northland Greyhound Lines, 242 Iowa 1135, 49 N.W.2d 501 (1951)*. It follows Concrete Products could rightly cross-petition against its employee Smith, whose sole negligence caused Swenson's injury. Rule 33(b), Rules of Civil Procedure.

HN12[↑] This subrogated right of one vicariously liable for full indemnity against the actual tort-feasor is well known in our Iowa law. *Federated Mutual Imp. & H. Ins. Co. v. Dunkelberger, 172 N.W.2d 137 (Iowa 1969)*; *Weidert v. Monahan Post Legionnaire Club, 243 Iowa 643, 51 N.W.2d 400 (1952)*; Furnish, Distributing Tort Liability: Contribution and Indemnity in Iowa, 52 Iowa L. Rev. 31 (1966).

It follows as to these [**16] insurance carriers there should be no proration. As between them, Dairyland's policy, to the extent of its limits, should be first subjected to Swenson's damages before resort is made to the Fireman's Fund policy.

HN13[↑] Numerous decisions from other jurisdictions, to avoid circuity of action, have recognized the order of liability of the insurers follows the relative liability of the insureds and have held the non-negligent employer's insurer entitled to full indemnification from the negligent employee's [*565] insurer. See *Fireman's Fund Insurance Co. v. Canal Insurance Co., 411 F.2d 265* (5 Cir. 1969); *Travelers Insurance Co. v. Employers' Liability Assur. Corp., 242 F. Supp. 627 (D. Md. 1965)*; *Bituminous Casualty Corp. v. American Fidel. & Cas. Co., 22 Ill.App.2d 26, 159 N.E.2d 7 (1959)*; *Maryland Cas. Co. v. N. J. Mfrs. & C. Ins. Co., 48 N.J. Super. 314, 137 A.2d 577 (App. Div. 1958)*, aff'd per curiam, *28 N.J. 17, 145 A.2d 15 (1958)*.

Despite trial court's initial proration ruling, full application of its judgment will avoid any ultimate loss to Fireman's Fund until Dairyland's limits are exhausted. Neither Fireman's Fund nor Concrete Products appeals. There is no error prejudicial [**17] to Dairyland in trial court's judgment, which reached the right destination by an unnecessary detour.

Under these circumstances, the judgment below is affirmed. Trial court taxed the costs equally between Dairyland and Fireman's Fund, as both had asked for declaratory relief. Costs on appeal are taxed in the

Kristine Britven

203 N.W.2d 558, *565; 1973 Iowa Sup. LEXIS 919, **17

same proportion.

 AFFIRMED.

---

End of Document

 **FARM BUREAU**
**FINANCIAL SERVICES**

Farm Bureau Life Insurance Company*†
Western Agricultural Insurance Company*†
Farm Bureau Property & Casualty Insurance Company*†

October 15, 2021

Kristine Britven
Menard, Inc.
5101 Menard Dr.
Eau Claire, WI 54703-9625





RE:    Insured:              CYNTHIA BOWEN
       Date of Loss:         04/13/2019
       Claim Number:         A750655P00

Dear Ms. Britven:

On September 21, 2021, Farm Bureau sent a letter rejecting your tender of defense. I have reviewed your letter dated September 28, 2021, in which you state your disagreement with our interpretation of the matter. Please note that our original position stands.

I have reviewed a video of the incident and have discussed the facts of loss with Ms. Bowen's personal counsel. The incident did not take place near or around Ms. Bowen's truck. The lumber was not being loaded into the truck when the incident occurred. Further, the petition does not allege that the incident occurred when the truck was being loaded. Every item that is purchased in a Menards store will ultimately be loaded into a vehicle. Simply purchasing something from a Menards store does not trigger the auto coverage of each Menards customer.

Sincerely,

Lisa Eibes
Farm Bureau Financial Services
       Farm Bureau Property & Casualty Insurance Company
       Western Agricultural Insurance Company
P O Box 9168, Des Moines, IA 50306-9168
Phone: (515) 226-6395 | Fax: (515) 226-6074
Email: lisa.eibes@fbfs.com

5400 University Avenue, West Des Moines, IA 50266-5997  •  515.225.5400  •  FBFS.com
Securities & services offered through FBL Marketing Services, LLC* 877.860.2904, Member SIPC | Advisory services offered through FBL Investment Management
*Affiliates †Company providers of Farm Bureau Financial Services

App. P: 142

1

1       IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF IOWA
2             EASTERN DIVISION

3  CYNTHIA J. BOWEN,     Case No. 3:21-cv-23

4    Plaintiff,   Deposition of:

5  vs.       CYNTHIA JEANNE BOWEN

6  MENARD, INC.,

7    Defendant.

8            * * * *

9         APPEARANCES

10  FOR THE PLAINTIFF, CYNTHIA J. BOWEN:

11   CROWLEY & PRILL
     BY: MR. ANDREW L. MAHONEY
12   3012 Division Street
     Burlington, Iowa 52601
13   (319)753-1330
     AMahoney@cbp-lawyers.com
14

15  FOR THE DEFENDANT, MENARD, INC.:

16   MWH LAW GROUP LLP
     BY: MS. KERRIE M. MURPHY
17   1501 42nd Street, Suite 465
     West Des Moines, Iowa 50266-1090
18   (515)453-8509
     kerrie.murphy@mwhlawgroup.com
19
           * * * *
20

21  DATE AND TIME: November 29, 2021; 9:00 a.m.

22  PLACE:   Conference Room
         Crowley & Prill
23        3012 Division Street
         Burlington, Iowa 52601

24  PURSUANT TO:  Notice of Deposition

25  REPORTED BY:  Cheryl Newman Liles, CSR

---

2

INDEX

         MURPHY   MAHONEY
WITNESS:      DIRECT   CROSS

CYNTHIA J. BOWEN     3    165

          * * * *

DEPOSITION           PAGE
EXHIBITS:    DESCRIPTION    MARKED

1  2021 Cindy's Rental Budget, 5 pages   16

2  Two Black and White Photos      30
    Attention Menards Guests, 2 pages

3  8x10 Black and White Photo of Menards  47
    Yard Warehouse, Rectangle by Witness

4  2019 Property Rentals Financial Report  126

5  2020 Property Rentals Financial Report  126

** Delivered scanned copies to counsel, Originals returned
to Ms. Murphy **

         * * * *

*** Witness waived reading and signing on Page 165 ***

---

3

1  November 29, 2021; 9:00 a.m.

2         CYNTHIA JEANNE BOWEN

3  was produced as a witness, was first duly sworn by the

4  Reporter to tell the truth, the whole truth, and nothing

5  but the truth, was examined and testified as follows:

6         DIRECT EXAMINATION

7  BY MS. KERRIE M. MURPHY:

8  Q   All right.  Thank you for coming in this morning to

9  have your deposition taken.  I appreciate your time.

10     Again, I'm Kerrie Murphy and I represent Menards in

11  this litigation that you filed involving an incident back

12  in April of 2019.

13     I know you've spent some time probably with Andrew,

14  and he's probably gone over kind of basic rules for

15  depositions.

16     Have you had your deposition taken before?

17  **A   Um, you know, it seems like I remember doing it some**

18  **time ago, and I may have.**

19  Q   Okay.  We just need to make sure we're not talking

20  at the same time.

21  **A   Okay.**

22  Q   So that's human nature, I think.  I'll try really

23  hard to wait until you finish an answer before I start my

24  next question; and if you wait for me to finish my question

25  before you start answering, that will be great.

---

4

1     If we're talking over each other, Andrew or I might,

2  you know, say something to you and just try to, you know,

3  clear that up just so we have a clean record.

4     You need to give verbal responses so shakes of the

5  head and Uh-Huhs, Huh-Uhs aren't easy to take down so try

6  to do that.

7     If I ask a question and it's a poor question, you

8  don't understand it, just let me know so I can try to do a

9  better job with it.  Otherwise, if you answer questions, I

10  assume you understood the question and gave me an accurate

11  answer; and if you need a break, let us know and we'll take

12  it.

13     With that, can you state your name for the record?

14  **A   Cynthia Jeanne Bowen.  J-e-a-n-n-e.**

15  Q   Did you take any medications today?

16  **A   Just, yes, my regular daily.**

17  Q   Is it anything that would prevent you from being

18  able to understand my questions?

19  **A   No.**

20  Q   Okay.  What did you do to prepare for your

21  deposition today?

22  **A   I --**

23  Q   I don't want to know what you and Andrew talked

24  about.

25  **A   Yeah.  I mean, I just read through some --**

21

1  **A**    **Yes.**

2  Q    Is that the total cost or is that the --

3  **A**    **Yes, that's the total cost.**

4  Q    So what you're saying is part of that, some of that

5  cost you would have incurred anyway?

6  **A**    **Maybe. I'm not sure. You know, like the roofing,**

7  **I've done complete roofing or I've maybe paid somebody to**

8  **do part of it in the past.**

9  Q    Okay.

10  **A**    **You know.**

11  Q    But I guess what I'm differentiating maybe in

12  Kitchen Solvers is you're saying: My total cost to get the

13  cabinets and the countertops was 492.50, I would have had

14  to incur the, you know, countertop piece of it anyway but I

15  could have done the cabinets myself?

16  **A**    **Possibly, yeah.**

17  Q    Okay.

18  **A**    **And that is just the down payment there.**

19  Q    Okay.

20  **A**    **Yeah.**

21  Q    Let's keep going.

22  **A**    **Oh, I'm sorry.**

23  Q    That's all right.

24  **A**    **West Carpentry.**

25  Q    And what was that for?

22

1  **A**    **1,022.80.**

2  Q    And what services did they do?

3  **A**    **He built a wall in a --**

4    **Wait a minute. Is that --**

5    **I don't recall right now what -- what that was for.**

6  **It's carpentry of some sort for Main Street. I don't**

7  **recall right now what that was for.**

8  Q    Is it your position that if it was carpentry work,

9  you could have done it yourself?

10  **A**    **I would have been able to in the past, yes. I'm**

11  **trying to think what we had done. I think it was some**

12  **drywall ceiling work, but I don't recall right now, right**

13  **off.**

14  Q    Okay.

15  **A**    **And then on this last page, Ashlie Timm**

16  **(worker/painter), mostly cleaning and painting for that.**

17    **Window World, I wrote my circle on that. I think**

18  **that said 770.**

19    MR. MAHONEY: I think it's 3772.

20  **A**    **Oh, 3772, okay, because my circle covers that one.**

21  **Sorry.**

22  Q    And what was that work?

23  **A**    **That was replacing windows.**

24  Q    And prior to the incident at Menards, you were able

25  to replace your own windows?

23

1  **A**    **Some windows. These were upstairs. Some of these**

2  **were upstairs windows, and I probably wouldn't have done**

3  **that but some of them I would have.**

4  Q    Do you have a way to identify from that cost the

5  cost you believe you had to incur because you couldn't

6  replace the windows yourself?

7  **A**    **I mean, not at right this moment. I could maybe --**

8  Q    So are there records that you can go back to then

9  and --

10  **A**    **Possibly, yeah.**

11  Q    -- see what you had to pay maybe for install per

12  window?

13  **A**    **Yeah.**

14  Q    And be able to identify?

15  **A**    **Probably, yeah.**

16  Q    Okay. All right.

17  **A**    **Oh, that's it. Okay.**

18    **The Mower, and Nolan is his name who mows. All of**

19  **the mowing.**

20  Q    Because prior to the incident at Menards, you always

21  mowed your own properties?

22  **A**    **I always mowed.**

23  Q    Okay.

24  **A**    **This is a push mower which I just can't do anymore.**

25  Q    Do you have a different mower now?

24

1  **A**    **I have a riding mower for my home but since this is**

2  **a push mower, I just can't physically do that.**

3    **Oh, and the snow removal as well.**

4  Q    That's the $200.00 charge?

5  **A**    **Jason Fidler (Winter Snow removal).**

6  Q    Okay.

7  **A**    **And that's kind of the same thing. I would have**

8  **always -- I used to carry a snowblower and a shovel in the**

9  **back of my truck and do all my places and now I just simply**

10  **can't.**

11  Q    Okay. On the mowing for Nolan, it looks like that's

12  a $100.00 for three different times he came out mowing. Is

13  that all the mowing you had to do at all four properties?

14  **A**    **No, this was just -- If you can -- If you see, this**

15  **was Miscellaneous Expenses for 205 South Seventh.**

16  Q    Got it. So did you mow the rest of the properties

17  yourself?

18  **A**    **Typically, if they're rented, the renters mow.**

19  Q    Got it.

20  **A**    **This was not rented at the -- or it's still not**

21  **rented.**

22  Q    Is that the same on snow removal, if it's rented,

23  they do their own snow removal?

24  **A**    **Typically.**

25  Q    Okay. And so --

App. P. 144

25

1   **A      Not always.  Sometimes if there is a big storm, I**
2   **would carry my snowblower in.**
3   Q      So you've looked at Deposition Exhibit 1, have you
4   identified all of the expenses you believe you incurred
5   for -- to have to pay people to do things that you would
6   have been able to do yourself at your rental properties?
7   **A      Let me look at it again.**
8          MS. MURPHY:  Let's just go off the record for a
9   second.
10         (Whereupon, there was a short discussion off the
11  record.)
12         MS. MURPHY:  So back on the record.
13  Q      In reviewing Deposition Exhibit 1, you've gone
14  through it and you've identified everything that you
15  believe you had to pay someone to do because you couldn't
16  do it yourself as a result of the injuries you sustained at
17  Menards.
18         Is that right?
19  **A      Yes.**
20  Q      All right.  And my understanding is we have some
21  other years that we'll go through later when those
22  documents are brought in.
23  **A      Yes.**
24  Q      Prior to the date this incident happened on
25  April 13th, 2019, how many times had you been shopping at

26

1   the Menards?  It's located on West Agency Road, right?
2   **A      Yes.**
3   Q      How many times had you been there?
4   **A      Many.**
5   Q      Is that kind of where you go to buy your supplies,
6   hardware supplies?
7   **A      Yes.  Usually.**
8   Q      And during those visits, had you ever gone into that
9   self-serve yard area to pick up merchandise?
10  **A      Yes.**
11  Q      Had you ever purchased lumber at that Menards that
12  you had to then go into the yard warehouse and load prior
13  to this incident?
14  **A      Yeah, I just wanted to comment, it was not a**
15  **self-serve lumberyard.  There's -- There's employees there**
16  **that help you with the lumber.**
17  Q      Okay.
18  **A      So typically, almost always, I would have an**
19  **associate or employee helping me with the lumber so, I'm**
20  **sorry, I didn't --**
21  Q      No, that's okay.
22  **A      Could you repeat the next one?**
23  Q      I was just asking you if prior to this incident, if
24  you had purchased lumber at Menards and gone into that yard
25  warehouse area to pick it up?

27

1   **A      Yes.**
2   Q      Okay.  How many times before this incident do you
3   think you've done that?
4   **A      Oh, dozens, probably.**
5   Q      Did you say plural, "dozens"?
6   **A      Yes.**
7   Q      Okay.  Had you ever loaded the lumber yourself in
8   any of those prior times when you'd gone to Menards?
9   **A      When I --**
10         **If I ever loaded lumber, it was always small lumber**
11  **like maybe a 2 by 4.  And I usually tried to find help but**
12  **there may have been a time or two where I did.**
13  Q      And had you ever purchased the 2 by 10 by 10 treated
14  lumber before this incident at Menards?
15  **A      Not that I remember.**
16  Q      Had you ever purchased that type of lumber anywhere
17  else?
18  **A      Not that I --**
19         **I've purchased large lumber before for like a deck**
20  **or something.**
21  Q      Uh-huh.
22  **A      But always had somebody load it for me.**
23  Q      Okay.
24  **A      Yeah.**
25  Q      And I think you've told me that the prior times that

28

1   you'd gone to Menards and you'd purchased lumber, you
2   usually had assistance from a Menards employee back in that
3   yard warehouse?
4   **A      Yes.**
5   Q      So I want to talk to you about this incident then
6   that happened on April 13th of 2019.  Do you recall what
7   time you arrived at Menards that day?
8   **A      Um --**
9          THE SECRETARY:  This is a year.  That's a year.
10         MR. MAHONEY:  Okay.
11  **A      I don't recall the exact time but it was probably**
12  **mid -- mid- to late morning.**
13  Q      And do you know how long you were shopping in the
14  store that day?
15  **A      In the store?  I was only there a few minutes.  I**
16  **had to go in the store to get the ticket for the lumber.**
17  Q      And is that the only thing you were buying that day
18  was the 2 by 10 by 10 green-treated lumber?
19  **A      Yes.  At that time.  I don't think I went -- Yes, I**
20  **think that's all I bought that day.**
21  Q      And if I recall correctly, you bought two of those
22  boards.
23         Is that correct?
24  Q      Was anyone else with you?

29

1   A      You mean other than the store employees?

2   Q      Did anyone come with you to the store?

3   A      No.

4   Q      Okay.  Sorry.  And I believe you drove, I think it

5   was identified as a 2008 blue Toyota Tacoma.

6          Is that right?

7   A      Yes.

8   Q      Do you remember where you parked that day?

9   A      When I --

10  Q      Before going into the store?

11  A      I --

12         There's an Entrance and an Exit door and I usually

13  parked somewhere in the middle so that, because it's a

14  newer store and --

15  Q      Okay.

16  A      -- that way you don't walk as far.

17  Q      And where is the yard warehouse located in relation

18  to the store?

19  A      Around back.

20  Q      Okay.  So once you purchased the lumber, got your

21  ticket, you went back out to your vehicle, tell me the

22  route you took to get to the yard warehouse.

23  A      Yeah.  So from the parking lot, I would have gone

24  west.

25  Q      Okay.

30

1   A      And then north back behind the building.

2   Q      And you went directly back to the yard warehouse

3   after you left the store?

4   A      Well, I stopped at the gate to know where I was

5   going.

6   Q      Okay.

7   A      Because I didn't know where the lumber was.

8   Q      Okay.

9   A      That particular type of lumber.

10  Q      And someone at the gate told you which row to go to?

11  A      Yes.

12         (Whereupon, Deposition Exhibit 2, two black and

13  white photos with Attention Menards Guests, 2 pages, was

14  marked for identification by the Reporter, a copy of which

15  is attached to each copy of this deposition.)

16  Q      You've been handed what we've marked Deposition

17  Exhibit 2.  As you approached the yard warehouse, did you

18  see this sign that's on Page 1 of Exhibit 2?

19  A      I did not see this sign, no.

20  Q      And then this sign on Page 2 of Exhibit 2?

21  A      I don't recall seeing it at that day -- that day.

22  Q      Were you aware that it was a self-service yard

23  before you drove your vehicle into the Menards warehouse

24  that day?

25  A      I didn't know it was deemed a self-service yard.

31

1   I've always asked at the gate for assistance.

2   Q      Okay.  The signs depicted in Exhibit 2 indicate that

3   it's a self-service yard.

4          Is that correct?

5   A      The signs in this?

6   Q      Uh-huh.

7   A      That's what it says.

8   Q      After you pulled into the area, into the yard house

9   or yard warehouse, what did you do?

10  A      Well, backing up just a bit, when I went through the

11  gate, I asked the man if he could radio for someone to meet

12  me there where the lumber was, and then he directed me

13  where that was.

14         So then I pulled into the alleyway or whatever you

15  want to call it, into the building, and I looked for an

16  associate to help me.

17  Q      So I just -- I want to understand what you just told

18  me.  So at the gate you talked with the Menards employee

19  and asked them to radio for an employee to come help you?

20  A      Yeah.

21  Q      Okay.

22  A      I knew they were big boards so I knew they would be

23  heavy.

24  Q      Okay.  And then they tell you which aisle --

25  A      Uh-huh.

32

1   Q      -- to drive into --

2   A      Yes.

3   Q      -- where those boards will be located and that's

4   where you drive and stop your vehicle?

5   A      They told me which aisle.

6   Q      Okay.

7   A      But not where they're located.  Just which aisle

8   they're located, yes.

9   Q      When you pulled into that aisle, did a Menards

10  employee meet you there?

11  A      No.

12  Q      So what did you do when you pulled into the aisle?

13  A      I looked at my paperwork and there's a SKU number on

14  it.

15  Q      Uh-huh.

16  A      And I kind of went like kind of drove in and looked

17  at the numbers to see if I could see the SKU numbers.

18  Q      And were you able to do that, to see those SKU

19  numbers?

20  A      I couldn't see it, no.  And I still was waiting for

21  an employee to come help.  Then nobody ever came so I

22  went -- I walked down and was looking for somebody.

23  Q      So you believe you pulled into the yard warehouse,

24  drove kind of looking for SKU numbers, couldn't see any so

25  you stopped your vehicle and got out of it and walked

33

1 around to look for somebody?

2 A    I think I pulled in and stopped it and then maybe

3 walked to look for the SKU numbers. I'm not sure if I

4 drove or walked. I don't remember.

5 Q    But at some point you believe you parked your

6 vehicle?

7 A    Yes.

8 Q    Got out and either watched to check SKU numbers or

9 walked around looking for an employee?

10 A    Yes, I walked to --

11 Q    How long do you think you did that before an

12 employee -- before you found an employee?

13 A    I don't recall the exact amount of time, maybe a few

14 minutes.

15 Q    And did you stumble across the employee or did the

16 employee, you know, come out to where your vehicle was?

17 A    I stumbled across an employee. I don't know, maybe

18 he was the one coming out but he wasn't -- he hadn't come

19 out.

20 Q    Do you know the name of the employee that assisted

21 you that day?

22 A    I think his name was David.

23 Q    When you located David, what did you say to him?

24 A    I asked him if he could help me find the 2 by 10s or

25 if he knew where the 2 by 10 treated lumber was.

34

1 Q    And what did he say?

2 A    He said: They're up in the loft.

3 Q    And then what happened next?

4 A    I asked him: Where?

5     And he'd kind of pointed. And then he said: If

6 you -- if you trust me to pick out your boards, I'll go

7 pick them out for you. Or I'll go get them for you.

8 Q    And when this entire conversation took place, were

9 you both outside of the vehicle?

10 A    Yes.

11 Q    And then what happened next?

12 A    He went up into the loft and the railing up there

13 was broken, the top -- The railing was kind of like -- was

14 kind of like individual boards like on a, like 1 by 4s or

15 something.

16 Q    Uh-huh.

17 A    And the top one was broken so he pulled it off and

18 took it off completely.

19 Q    Okay. Let me back up a second. When he, after he

20 said to you: If you trust me to pick out boards, I'll go

21 -- I'll go pick them up and get them for you.

22 A    Uh-huh.

23 Q    How did you respond?

24 A    I said: Sure, as long as they're straight and not

25 warped at all. I said: That would be great.

35

1 Q    And did you go up with him?

2 A    No. I don't like going up into the loft. I'm not

3 sure I've ever been into the loft, actually.

4 Q    And as he walked up into the loft to get the boards,

5 what did you do?

6 A    I just waited down by my vehicle.

7 Q    And then what happened next?

8 A    He picked out a board. I think he picked just one,

9 you know, at a time. He picked out a board, and he had

10 already taken that top board off the railing. Then he

11 started pushing -- or I don't know what you'd call it --

12 dropping the board over the edge lowering it down.

13 Q    And where were you when he started to do that?

14 A    By my truck.

15 Q    How far away from where he was dropping the board or

16 lowering it to the ground?

17 A    Um, I don't know the exact distance. I was a few

18 feet away.

19 Q    Okay. And then what happened next?

20 A    As he was lowering it down, I walked over by the

21 board or by where he was doing it and I reached up to help

22 guide it down.

23 Q    Did he ask you to do that?

24 A    I don't -- I don't recall if he did or not.

25     And then what happened next?

36

1 A    You know, can I back up just one more second?

2 Q    Sure.

3 A    When he said those boards were upstairs, I said:

4 Shouldn't you get another person to help you with this,

5 another employee? Do you need another person to help you?

6 Q    And what did he say?

7 A    He said: No, I think I can get it.

8 Q    Okay. So when you walked over by the board and

9 reached up to help guide it down, what happened after that?

10 A    Well, I reached up the full length -- I'm not going

11 to demonstrate that just because of my shoulder but, or my

12 clavicle -- but if my arms were straight up above me, I

13 grabbed onto the board but it was only a few inches above

14 the bottom of it because it was up above my head.

15 Q    So you're saying your hands were placed a couple

16 inches from the bottom of the board?

17 A    I just grabbed the board kind of like this.

18 Q    Okay. And you're saying your arms were completely

19 stretched out?

20 A    Yeah.

21 Q    Okay. And what happened next?

22 A    And the next thing I know, he dropped the board on

23 me.

24 Q    When you walked over by the board and reached up to

25 help guide it down, did you say anything to him?

11/29/2021

37

1  A    I don't remember if I did.

2  Q    Did he say anything to you?

3  A    I don't recall him saying anything.

4  Q    Did he know you were guiding the board at that time?

5  A    He knew I was there, yeah.

6  Q    How did he know that?

7  A    He could see me, I mean.

8       THE SECRETARY:  I'm sorry, this is the only place we

9  keep masks.

10 Q    So then what happened after the board dropped?

11 A    Um, the full weight of it came down on me and I

12 don't know if you're familiar with a 2-inch by 10-inch by

13 10-foot-long board, and green-treated is even heavier but

14 it was quite heavy; and as it came down, I tried to step

15 back and immediately my wrist turned out and as the board

16 came down, I felt like a, almost like a tearing across my

17 chest and pain in my clavicle and immediate pain in my

18 wrist.  And I basically dropped it down, dropped the board

19 down then.

20 Q    Did the board strike any part of your body?

21 A    I don't think it did.  I don't really recall.  It

22 was kind of -- It kind of happened quickly.

23 Q    Do you recall giving a recorded interview shortly

24 after the incident occurred?

25 A    Are we done in the -- in the lumberyard?

38

1  Q    Oh, I'm sorry.  Okay.  After you dropped the board

2  then to the ground, what happened next?

3  A    Yeah, it kind of -- I dropped, let go of it and it

4  kind of fell forward.  And then I grabbed my wrist and my

5  chest like this because it just was immediate pain.

6  Q    Were the boards like directly behind the Menards

7  employee so he could just grab one and then lower it down?

8  A    For the most part.

9  Q    Okay.

10 A    They kind of pull them out.

11 Q    Okay.  And so he grabs the first board and this

12 incident happens when he's lowering the first board.

13      Is that correct?

14 A    He grabbed the board and then checked it to make

15 sure it wasn't warped or anything so he had pulled it

16 completely out.

17 Q    Okay.

18 A    Yeah.

19 Q    But the incident happens when he's lowering the

20 first board?

21 A    Yes.

22 Q    And you bought two, right?

23 A    Yes.

24 Q    So does he lower the second board down?

25 A    Well, right after that, he said --

39

1       He said:  Oh my gosh, are you okay?  You know, kind

2  of hollered down to me.

3       And I said:  No, I'm not okay.  You dropped a board

4  on me.

5  Q    And then what happened next?

6  A    And then he said that he'd get the second board.

7  Q    Okay.

8  A    And asked if I could help him.  And he --

9       I said:  No, I can't help you, I'm in pain.

10 Q    And so then what happened next?

11 A    So then he started to lower it down and then dropped

12 the board, the second board down onto the ground.

13 Q    And when he did that, how far did the board have to

14 drop from, you know, after it left his hands?

15 A    I don't -- Well --

16 Q    I guess I'm trying to figure out how high up he is.

17 A    Yeah.

18 Q    You know, it's a 10-foot-long board.

19 A    And I don't -- I wasn't watching to see how much he

20 leaned over but the first one was above my head so I can

21 only --

22 Q    And how tall are you?

23 A    About 5-7, 5-8.

24 Q    And you believe that he was lowering a 10-foot board

25 down and you could, you know, at 5-7, 5-8, you had to have

40

1  your arms fully extended and could still only reach like

2  the very bottom of that board a couple inches up?

3  A    That's what I remember.

4  Q    Okay.  And after he dropped the second board to the

5  ground, what happened after that?

6  A    He came back down and he asked if I was okay and I

7  said:  No, I'm not okay.  I'm in a lot of pain.

8  Q    And then what?

9  A    And then I asked if we need to report that, report

10 of injury; and he said I needed to go to the -- like the

11 Customer Service desk or wherever to report it.

12 Q    Okay.

13 A    And then he loaded the boards into my truck for me.

14 Q    And this incident occurred after the board had been

15 picked up by him and was being lowered so he could carry it

16 to your vehicle.

17      Is that right?

18      I mean, that's kind of the process, he grabs it,

19 lowers it and he's going to carry it to your vehicle,

20 right?

21 A    Yeah, after he brought both boards down.

22 Q    Right.

23 A    He was going to load them into the vehicle, yes.

24 Q    Right.  And after he said you were going to have to

25 go to the front Customer Service desk to report the

App. P. 148

45

1 Q Have you talked with Dillon at any other time about
2 this incident?
3 A **I don't remember if I did or not.**
4 Q Okay. Have you talked with anyone else from Menards
5 about this incident?
6 A **I talked to one or two people to try to see who the**
7 **man was, the name of the man who dropped the lumber on me.**
8 Q So you went into Menards later and just tried to
9 identify the person, the employee that was helping you when
10 the incident happened?
11 A **I don't remember if I went in or if I called but I**
12 **just tried to find out who he was.**
13 Q And you --
14 A **But it was some time later.**
15 Q So you think you talked to a couple different people
16 at Menards?
17 A **Maybe one or two. I don't really remember how many.**
18 Q And what do you recall those conversations
19 including?
20 A **Seems to me nobody knew anything about the incident.**
21 Q So you would just say to whoever you were speaking
22 to --
23 A **I think --**
24 Q -- this incident happened.
25 A **Yeah.**

46

1 Q I'm trying to --
2 A **Trying to find the name of the man and they said --**
3 **Well, one -- I --**
4 **One was a woman, she said she would look into it and**
5 **then later said she didn't -- couldn't find anything out.**
6 Q So did she contact you back and say: I couldn't
7 find anything or --
8 A **Somebody called me back. I don't remember if it was**
9 **her or somebody else and said they couldn't find anything**
10 **and couldn't give me any more information.**
11 Q So did anyone ever identify the name of the person
12 for you?
13 A **No.**
14 Q Okay. Have you talked with anyone else from Menards
15 about this incident?
16 A **I talked to a woman from Gallagher Bassett about it.**
17 Q Okay. But anyone else from Menards?
18 A **I don't recall ever talking to anybody else.**
19 Q And you did give a recorded statement to somebody
20 with Gallagher Bassett?
21 A **With Gallagher Bassett, yes.**
22 Q And that was on May 8th of 2019?
23 A **I don't remember the exact date; but if that's what**
24 **the records show, then I don't have reason to --**
25 Q Have you listened to that recorded interview?

47

1 A **No.**
2 Q During your recorded interview, you didn't state
3 that you asked the Menards employee if you should get
4 another employee, did you, to help?
5 A **I don't recall. I would have thought I would have**
6 **but I haven't listened to it.**
7 Q And you gave that interview, you know, maybe -- it
8 looks like maybe three weeks after the incident occurred?
9 A **Probably.**
10 **Excuse me.**
11 **MS. MURPHY: Will you mark that as Deposition**
12 **Exhibit 3?**
13 **(Whereupon, Deposition Exhibit 3, 8 x 10 Black and**
14 **White Photo of the Menards yard warehouse, was marked for**
15 **identification by the Reporter, a copy of which is attached**
16 **to each copy of this deposition.)**
17 Q I want to go back, before we talk about Deposition
18 Exhibit 3 and just, you know, ask you one more quick
19 question.
20 A **Okay.**
21 Q So when the Menards employee is lowering that first
22 board and you reach up to grab the end of it, did he ask
23 you if you had ahold of the board before he let go of it?
24 A **No.**
25 Q So if he testifies that before he let go, he asked

48

1 you if you had ahold of the board, you would dispute that
2 testimony?
3 A **Yeah.**
4 Q All right.
5 A **He didn't -- He didn't -- And I don't think he meant**
6 **to let go. I think he dropped it accidentally.**
7 Q Okay. And after both boards were lowered from the
8 upper deck, that Menards employee finished loading them
9 into your vehicle.
10 Is that right?
11 A **Yes.**
12 Q Okay. So Deposition Exhibit 3 is a photograph of
13 the inside of the yard warehouse.
14 Is this the aisle that you pulled into?
15 A **Well, I can't be sure but it looks like the aisle.**
16 Q Okay.
17 A **I mean, there's multiple aisles but.**
18 Q Right.
19 A **Yeah.**
20 Q So assuming this is the aisle, can you point to
21 where you parked your vehicle after entering the building
22 that day?
23 A **Well, I don't really remember where the wood was but**
24 **I would say it's more on this end, and I was probably**
25 **parked around here.**

App. P. 149

49

1   Q      So can you draw a rectangle on that Deposition
2   Exhibit 3 where you believe you parked your vehicle?
3          I think you have a pen there. I don't know if it's
4   black or not. This one is blue.
5   A      **I don't remember exactly. You want me to use the**
6   **blue?**
7   Q      Yes, please.
8   A      **I don't remember exactly where. Do you want -- Do**
9   **you want me to just estimate?**
10  Q      If you can estimate where you believe you parked
11  your vehicle.
12  A      **Probably somewhere in here.**
13  Q      Okay. And are the stairs depicted in Exhibit 3 the
14  stairs that the Menards employee that assisted you would
15  have taken to get to the upper level?
16  A      **He took these.**
17  Q      Right.
18  A      **I didn't realize those existed.**
19  Q      Okay.
20  A      **But I believe he took these.**
21  Q      Okay.
22  A      **Yes.**
23  Q      Can you draw an "X" on Deposition Exhibit 3 where
24  that Menards employee was located as he lowered the boards?
25  A      **I don't remember exactly where the boards were.**

50

1   Q      So you don't recall?
2   A      **Not -- Not specifically. I think it was kind of on**
3   **this end somewhere, but it would have been up on the upper**
4   **loft.**
5   Q      Sure. So do you know where you were standing when
6   you reached up to grab the boards? Are you able to
7   identify that in Deposition Exhibit 3?
8   A      **Well, if I knew.**
9   Q      Sure.
10  A      **I mean, if I went out there, I could tell you**
11  **approximately.**
12  Q      Sure.
13  A      **But if I knew which one, like if it was this one, I**
14  **would have been standing initially back by my vehicle and**
15  **then I would have stepped towards that as he was handing it**
16  **down.**
17  Q      Okay. All right. All right. We can take a quick
18  break if you want because I want to show the video next.
19          MR. MAHONEY: Oh, sure.
20          MS. MURPHY: I don't know, while I'm pulling it up,
21  if you want to take a break?
22  A      **I want to take a break and go to the bathroom.**
23          (Whereupon, a recess was taken at 10:19 a.m. and the
24  **deposition continued at 10:27 a.m.)**
25          MS. MURPHY: We can go back on the record.

51

1   Q      I'm going to show you video that we've produced from
2   the day of the incident and just have you take a look at it
3   and then once we're done, I'll ask you some questions. I
4   might come around. Hopefully you can see it.
5   A      **Which way is this --**
6   Q      You should be able to see --
7   A      **-- pointing?**
8   Q      You should be able to see in just a few seconds here
9   your vehicle pulling in.
10  A      **Oh, it looks like he already was there.**
11  Q      So for the record, I just want to ask you: Is --
12          This was produced as DEF000001. Is that your
13  vehicle, that blue pickup, is it a pickup that pulled into
14  the yard warehouse that's depicted in this video?
15  A      **Yes.**
16  Q      Okay. And was that you getting out of that vehicle
17  that we see in the video?
18  A      **I think so.**
19  Q      Okay.
20  A      **It looked like it.**
21  Q      And to the best of your recollection, is that the
22  Menards, you know, did that look like the Menards employee
23  that helped you on the day of the incident?
24  A      **Yes.**
25  Q      Okay. Perfect.

52

1          So I think I heard you say as you were watching it
2   that that Menards employee was --
3   A      **Was there.**
4   Q      -- there already when you pulled in?
5   A      **Yes.**
6   Q      So you didn't have to get out of your vehicle and
7   walk around to search for an employee.
8          Is that accurate?
9   A      **It appears that way.**
10  Q      Okay.
11  A      **Yes.**
12  Q      And what do you claim, now that you've seen the
13  whole video --
14          Is this the first time that you saw that video?
15  A      **I didn't even know there was a video.**
16  Q      Okay.
17  A      **He told me there wasn't.**
18  Q      What do you claim that the Menards employee who
19  helped you load the boards did that was wrong?
20  A      **Other than dropping the board on me? Or, I mean.**
21  Q      Did he ask you to help him? With that first board?
22  A      **I don't recall if he did. I asked him if he needed**
23  **help with another associate.**
24  Q      Earlier you testified that you asked that after the
25  incident occurred, that you asked him if he needed help

App. P. 150

11/29/2021

E-FILED  2021 FEB 16 2:12 PM DES MOINES - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR DES MOINES COUNTY

| | |
|---|---|
| CYNTHIA J. BOWEN,<br><br>     Plaintiff,<br><br>  vs.<br><br>MENARD, INC.,<br><br>     Defendant. | Case No:<br><br>**PETITION AT LAW**<br>**(JURY TRIAL DEMANDED)** |

COMES NOW the Plaintiff, CYNTHIA J. BOWEN, by and through their attorneys, Crowley & Prill, in support of her claims against the Defendant, MENARD, INC., hereby states as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1) On April 13, 2019, the Plaintiff, CYNTHIA J. BOWEN, was of legal age and a resident of Des Moines County, Iowa.

2) The Defendant, MENARD, INC. is a Wisconsin Corporation doing business in Iowa, with a local registered agent Corporation Service Company, 505 5th Ave., Des Moines, IA 50309.

3) The Defendant, MENARD, INC. ("MENARDS"), owned, controlled, and maintained a retail store located at 614 West Agency Road, West Burlington, IA 52655 (the "Burlington Store").

4) On and before April 13, 2019, MENARDS was in the business of selling treated wood and other building materials at the Burlington Store.

5) On April 13, 2019, CYNTHIA J. BOWEN was shopping at the Burlington Store and was attempting to buy treated wood.

6) At the Burlington Store, the treated wood was located on a higher platform that required the assistance of a MENARDS' employee to retrieve.

7) An employee of MENARDS offered to help CYNTHIA J. BOWEN retrieve the wood and climbed up to the platform to do so.

8) While retrieving the treated wood planks, the MENARDS employee attempted to pass the treated wood to CYNTHIA J. BOWEN and, in doing so, dropped the treated wood on CYNTHIA J. BOWEN, injuring her.

App. P. 151

9)    At all times material to this case, MENARDS owned, controlled and maintained the area where CYNTHIA J. BOWEN's injury occurred.

10)    At all times material to this case, MENARDS was responsible for the hiring, training, management, and control of its employees at the Burlington Store.

11)    At all times material to this case, the MENARDS employee in question acted in an unsafe manner by retrieving the treated wood planks and dropping one on CYNTHIA J. BOWEN.

12)    At all times material to this case, the MENARDS employee in question was acting with the scope of his employment.

13)    MENARDS is vicariously liable for the acts of its employees.

## COUNT I- NEGLIGENCE

COMES NOW, the Plaintiff CYNTHIA J. BOWEN, by and through her attorneys, Crowley and Prill, and in support of their allegations against the Defendant, MENARD, INC., hereby states as follows:

1-13)    The Plaintiff hereby incorporates by reference and repeats and re-alleges paragraphs 1 through 13 of the Allegations Common to All Counts as and for Counts as and for paragraphs 1 through 13 of this Count I with full force and effect as if pleaded fully herein.

14)    The Defendant MENARDS was negligent in, including but not limited to, one or more of the following particulars:

    a.  Failed to safely and properly maintain the Burlington Store so as to ensure its products could be accessed safely by customers;

    b.  Failed to properly hire, train, manage, or otherwise control its employees at the Burlington Store;

    c.  Failed to properly assist CYNTHIA J. BOWEN in retrieving treated wood from where it was stored; and

    d.  In failing to safely and properly maintain the store, manage its employees, and/or assist CYNTHIA J. BOWEN in retrieving treated wood, MENARDS knew or should have known that this presented a hazard to CYNTHIA J. BOWEN and similar customers.

E-FILED  2021 FEB 16 2:12 PM DES MOINES - CLERK OF DISTRICT COURT

15)   As a direct and proximate result of negligence and the fall complained of herein the Plaintiff have occurred damages, harms, loss including, but not limited to the following:

a.   The Plaintiff has expended money for medical expenses from the date of the injury to the present time;

b.   The Plaintiff will continue to incur medical expenses in the future;

c.   The Plaintiff has incurred lost wages from the date of injury to the present time;

d.   The Plaintiff has incurred a reduction in the ability to work and earn money generally;

e.   The Plaintiff has suffered a loss of full of mind and body from the date of injury to the present time;

f.   The Plaintiff will suffer a loss of full mind and body in the future;

g.   The Plaintiff has endured physical and mental pain and suffering from the date of the injury to the present time;

h.   The Plaintiff will continue to endure physical and mental pain and suffering in the future; and

i.   The Plaintiff has incurred and will incur miscellaneous expenses as a result of the injury.

## II. JURY TRIAL REQUESTED

16)   Plaintiffs hereby asks the Court for trial by jury of all issues herein.

17)   The amount in controversy exceeds the jurisdiction amount set forth in Iowa Court Rule 6.3.

WHEREFORE, Plaintiff, CYNTHIA J. BOWEN, asks the Court for a verdict and judgement against the Defendant, MENARD, INC., in the amount which will fully, fairly, and reasonably compensate her for the harms, losses, and damages she has sustained and will sustain, for interest and costs as provided by law.

3

Respectfully submitted,

Andrew L. Mahoney  AT0012329
Edward J. Prill  AT0012435
Steven J. Crowley  AT0001845
CROWLEY & PRILL
3012 Division Street
Burlington, Iowa 52601
Phone: (319) 753-1330
Fax: (319) 752-3934
Email: AMahoney@cbp-lawyers.com
  EPrill@cbp-lawyers.com
  SCrowley@cbp-lawyers.com

ATTORNEYS FOR PLAINTIFF

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| MENARD, INC., | Case No: 4:21-cv-00404 |
| Plaintiff, | |
| vs. | |
| FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY, | **AFFIDAVIT OF VERONICA KIRK IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |

| | |
|---|---|
| STATE OF IOWA | ) |
| | ) ss |
| COUNTY OF POLK | ) |

Veronica Kirk, being first sworn states as follows:

1.  I am the attorney for Menard, Inc. ("Plaintiff"), in this matter.

2.  I am familiar with the facts of this matter and the documents provided in support of Plaintiff's Motion for Summary Judgment, Statement of Material facts, Brief in Support of Motion for Summary Judgment, and Appendix. I make the following statement based upon my personal knowledge and belief.

3.  Filed with Plaintiff's Summary Judgment Materials is an Appendix, including pages 1 - 156.

4.  Upon information and belief, all of the documents contained with Plaintiff's Appendix are true and accurate copies of the documents provided by the parties during discovery of this action or are deposition transcripts taken under oath and certified by a court reporter.

Dated May 19, 2022.



VERONICA KIRK


Subscribed and sworn to before me
this 19th day of May, 2022.

Notary Public, State of Iowa
My Commission Expires: 10|14|2022

> BROOKE KLINGBEIL
> Commission Number 764175
> My Commission Expires
> 10|14|2022


## PROOF OF SERVICE

I hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

Sean M. O'Brien, AT0005874
Benjamin J. Kenkel, AT0014368
801 Grand Avenue, Suite 3700
Des Moines, IA 50309
Telephone: (515) 246-5894
Facsimile: (515) 246-5808
E-mail: obrien.sean@bradshawlaw.com
E-mail: kenkel.benjamin@bradshawlaw.com
*Attorneys for Defendant*

*/s/ Cyndi R. Ellis*

2